1  Jennifer Seraphine (Cal Bar. No. 245463)
   (seraphine@turnerboyd.com)
2  TURNER BOYD LLP
3  2570 W. El Camino Real
   Suite 380
4  Mountain View, California 94040
   Telephone: (650) 521-5930
5  Facsimile: (650) 521-5931

6  Todd M. Malynn (Cal. Bar No. 181595)
7  (tmalynn@feldmangale.com)
   FELDMAN GALE, P.A.
8  Promenade West
   880 W 1st Street, #315
9  Los Angeles, California 90012
   Telephone: (213) 625-5992
10 Facsimile: (213) 625-5993

11
   *Attorneys for Plaintiff Ripple Labs, Inc.*
12
                     **UNITED STATES DISTRICT COURT**
13
                     **NORTHERN DISTRICT OF CALIFORNIA**
14

15
   | RIPPLE LABS, INC., | |
   |---|---|
   | F/K/A OPENCOIN, INC., | Case No. 3:13-cv-5974 |
   | A CALIFORNIA CORPORATION, | |
   | | **DECLARATION OF ASHLEY KESSLER** |
   | Plaintiff, | **IN SUPPORT OF MOTION FOR** |
   | | **PRELIMINARY INJUNCTION** |
   | vs. | |
   | LACORE ENTERPRISES, LLC, | |
   | A TEXAS LIMITED LIABILITY COMPANY; | |
   | RIPPLN, INC., A TEXAS CORPORATION; AND | |
   | TERRY LACORE, AN INDIVIDUAL, | |
   | Defendants. | |

DECLARATION OF ASHLEY KESSLER                                    CASE NO. 3:13-cv-5974-KAW

I, Ashley Kessler, being over 21 years of age and having personal knowledge of the following facts, declare as follows:

1. The RIPPLN websites describe the following services offered by the Defendants LaCore Enterprises, LLC ("LaCore Enterprises"), Rippln, Inc. ("Rippln"), and Terry LaCore ("Mr. LaCore") (collectively, "Defendants") under the Infringing Marks: "bring[ing] long-over due transparency to the social engagement business and has created a new monetary model for 'eyeball acquisition.'" A link to the official RIPPLN promotional video is available at https://www.youtube.com/watch?v=gPqwnDgeSyg#t=130.

2. Users of the RIPPLN websites had to be "invited" or "referred" by friends to join the platform.

3. True and correct copies of website pages describing the Defendants' network application as a "scam" \ are attached as Exhibits A and B hereto.

4. A true and correct copy of the Ripple Forum webpage found at https://ripple.com/forum/viewtopic.php?f=1&t=2434 is attached as Exhibit C (stating "What is Rippln really, do you know that? Seems mostly like an MLM/Pyramid-ish scheme but I don't see any requirement for paying to sign up. Just a referral code from someone who would deem you a fellow 'chosen one'… sounds almost New Age-ish to me.")

5. A true and correct copy of a Money Maker Group forum webpage found at http://www.moneymakergroup.com/Rippln-Startmyrippleco-t442736.html&st=570&p=7982006#entry7982006 is attached as Exhibit D hereto (stating "RIPPOFF-LN…making people poorer every month since 2012.")

6. *See also id.,* Exhibit D (stating that Rippln's number of Facebook friends are inflated and Rippln is allegedly using "Friendblaster or a similar tool to create Facebook accounts to pad their stats and spam with").

7. A true and correct copy of an article titled "Rippln Scam Securities Fraud Scammer Warning" is attached hereto as Exhibit E (stating that Defendants' founder and owner, Terry LaCore, was investigated by the Securities Exchange Commission (SEC)). The Internet link to the article has since been removed.

8. A true and correct copy of the details of Defendants' principal registration website www.startmyripple.com, is attached hereto as Exhibit F.

9. A true and correct copy of www.startmyripple.com's "about" page is attached as hereto as Exhibit G (stating that ""RIPPLN" is the 'active state of a ripple.'")

10. A true and correct copy of RIPPLN official Facebook Page, encouraging users to "GET IN THE RIPPLE" is attached as hereto Exhibit H.

11. A true and correct copy of the Defendants' Ripple Success Team Facebook page found at https://www.facebook.com/pages/Ripple-Success-Team/564619680236353 is attached as hereto as Exhibit I (calling Defendants' leadership team the "Ripple Success Team.")

12. A true and correct copy of the Defendants' webpage available at www.startmyripple.com is attached as hereto as Exhibit J (stating "Are we allowed to use the name Rippln?" … "Rippln is the name of the company…you may use the names Ripp, Rippl or Ripple.")

13. A true and correct copy of the Defendants' webpage available at www.ripplncommunicator.com is attached as hereto as Exhibit K (stating that Defendants have launched a new application called "RIPPLN Communicator," a program that will allow subscribers to keep in touch, share, and earn rewards).

14. Public information about the Rippln Communicator application indicates that the application is for information exchange, potentially including SMS messages, online chat messages, and digital media such as pictures. *See* Exhibit K.

15. A true and correct copy of a discussion board called RippleForum on Ripple Labs' website available at https://ripple.com/forum/viewtopic.php?f=1&t=2434, is attached hereto as Exhibit L (wherein one user inquired about the relationship between RIPPLE and RIPPLN, and if they were one in the same. Another RIPPLE user corrected the confusion, noting that the two were "completely unaffiliated" and added:

> "… It's easy to mix the two up for newcomers I think some of the people who got hyped about Rippln will stumble upon Ripple, which might be a beneficial side effect; Ripple is mostly know by BTC [Bitcoin] enthusiasts for now. I just hope there won't be too much confusion and that the two will become distinguishable….")

DECLARATION OF ASHLEY KESSLER                 2                 CASE NO. 3:13-cv-5974-KAW

1        16.    A true and correct copy of another discussion forum, www.wickedfire.com, available
2  at http://www.wickedfire.com/shooting-shit/172733-rippln-da-fuk.html, is attached hereto as Exhibit
3  M (wherein an additional instance of actual confusion occurred, and one user explained to the other
4  the difference between the two services:

> " "Rippln" and "Ripple" are two different things. "Ripp**le**" is meant to be a virtual currency gateway that is due to launch, that allows you to exchange BTC [bitcoin] for fiat or whatever you want. That's what's been incorporated into Bitstamp. "Rippl**n**" is a pyramid ponzi scheme. One is trading on the other's name to attract members...." (emphasis supplied).")

9        17.    A true and correct copy of a blog article titled "Underneath the Slimy Ripples of
10  RIPPLN," available at http://www.glancingweb.com/1894/underneath-the-slimy-ripples-of-rippln,
11  is attached hereto as Exhibit N (wherein a commentator on the blog interjects its criticisms of Ripple
12  under the assumption that the site was a discussion forum that was somehow affiliated with Ripple
13  Labs. In fact, the article and accompanying criticism is dedicated to a discussion of Defendants'
14  services).

15        18.    A true and correct copy of another discussion forum www.FinanzaOnline.com, and
16  accompanying translation, is attached hereto as Exhibit O (wherein one user had to clarify the
17  difference between RIPPLE and RIPPLN because there was confusion amongst the users).

18        19.    A true and correct copy of another discussion forum www.upriser.com, available at
19  http://upriser.com/posts/rippln-make-it-work-for-democracy, is attached hereto as Exhibit P
20  (wherein one user recognizes the two marks as technically different, but insinuates both are scams
21  given RIPPLN's reputation:

> "Very strange that they chose the name Rippln. There is a Bitcoin type currency called Ripple that gets a lot of the same type scam insinuations. I am not a fan of Ripple and do not use social media enough to make a judgement [sic] on Rippln but I also do not believe in coincidence. I would use caution with both Ripples. :) .")

25        20.    True and correct copies of instances wherein Defendants' users and promoters
26  suggest that RIPPLN's "incentivized sharing" concept (*i.e.*, getting paid for sharing), could be called
27  "the new model of currency," are available at http://www.warriorforum.com/warrior-special-offers-
28  forum/786033-rippln-report-what-its-all-about-how-you-make-money-why-you-need-hop-

DECLARATION OF ASHLEY KESSLER           3           CASE NO. 3:13-cv-5974-KAW

board.html and http://ripplnmarketingideas.blogspot.com/2013_05_01_archive.html, attached hereto as Exhibits Q and R respectively.

21. A true and correct copy of Defendants' official Pinterest page, available at http://www.pinterest.com/simplysayingceo/the-ripple-its-more-than-a-business-opportunity-it/ is attached hereto as Exhibit S (which states, "It's coming so instead of riding the wave be a part of it and make your own currency.")

22. A true and correct copy of the blog article titled "What is Rippln all about?" available at http://www.robtepper.com/all-about-rippln, is attached hereto as Exhibit T (stating, "[t]his transparency will become the new currency" such that users can "accumulate[] points… and earn rewards of real value, because you helped create real value.")

23. A true and correct copy of the Defendants' webpage available at http://www.ripplnregistration.com/rippln-social-media-network.html is attached hereto as Exhibit U (stating that Defendants' web-based applications, users "have the ability to instantly purchase in-game items *like currency*, perks, and new items that you could earn for free the hard way.")

24. A true and correct copy of a blog article posted on www.reddit.com, titled *"Be careful - Rippln is not Ripple, it's a pyramid scam that's trading on Ripple's name"* and available at http://www.reddit.com/r/ripplers/comments/1e2aq1/be_careful_rippln_is_not_ripple_its_a_pyramid/ is attached hereto as Exhibit V stating:

> "The three guys behind Rippln (note the "n" at the end) are Brian Underwood, Jonathan Budd and Russell Brunson and they all have previous as MLM scammers.
> It's definitely a bad scene. I'm worried about the bad associations being formed as we speak between the name "Ripple" and these hucksters.  Once those associations are cemented, then even if Rippln disappears the fallout will remain. "Have you heard about Ripple?" "Isn't that the app scam everyone was spamming me about 4 months ago?"
> Of course, if Opencoin plans on selling Ripple applications to businesses who then use the service with private branding in their companies, then it won't be as big a deal. But I still would think Opencoin would be on top of this, and according to David Schwartz, they are.

DECLARATION OF ASHLEY KESSLER — 4 — CASE NO. 3:13-cv-5974-KAW

25. A true and correct copy of U.S. Trademark App. Ser. No. 85/758,124 is attached as Exhibit W hereto.

26. A true and correct copy of U.S. Trademark App. Ser. No. 85/758,099 is attached as Exhibit X hereto.

I declare under penalty of perjury that the foregoing statements are truthful and accurate to the best of my knowledge. Executed this 27th day of December, 2013.

                                                   */s/ Ashley Kessler*
                                                   ASHLEY KESSLER