# EXHIBIT B
# to KESSLER DECLARATION



- Home
- About
- Services
    - Business Hosting
    - PHP Development
    - Server Support
    - Web Development
- Portfolio
- Blog
- Contact



## Core 3 Blogs



**Chris Horne**
**CEO**

05/08/13

# Rippln is a Scam

rippln, scam, mlm, pyramid

- 

It's not everyday that I feel compelled to give out a public announcement; however, sometimes when something is so blatantly a scam I feel compelled to alert the masses. Rippln is the new "We're going to be THE NEXT BIG THING IN SOCIAL MEDIA!" site and they use tactics that appeal to the lowest common intelligence denominator. When you get a

spam e-mail that says "YOU CAN WIN $1000 RIGHT NOW!", all in caps, do you click on it? No; because you're not an idiot.

However, it would appear that the owners of this new site think otherwise. They are betting that you have no common sense. Do you remember the South Park episode where Cartman bought an amusement park, but would only let 10 people in per day. Lines were huge, because people wanted to be in this exclusive place. That's what Rippln is doing. Using Cartman tactics on the average person and saying "You too can be in an exclusive inner circle that nobody cares about".

Rippln is Multi-level Marketing (MLM) in a social media site. Awesome. Just what we need. For the record, I absolutely detest MLM/Pyramid schemes - in case you were curious. They are shady, creepy and only the sketchiest of people partake in them. The site claims that you get paid for referrals into their "inner circle". They give you a silly NDA saying "Shhh! Don't tell anyone.. You have been chosen to be apart of this exclusive club! This NDA protects us!". It's 100% fluff and so blatantly scammy that I truly don't understand why anyone would think this is legit.

Stop insulting our intelligence.

Look into the people that are supporting this platform. They are very protective in saying it's not a scam while blasting you with "Invite codes" to join their network. People will do anything for pennies for doing nothing apparently - aside from annoying people. Do yourself, and your friends a favor. Spread the word about this INCREDIBLE INNOVATION IN SCAM TECHNOLOGY! (How did I do?)

http://enfordummies.com/wordpress/rippln-scam-securities-fraud-scammer-warning/

http://thechrisvossshow.com/rippln-investigation-is-it-a-mlm-pyramid-scheme-scam/

http://www.reddit.com/r/Scams/comments/1cuu63/rippln_the_innovative_pyramid_scheme/

http://stephenkiers.com/post/48502528622/rippln-app-scam

69 comments                                                                                                                    ★  4

 Leave a message...

Best ▼    Community                                                                                                Share ↗    ✱▾

 **Travis Morrical** · 2 months ago
A scam means you lose something. What are people losing by joining RIPPLN and seeing what comes of it? Its purely harmless. And if it takes off and becomes a successful site like facebook, twitter, etc, i'll be glad I was there at the beginning! If the site works, great. If it doesn't, who cares? What do I or ANYONE lose in the situation? I think you need to do more research on what RIPPLN is going to be about. No one is being scammed. I've not been asked to fork over money, or ad space, or anything. Just the idea that if you like it, come give it a try and if you don't who cares. NO ONE IS GETTING SCAMMED. If RIPPLN is a scam, so is facebook and twitter taking your personal info and constantly using it to 'customize' your page with Ads you just so happen to be interested in. Now that's exploiting people.
16 ▲   │ 1 ▼    Reply    Share ›

 Ray → Travis Morrical · 24 days ago
It's not free. Read the fine print. There is a $25 charge (don't quote me on exact amount).
4 ▲   │ ▼    Reply    Share ›

 **Anthony Smith-Chaigneau** → Travis Morrical · a month ago
They ask for money...it is not free
3 ▲   │ ▼    Reply    Share ›

 **Linda** → Travis Morrical · a month ago
Thank you Travis for such a common sense answer. I agree with you 100% especially about Facebook etc taking everyone's personal info and exploiting them, and these are the same self persons crying "SCAM SCAM" So far I've lost about 35mins of my time on this "scam", most people are losing hours and hours on FB and Twitter and not battering an eyelid :-) But most people are totally blinded by FB etc, they literally have a blind spot because they are consumed with vanity,self absorption and gossip, putty in the hands of the Advertising companies ;-)
5 ▲   │ 1 ▼    Reply    Share ›

 Ray → Linda · 24 days ago
What do you think this RippLN will do? Social gambling?
▲   │ ▼    Reply    Share ›

 **Lily Starling** → Ray · 13 hours ago
Only apps that will crappy will be sold through Rippln. Apps become huge not because some evil (decidedly brown- couldn't help but notice they singled out the brownest "bad guy" in the video) app developer cracked the whip over the toiling masses of us poor schmucks but because they are awesome, functional, and free. If a good app does sell initially through Rippln, they will leave once they are popular enough to get free word of mouth.
1 ▲   │ ▼    Reply    Share ›

 rix · 2 months ago
listen everyone, that Chris, he is not active u know why? that is not damn scam, because Chris damn not motives period! Scam is make you alike ( oh i not hard work   that scam) that means YOU US SCAM! but IF you motives make successfull you will understand that not scam! but YOU US SCAM/ YOU NOT

hard work... that scam) that means "YOU IS SCAM! but IF you motives make successful! you will understand that not scam! but YOU IS SCAM ( YOU NOT DOING MOTIVES) you you hope see how much make put invites five and it's work? no you must active! if you not active that means you scam! PERIOD discuss of end!

11 ⌃ | 2 ⌄   Reply   Share ›


**core3net** Mod → rix • 2 months ago

This is probably the best reply on a thread... EVER! Discuss of end sir, indeed.

38 ⌃ | ⌄   Reply   Share ›


**Linda** → core3net • a month ago

Core3net (is this your name??) you have spent so much time on this subject, slagging it off that you surely, you MUST be getting paid to do it? No one, but no one would do it for free, unless you are really bored? or altruistic and can't bear to see strangers getting "scammed"?

1 ⌃ | 2 ⌄   Reply   Share ›


**core3net** Mod → Linda • a month ago

Actually, I get asked constantly if this is a scam by my customers. After I saw who the owners of this new platform were, I did some investigation, and confirmed my suspicions. I don't like people getting scammed, either. So.. yep.. you got me.

8 ⌃ | ⌄   Reply   Share ›


**Ray** → core3net • 24 days ago

Hey Chris, Thanks for the info. Who are the owners of this program? It seems quite fishy, I am worried that this might be a waste of my time.

⌃ | ⌄   Reply   Share ›

**Linda** → core3net • a month ago

How noble of you, at least we can't say we weren't warned :-)

⌃ | ⌄   Reply   Share ›

**HCHARRY** → rix • 2 months ago

Dude, find a better translator....seriously. Also, enjoy losing your money.

6 ⌃ | 1 ⌄   Reply   Share ›

**alien99** → rix • 2 months ago

What are you saying? Lol...That is the greatest comment of ALL time...Lol!!! You can not get a better example of the type of people Rippln is attracting. Hahahaahahhaahaha....My stomach hurts:)....@Rix, please comment again, you are a one man show!

2 ⌃ | ⌄   Reply   Share ›

**Ray** → rix • 24 days ago

"discuss of end" ????

you mean "end of discussion"

1 ⌃ | ⌄   Reply   Share ›

**Brian** • a month ago

I have and issue with everyone who says that there is no harm in joining. The question you should ask yourself is "Why should I join rippln?" If you look at their site, the answer is that you should get rewarded (paid) for promoting various things like angry birds.

If you don't like math, you can skip the next two paragraphs, but they are very illuminating.

The problem is that, at any moment, the average person on rippln has 1 person directly below them in their downline. (It is actually very small bit less than one since the top people don't have uplines, but this is ignorable.) To even qualify to get any rewards, you have to have at least 5 people directly under you. In order for the average number of people directly under a person to be 1, there must be 4 people somewhere in the rippln community with 0 people below them to balance you out. In effect, 80% of people on Rippln cannot even qualify to get rewarded.

Now look at their payment plan. It costs $25 /month to become a "player" and to get rewards. Now, for a given product, most of the money goes to the company (as it should since they created the product). Say the company is real nice and 20% of their profit goes to those in the Rippln community. Now, (at best), you get 10% on everything in your downline. so over all you get 2% on everything sold in your downline. Just to break even, your downline needs to buy 25/.02 = $1250/month on products. Let p be the number of players and n the number of people on Rippln. The entire Rippln community needs to buy $1250 * p every month. If everyone buys on average $15 a month (seems accurate, maybe high), they buy $15 * n per month. that means that some people will lose money if the player community grows to more than p/n * 100 % of the Rippln Community. Do the math, and you find out that less than 1.2% can make money even in the best case scenario, and it is very easy to lose money.

On an more philosophical note, imagine how Rippln is supposed to work: you get paid to make recommendations to friends and when they recommend them to

see more

5 ⌃ | ⌄   Reply   Share ›

**Cedric Early** • 3 months ago

Very well written. I knew it was a scam when I was approached to join. Diff'rent tricks, same magic show. couchfries.com

6 ⌃ | 1 ⌄   Reply   Share ›

**Arthur** → Cedric Early · 2 months ago

I understand the "feelings" and I've seen plenty of scams over the years...but one cannot call it a scam until it is a scam...meaning when money is paid, did you get what you paid for? But no money has been paid yet...so no scam yet. Call it what it is not what you are hoping it is.
Look, if it was a scam, then the Feds would be all over it...but that is not the case. Why? Because it is no scam yet...it might be a scam some day, but as of right now, it is not...so call a spade a spade, not something else...you surely get my point, right?

10 △ | 1 ▽    Reply   Share ›

**MikeTheInfidel** → Arthur · 3 hours ago

Money has been paid. They're charging people $25/month to stay on the site.

△ | ▽    Reply   Share ›

**Teemo** · 2 months ago

Also, that so called 'OMG DONT TELL ANYONE, NDA AND THAT!' video is widely available to the public on youtube...which suggests it isn't THAT private after all...i just got refered to this with my magic bean willy wonka golden ticket code, and it stank of scam.

3 △ | ▽    Reply   Share ›

**core3net** Mod · 2 months ago

Over 1500 queries of "Is Rippln a Scam" on Google. With so many people wondering if it's a scam, I think there would be thousands of people surprised to find it's not. People don't randomly look to see if something is a scam or not; unless it seems fishy.

3 △ | ▽    Reply   Share ›

**Roxanne Lopez** → core3net · 2 months ago

I must disagree on a few points, or to put more accurately a few OPINIONS. I've been reading A LOT of Rippln on BOTH SIDES to be well informed and make an educated decision of my own. That is what people Should do before getting involved in ANYTHING regardless if it appears to be 'fishy' or not. As of this exact moment I'm writing this (12:13m PST) RIPPLN has 827,611 players. That is A LOT of 'idiots', 'naive people', 'fools'...to those who are name calling. Very impolite and discourteous, by the way. hose whTo consider anyone who chose to become a part of RIPPLN as being naive or outright stupid that is a personal opinion not FACT. Nor does Rippln state, encourage OR emply to 'allienate your family and friends'. As far as the pyramid scheme accusation; those who state this clearly do not know exactly WHAT a pyramd scheme; it is illegal and downright dishonest and unethical to try to cheat people out of hard earned income and betray trust. NOTHING dishonest OR illegal is being done nor anything shady. As for the negative stigma that MLM has, and much of it rightly so when attached to dishonest business practices, many Honest and highly Successful companies use some form of MLM (i.e.- real estate. Broker has 'agents' who also have reps. A house is sold, everyone involved gets a piece w/the majority going to the broker). And finally for those who state you MUST pay something to become a player and share...grossly incorrect. It is stated & restated that becoming a part of RIPPLN is 100% FREE. No strings attached. Ever! There are 2 sides to RIPPLN (which is still in it's Invite Only phase & has not opened to the general Public yet) once it goes LIVE/PUBLIC. 1) You can simply partake and share of whatever products (apps, links, info, etc.) that the social platform/site offers for FREE for as long as you wish to be a part of it (same as Facebook, Twitter, LinkdIn, Pinterest, etc.) just as you are now on these other sites OR 2) You can also choose to get involved in the enterpreneur/business side of it. AND you can choose to become uninvolved in that side again as well, without any strings and STILL remain an active part of the social site. Therefore you have a CHOICE and are free to retract w/out any repercussions, no being banned should you decide you don't want to partake of option #2 anymore. As for the products that will be offered, applications, etc. and accusations that RIPPLN is claiming to have those apps available NOW....again, grossly incorrect. There are NO apps, links, products, etc. available yet. There will always be those FOR and AGAINST something NEW. I remember when Facebook was just a whisper and much of the same that's being

see more

7 △ | 1 ▽    Reply   Share ›

**core3net** Mod → Roxanne Lopez · 2 months ago

tl;dr - I can tell by your use of CAPITAL LETTERS that you are for this. Which is fine. And stop saying RIPPLN is 100% FREE. Just because it doesn't cost you money doesn't mean it doesn't cost you.

Remember.. nothing is really free.

3 △ | ▽    Reply   Share ›

**Roxanne Lopez** → core3net · 2 months ago

I say the word FREE because it IS...FREE to join, to remain, to participate, to be a member of, share, etc. There is NO REQUIREMENT to do get Involved in RIPPLN. As I previously stated there are 2 aspects of RIPPLN: the member/fan side AND the entrepreneur/business side. IFFFFFF they want to just be a member only, share there is Nothing to pay. EVER = 100% FREE. NO STRINGS ATTACHED. If your opinion is that anything given, such as time & energy all COST and even the act of inviting others to share is a cost then, in YOUR opinion, I can see how absolutely nothing in life is FREE. A very negative, skeptic attitude and opinon to have but hey, to each their own. Then it must COST every single person who shares and plays games on Facebook (and the #s are in the millions) are not all FREE members at all, either. In fact, I recall a time when Myspace was all the rage & Facebook was on the verge of coming out that many oppposers called it a Scam also. And how many of them are now all about Facebook, have all comments, pics, etc sent to their phone app & check it mutiple times a day? Again, interesting. Perhaps, rather than shoving YOUR opinions into other people's (readers) faces and being so singularly negatively opinionated you could learn and put into practice a much more considerate, less arrogantly egotistcal point of view that does not slam others opposing (or undecided) opinions. Not agreeing with you does not make another's opinion wrong or naive or idiotic.You ASSUME that I am in support of RIPPLN (which is how it's spelled and used marketably, in all caps). I do believe that my statement above indicated that regardless of which side a person is on..the POINT was to EDUCATE oneself BEFORE forming a solid opinion...one way or another. Myself, personally, have no problem agreeing to disagree and RESPECTING another person's opinion. If you'll notice, I've used CAPITAL LETTERS in multiple words to EMPHASIZE those specific words, only. Thank you.

see more

5 ▲ | 1 ▼   Reply   Share ›

**MikeTheInfidel** → Roxanne Lopez · 3 hours ago
This is a lie. Membership is not free.
▲ | ▼   Reply   Share ›

**Steve Wyer** → core3net · 2 months ago
Exactly why some parasitic bloggers write these articles, to Scam (sorry Drive) traffic to their sites...
2 ▲ | 2 ▼   Reply   Share ›

**Arthur** · 2 months ago
Actually, not very well written, in my opinion...and obviously tainted by your own "iron logic"...I've read, listened and watched both sides of this story...and the "scammer criers" are showing off their ignorance and/or their envy...over 710,000 signups within first 45 days...set to break the world record...of course big money and the envious are going to bash this concept...history repeats itself over and over and almost always the big money holders win against the small money...they don't want the competition...even though, for example, many modern-day big bankers have committed crimes and were found out, but, they are not prosecuted and people still bank at their banks...why strain at a gnat and swallow a camel?

Just give it a rest...wait until it is rolled out, then complain if justified.
5 ▲ | 1 ▼   Reply   Share ›

**core3net** Mod → Arthur · 2 months ago
My writing style was on par with the class of people falling for the gimmick so "well written" is quite subjective. Either way, I am curious to see what happens despite how I personally feel about it.
3 ▲ | ▼   Reply   Share ›

**Kyle** → core3net · 2 months ago
Might have wanted to state that this is a personal opinion then.
In everyone's defense, you basically used the same tactics to warn those in your favor. I PERSONALLY don't see the difference between your tactics and theirs.
To make this short, it's too soon to point the finger of blame. All opposing, chill out and listen a little more. You might actually hear something useful. Till then, don't. Listen out loud.
3 ▲ | 1 ▼   Reply   Share ›

**core3net** Mod → Kyle · 2 months ago
Certainly your opinion, and you are entitled to it. The condescending "Chill out and listen a little more you might actually hear something useful", definitely goes in line with their elitist attitude. Listen out loud?
4 ▲ | ▼   Reply   Share ›

**Kyle** → core3net · 2 months ago
Correction: Don't listen out loud. Regurgitation of an opinion falls far from the truth. Until a fact has been set I think all should understand that the only Fact presented here is an opinion. Unless you are hiding the truth (highly doubted) considering you don't know either.
2 ▲ | 1 ▼   Reply   Share ›

**hyperhyper** → core3net · a month ago
Don't worry about this. Every generation needs an Amway. Unfortunately, our society does not have a hive-like intelligence so we are doomed to repeat the mistakes of yesterday over and over. We all have to touch the hot stove once to be wary of it, or get your tongue stuck on a pole in the middle of the winter to know not to do that.

All these people who are looking to Rippln as their ticket to a better life are obviously unhappy in their life and need a quick fix. They will get burned by this and they will blame anyone else but themselves. Circle of life.
▲ | ▼   Reply   Share ›

**David** · 2 months ago
I completely disagree. I think the tactics they are using are actually quite genius, even though they may resemble MLM and scam tactics. The fact is that I have rarely seen better marketing. Whether rippln will be all that they're saying it will be? I doubt it. But the fact that so many people are already getting involved before they have even launched the main reason people would even join (getting money for sharing products and services) the thing is pretty amazing. Personally, I would way rather share a product or service that I have enjoyed on Rippln, where I am compensated with $$$, than on Facebook, where I might get a few likes... What I really don't understand is why nobody thought of this before.
4 ▲ | 1 ▼   Reply   Share ›

**Garbagio** · 2 months ago
Don't dog it until you try it.
3 ▲ | 1 ▼   Reply   Share ›

**core3net** Mod → Garbagio · 2 months ago
I've never tried heroin, but I'm pretty sure it's bad.. because it's obvious.
14 ▲ | ▼   Reply   Share ›

**Mark Derick Kohai** → core3net · 2 months ago
Apples and oranges..
4 ▲ | 1 ▼    Reply    Share ›

    **MikeTheInfidel** → Mark Derick Kohai · 3 hours ago
    Are both fruit, and Rippln is an MLM scam.
    ▲ | ▼    Reply    Share ›

**deadchristmastrees** → Garbagio · 2 months ago
I've tried it so am i allowed to 'dog' it? anything that makes you pay money MONTHLY to make money is a scam. He is right...and i fully support MLM businesses...
2 ▲ | ▼    Reply    Share ›

    **core3net** Mod → deadchristmastrees · 2 months ago
    They finally came out and said how much it would be a month? So many people here say: "How can it be a scam when you don't pay anything!?!?" .. So apparently the cat is out of the bag.. You do have to pay something!
    1 ▲ | ▼    Reply    Share ›

        **deadchristmastrees** → core3net · 2 months ago
        ohh i guess i know this because im part of the super secret inner circle elite...or something. Its $25/month for the 1st level which im still confused about whether you can make money at that level. Im sure there are other, more expensive levels...its all a profit scam. AND they may not of said how much it costs but anyone who actually searched the site would know that there would be a fee to become a 'player' and make money. Of course, who would bother reading that boring stuff...
        1 ▲ | ▼    Reply    Share ›

        **core3net** Mod → deadchristmastrees · 2 months ago
        Ouch.. $25/mo to be on a social networking site. You are "behind the velvet ropes" as they say haha!
        2 ▲ | ▼    Reply    Share ›

    **Mark Derick Kohai** → deadchristmastrees · 2 months ago
    I don't know this author or where costs were from, pretty shady if you hide yourself. It could be "Chris" wouldn't that be a scam...Lol
    1 ▲ | 1 ▼    Reply    Share ›

        **deadchristmastrees** → Mark Derick Kohai · 2 months ago
        i dont really understand your comment but it sounds like your saying that i'm 'hiding' myself... I can assure that i'm not. It's not 'shady' to use an internet handle to post a comment - it happens 10000x a day. Rippln hides a ton of info (do u even know what this 'app' will do or look like? did u even know about the $25+/month until i commented?) yet you stick up for them. I dont use my real name on some blog and you call it 'shady'. Here dude, here's my fb page. I hope you dont mind if i dont give you my social security number too.
        https://www.facebook.com/laura...
        1 ▲ | ▼    Reply    Share ›

    **Mark Derick Kohai** → deadchristmastrees · 2 months ago
    It's is in it's infant stage, it's like counting chicken's before they hatch :-)
    1 ▲ | 1 ▼    Reply    Share ›

**Shortshot** · 17 days ago
They DO want money from you...to the tune of almost a $70 annual fee & another monthly fee of $25! Core3net is RIGHT!! You shouldn't have to pay to make money. That's where they are making all their money...in the fees they want to charge you to, as they say..."Get in on the ground floor". Have a feeling that most of the folks that fall for this are going to end up, lost & forgotten in their basement! Ground floor, my a_s! Another old saying, "There's a sucker born every minute"!
2 ▲ | 1 ▼    Reply    Share ›

**Anthony Smith-Chaigneau** · a month ago
Rippln just invited me to pay the 100+ dollars to receive commission for my referrals (MVP status) ... That is a scam and is MLM Social Media style. The owners want to earn 100's of millions in up front money and not a single campaign is in place no product for you to sell or referral scheme that covers you by contract ie a finders fee % offer. Scam is the word.
2 ▲ | 1 ▼    Reply    Share ›

    **Florentino Detres** → Anthony Smith-Chaigneau · 11 days ago
    This I took off their website today "We are in pre-game mode and are not accepting payment at this time. Rippln anticipates there will be a fee to participate as a Player. Being a fan costs you nothing." Yes they are going to charge money and in my opinion this is going to be something not to ignore. You can be a fan or play in the game, meaning you can earn money either way. Paying to be a play is a way to earn greater money for sponsoring other people. I just joined yesterday and I have a feeling that this is going to be big. It's mainly centered around the gaming industry and mobile devices also bringing in new products to earn commission off of. In my opinion I think it's worth a try, they are not asking for any fees right now.
    1 ▲ | 1 ▼    Reply    Share ›

        **MadMadMaxx** → Florentino Detres · 10 days ago
        Check my post, I joined yesterday, too. After reaching Ripple 2 I had this nice surprise.
        1 ▲ | ▼    Reply    Share ›

▲ ▼ • Reply • Share ›

**Jason Kozdra** • a month ago

Yeah, MLM is the new "N" word -- just throw that little acronym around and have your friends trembling in fear or mocking in ridicule things they know nothing about. Most who use the phrase "multi-level marketing" actually mean "network marketing", "P2P (person-to-person) marketing", or "direct marketing". When you hear "MLM" come out of someone's mouth, you can almost be certain that what they are actually intending to say is "I am employed in a dead-end job, and I would actually love to be working for myself like you are, but I lack a scrotum or its contents so won't take a risk."

I know almost nothing about Rippln. So far, I have found that they seem to have said very little. That's their prerogative. In this day and age, it is a mark of wisdom to play one's cards close to the vest...

2 ▲ | 1 ▼    Reply    Share ›

**Steve A** • 2 months ago

I will make it simple for everyone here. Do we all click on ads, do we all buy apps or games online, books? other products? yes we do. if not daily from time to time. Do we all downloads apps? yes we do.

I have joined for the first time a network marketing system.. because that is what Rippln is.

What these guys have created is a social network in combination with a global marketplace.

It is as simple as the description above.
For those that have studies network marketing is its pure concept not the pyramid scheme or scam which means paying for nothing or never getting paid, network marketing is a new type of marketing and with the evolution of the internet this becomes stronger.

The invitation code approach is because they are not yet ready to support millions of concurrent connections to their system. The owners were asked and they have answered on this.

At the same time it is used as a marketing approach - a pre launch one.

To go back to my initial simple analysis.. since we all buy, download or click on ads.. then why not do it through a new marketplace.
Do you know many people have been ripped off on ebay?
Does this make ebay a scam?

see more

2 ▲ | 1 ▼    Reply    Share ›

Load more comments

**ALSO ON CORE 3 NETWORKS**                                                                              What's this?

**What To Expect When You Are Expecting**                          **Movin' on Up!**
1 comment • 5 months ago                                          2 comments • 5 months ago

**Rippln is a Scam**                                              **The Surviving Startup**
2 comments • 3 months ago                                         3 comments • 3 months ago

 Comment feed     Subscribe via email                              DISQUS

**Core 3 Networks**

404.973.2312 | sales@core3networks.com
11555 Medlock Bridge Rd. | Ste. 100
Johns Creek, Ga. 30097
Copyright © 2013 Core 3 Networks, Inc.

- 
-