# EXHIBIT D
# to KESSLER
# DECLARATION




: Must before clicking any ads or links on MoneyMakerGroup.com
Forums Rules Help Search Members Calendar Blogs Links

ADVERTISE ON MMG. Contact Us Via E-mail at: MMGAdvertising@gmail.com

MoneyMakerGroup » HYIPs, Autosurfs, & Other High-Risk Opportunities » Hybrid Programs

**Posting Guidelines:**

All Hybrid Programs (combination of 2 or more program types) or Revenue-Share, Reverse Pension Plans, and All Others not represented by another forum category belong in this section. Hybrid programs could be a combination of (Surf + MLM) or (Hyip + Matrix) or (GPT + Hyip) or any other similar arrangement. A Revenue-share is a program sharing its actual profits with its members and not a revenue/profit-share model based on member deposits. A Reverse-Pension plan is simply a policy that pays you out now (once the membership goal is attained), rather than upon your retirement.

**NO promotion or advertising allowed in this section.**
**DO NOT Announce programs that have already been announced.**
**DO NOT Announce programs before the program's website is able to accept sign-ups from potential members.**
**DO NOT Place referral links in topic titles.**
**DO a >Search< before you announce a new program!**

**All new topics MUST be created using the proper format when announcing a new program or your thread may be deleted without notice:**

Topic Title: Program Name - URL
Topic Description: Investment Plan - Payment Processors

**DISCLAIMER:** MMG does not research the programs discussed here and is not responsible for ensuring that any of these programs are still operating as claimed. Please use caution and read each respective thread thoroughly and research each opportunity before making any spending decisions. These programs can be extremely risky and could be outlawed in your country. **Any Advertisement you see on MMG is only an ad**, and has **NOT** been verified for legitimacy. Please Be Very Careful, The Internet is full of scams. **We do not Invest in, or vouch for any program. Use extreme caution!**

44 Pages « < 37 38 39 40 41 > » Add Reply New Topic

**RippIn - Startmyripple.com, New Technology App - HUGE OPPORTUNITY!!!** Options

**facloner** Oct 1 2013, 04:05 PM Post #571

MMG Member

**Group:** Member
**Posts:** 64
**Joined:** 22-September 13
**Member No.:** 526,730

> QUOTE (jhkwes @ Sep 30 2013, 10:08 PM)
> Toooo funny!

Recent sad sack videos , embarrassing themselves everyday, deleted fB postings, etc has made this one a running joke.

Ive seen it called Ripp-offLN many times last few days.

Hearing their numbers are a bit off. Seen reference that members fb friends included in totals?

This post has been edited by **facloner**: Oct 1 2013, 04:06 PM

Go to top Quote Reply

**Paid Advertisement**




FEATURED AD - NEW STATIC AD





Advertise on MMG Today!

Advertisement










Advertisement





Welcome Guest ( Log In | Register

ALL NEW Premium Spot!

Go to top

felgercarb

Oct 1 2013, 04:52 PM Post #572

MMG Member

**Group:** Member
**Posts:** 88
**Joined:** 8-September 13
**Member No.:** 525,439

> QUOTE (facloner @ Oct 1 2013, 04:05 PM)
>
> Recent sad sack videos , embarrassing themselves everyday, deleted fB postings, etc has made this one a running joke.
>
> Ive seen it called Ripp-offLN many times last few days.
>
> Hearing their numbers are a bit off. Seen reference that members fb friends included in totals?

I think they're using FriendBlaster a similar tool to create fake Facebook accounts which they use both to pad their stats and spam with.

Go to top Quote Reply

misterkailo

Oct 1 2013, 06:42 PM Post #573

joinkai.com
LIFETIME SUPPORTER

**Group:** Lifetime Supporter
**Posts:** 6,962
**Joined:** 15-December 09
**From:** Philadelphia, PA
**Member No.:** 191,798

man so those people that spent a lot of money on paid advertising to build a large team must be UPSET!!!

--------------------
**EX-Pizza Boy makes $3441.94 PER DAY without talking to anyone. No sponsoring required - CLICK HERE NOW**

**Made $1087 from ONE sale without me talking at all on October 15th - Their team did all the work for me - www.joinkai.com**

I MAKE $194.27 / DAY WITH Walmart AND TABLE LAMP WATCH THE FREE VIDEO LEARN HOW !

Go to top Quote Reply

facloner

Oct 1 2013, 06:50 PM Post #574

Home Education Blogs & News Community MMG Info New? Start Here!

MMG Member

**Group:** Member
**Posts:** 64
**Joined:** 22-September 13
**Member No.:** 526,730

> QUOTE (misterkailo @ Oct 1 2013, 06:42 PM)
>
> man so those people that spent a lot of money on paid advertising to build a large team must be UPSET!!!

They have no right to be...Brian Underwood was very humble in his videos AND his mom posts on the FB page that he is honest.

RIPOFF-LN...making people poorer every month since 2012.

Go to top Quote Reply

misterkailo

Oct 1 2013, 06:54 PM Post #575

joinkai.com
LIFETIME SUPPORTER

**Group:** Lifetime

this makes me feel like it is GlobalOne all over again

--------------------
**EX-Pizza Boy makes $3441.94 PER DAY without talking to anyone. No sponsoring required - CLICK HERE NOW**

**Made $1087 from ONE sale without me talking at all on October 15th - Their team did all the work for me - www.joinkai.com**




Advertisement

- monhyip.net VERY HIGH RCB
- Provide Good RCB Offer - Iehyip.Com
- Make $200-$400 every week passively
- If You Dont Make $1000 Your First Month I ll Paypal You $500
- Earn 3.3% for 100 days, Stable revenuesharing
- Top Rated Business Opportunity
- Make $500 monthly @ Revenue Times
- We Do the Work And You Keep the Money
- Earn $900 over and over for only $20
- NerdBux - Earn bucks without paying anything
- Myvgv.com
- Your ad here - Only $29.99/week!!

Follow Us





Supporter
**Posts:** 6,962
**Joined:** 15-December 09
**From:** Philadelphia, PA
**Member No.:** 191,798

I MAKE $194.27 / DAY WITH Walmart AND TABLE LAMP
WATCH THE FREE VIDEO
LEARN HOW !

Go to top | +"Quote" | "Reply"

**jhkwes** | Oct 1 2013, 09:03 PM | Post #576

MMG Member

**Group:** Member
**Posts:** 632
**Joined:** 1-August 12
**Member No.:** 464,894

It seems that the really good things online start off relatively quietly and grow on merit...with good management and good fortune they may develop into "the biggest thing".

Soooo many BS programs in the MMO niche start off from the other direction: First they tell everyone that "THIS IS THE NEXT BIGGEST, GREATEST, blah-blah..." Rarely do they even survive, never mind turn a profit or make any impact.

Moral of the story?
Beware of the ones that behave this way.

--------------------
**ProsperityCashMachine** ***Best Matrix Program I've seen in many years online***

**RWJMarketing.com** ***"Your $2 Miracle" to setting up Guaranteed Passive Income!***

Go to top | +"Quote" | "Reply"

**solstar** | Oct 1 2013, 09:52 PM | Post #577

MMG Addict

**Group:** Member
**Posts:** 7,231
**Joined:** 29-January 11
**Member No.:** 279,700

QUOTE (jhkwes @ Oct 1 2013, 09:03 PM)

> It seems that the really good things online start off relatively quietly and grow on merit...with good management and good fortune they may develop into "the biggest thing".
>
> Soooo many BS programs in the MMO niche start off from the other direction: First they tell everyone that "THIS IS THE NEXT BIGGEST, GREATEST, blah-blah..." Rarely do they even survive, never mind turn a profit or make any impact.
>
> Moral of the story?
> Beware of the ones that behave this way.

1+...

--------------------
http://www.solstar.YourVirtualPortal.com

Go to top | +"Quote" | "Reply"

**GlimDropper** | Oct 1 2013, 10:28 PM | Post #578

MMG Member

**Group:** Member
**Posts:** 86
**Joined:** 24-June 08
**Member No.:** 144,785

Over 500?

From Rippln's official facebook page:

QUOTE

> **Jonathan Budd** Honestly... you guys ALL rocked it! I am so proud of you. Congratulations for helping over 500 people step up & play the ULTIMATE game of their lives in a single week! You are all rock stars. And honestly... congratulations to all the unseen hero's who were right on your heels... out in the trenches building their businesses & making a difference. I love this community, and I'm proud to be a part of it! Lets keep the momentum going and the checks flowing throughout the month of October! Big things ahead. Ripple on!

JB
6 · 3 hours ago

So, of all of RippIn's 1.4+ million members fewer than 600 could be persuaded to buy the "Ultimate Game" coaching product? But the Ultimate Game is not something you can measure by how many RippIn players purchased you need to look at the true value of the product. All we need to do is watch the amazing affect this coaching product will have on your friend and mine, Brian (SecondsOld). I invite you all to join me in this discovery process, we all get to sit back and observe just how much Brian's life will change for the better, and in each and every way and in only the next 90 days. I know this is a bold prediction and I'm sure some of you will scoff at this but I think the Ultimate Game 90 Day Challenge (which Brian only paid $500 bucks for) will so greatly improve his mental focus and over all cognitive ability that before those 90 days are over Brian will be able to give an honest answer to simple questions.

But then again, I might just be falling for RippIn's hype.

**felger** question for the tech department. About the 7:20 mark of this video Mr. Budd sort of half way explains why the App Store has issues with "invite codes" and no matter how you want to explain the issue (without getting into technical issues) Johnathan explains why the core functionality of the communicator app (being able to track your ripple) is something that isn't going to fly in the app store.

By this point it's easy to determine when RippIn is in full on damage control mode, they pretend to be addressing issues. Look back to 90% of all RippIn's media output, the vast majority of each of them is "pump pump, rah rah, you're so special." They only stop blowing smoke when they can't help but do otherwise. And with Johnathan Budd coming so very close to admitting that there isn't a good "app tracking" system for iOS makes me very much wonder if the communicator app will be "Android only" for the foreseeable future.

--------------------
Is it or isn't it? You Decide.

Go to top "Quote" "Reply"

facloner

Oct 1 2013, 10:37 PM Post #579

MMG Member

**Group:** Member
**Posts:** 64
**Joined:** 22-September 13
**Member No.:** 526,730

QUOTE (GlimDropper @ Oct 1 2013, 11:28 PM)

Over 500?

From RippIn's official facebook page:

So, of all of RippIn's 1.4+ million members fewer than 600 could be persuaded to buy the "Ultimate Game" coaching product? But the Ultimate Game is not something you can measure by how many RippIn players purchased you need to look at the true value of the product. **All we need to do is watch the amazing affect this coaching product will have on your friend and mine, Brian (SecondsOld). I invite you all to join me in this discovery process, we all get to sit back and observe just how much Brian's life will change for the better, and in each and every way and in only the next 90 days. I know this is a bold prediction and I'm sure some of you will scoff at this but I think the Ultimate Game 90 Day Challenge (which Brian only paid $500 bucks for) will so greatly improve his mental focus and over all cognitive ability that before those 90 days are over Brian will be able to give an honest answer to simple questions.**

But then again, I might just be falling for RippIn's hype.

**felger** question for the tech department. About the 7:20 mark of this video Mr. Budd sort of half way explains why the App Store has issues with "invite codes" and no matter how you want to explain the issue (without getting into technical issues) Johnathan explains why the core functionality of the communicator app



(being able to track your ripple) is something that isn't going to fly in the app store.

By this point it's easy to determine when RippIn is in full on damage control mode, they pretend to be addressing issues. Look back to 90% of all RippIn's media output, the vast majority of each of them is "pump pump, rah rah, you're so special." They only stop blowing smoke when they can't help but do otherwise. And with Johnathan Budd coming so very close to admitting that there isn't a good "app tracking" system for iOS makes me very much wonder if the communicator app will be "Android only" for the foreseeable future.

He has a penny auction now. He is now aware that nobody makes any real $ in EVERYTHING Budd and Underwood have done in last decade.(cept the admin) Doubt he will waste anymore $ RippoffLN.

Go to top Quote Reply

**SecondsOld** — Oct 2 2013, 01:53 AM — Post #580

Mr. First Alert
MMG LIFETIME SUPPORTER

**Group:** Lifetime Supporter
**Posts:** 1,313
**Joined:** 8-July 12
**From:** New Jersey
**Member No.:** 449,216

QUOTE (facloner @ Oct 2 2013, 02:37 AM)

He has a penny auction now. He is now aware that nobody makes any real $ in EVERYTHING Budd and Underwood have done in last decade.(cept the admin) Doubt he will waste anymore $ RippoffLN.

Are you guys talking about me? I thought when people are saying "Brian", they are talking about Brian Underwood. Nonetheless, glad to see you find me relevant. As far as Vicesus, been a member almost a year now, but people on this forum love to misconstrue the facts.

--------------------
SecondsOld.com - Highest Quality And Fastest Early Bird Program Alerts!
DSDomination - <---CLICK HERE TO SEE MY PIF OFFER!!!
Join Me HERE In My Top 5 Programs of 2013!

SecondsOld.com Early Bird Program Alerts — Be The FIRST To Join New Program Launches!

Message Me on Skype: SecondsOld

Go to top Quote Reply

**felgercarb** — Oct 2 2013, 06:56 AM — Post #581

MMG Member

**Group:** Member
**Posts:** 88
**Joined:** 8-September 13
**Member No.:** 525,439

QUOTE (SecondsOld @ Oct 2 2013, 01:53 AM)

Are you guys talking about me? I thought when people are saying "Brian", they are talking about Brian Underwood. Nonetheless, glad to see you find me relevant. As far as Vicesus, been a member almost a year now, but people on this forum love to misconstrue the facts.

An honest, non-pitch, non-spin post with your feelings and thoughts about the recent events in RippIn might go a long way towards helping us understand how it looks from the inside, as well as demonstrating that you are genuinely here to contribute and not just to promote.

I'm genuinely interested in an insider's perspective.

This post has been edited by **felgercarb**: Oct 2 2013, 06:58 AM

Go to top Quote Reply

**Sourcefunded** — Oct 2 2013, 08:05 AM — Post #582

QUOTE (felgercarb @ Oct 2 2013, 10:56 PM)



New MoneyMaker

**Group:** Member
**Posts:** 12
**Joined:** 17-September 13
**Member No.:** 526,346

> An honest, non-pitch, non-spin post with your feelings and thoughts about the recent events in RippIn might go a long way towards helping us understand how it looks from the inside, as well as demonstrating that you are genuinely here to contribute and not just to promote.
>
> **I'm interested in an insider's genuine perspective.**

Fixed that for you

Go to top "Quote" "Reply"

felgercarb

Oct 2 2013, 08:52 AM Post #583

MMG Member

**Group:** Member
**Posts:** 88
**Joined:** 8-September 13
**Member No.:** 525,439

> QUOTE (GlimDropper @ Oct 1 2013, 10:28 PM)
>
> **felger** question for the tech department. About the 7:20 mark of this video Mr. Budd sort of half way explains why the App Store has issues with "invite codes" and no matter how you want to explain the issue (without getting into technical issues) Johnathan explains why the core functionality of the communicator app (being able to track your ripple) is something that isn't going to fly in the app store.
>
> By this point it's easy to determine when RippIn is in full on damage control mode, they pretend to be addressing issues. Look back to 90% of all RippIn's media output, the vast majority of each of them is "pump pump, rah rah, you're so special." They only stop blowing smoke when they can't help but do otherwise. And with Johnathan Budd coming so very close to admitting that there isn't a good "app tracking" system for iOS makes me very much wonder if the communicator app will be "Android only" for the foreseeable future.

I am a bit puzzled still by the lack of an Apple response. I emailed my contact and was assured that they were serious about the issue and understood the gravity of the issues. "Just because it's still in the store doesn't mean that there's not going to be a response."

This, from a suit at Apple. This has me wondering, because I was also told by an earlier rep that they were contacting the developer, naturally the number they have would be Radina's Google Voice number, since one must give a phone # to register as a developer, and presumably since he uses his GV number for all his endeavors, it is natural that it should be his.

So, by this time one would assume unless Radina is hiding the attempts at contact by Apple, which is unlikely, as they would have to be in contact for the recent update to be published (though from what I understand it is Sunil Rawat who is doing the publishing, and while he was introduced as a 90 day app challenge person in the 9/3 state of play call, he is the most legitimate tech person I've yet seen associated with RippIn. He has a legitimate business and is a legitimate developer, but there is no mention of him associated with 90 day app challenge. I think he was contracted, or possibly bamboozled into ripplning. I say this, because one of the businesses which has recently been in "beta test" for rippln sign-in is his.)

So, it is reasonable that right before the blitz of response starting around 9/13, RippIn is aware of Apple's concerns, or at least that Apple is attempting to contact Radina.

With regards to the video: I was at first taken aback at how coked-up Budd was. I am in no way joking with that assessment. It is an observation of fact to the best of my knowledge. I was in LV on business/family time over the past 3 days so I didn't want to burn through my 4g data and I only watched bits of the video.

From what I remember of the portion you're addressing, they did seem to be pivoting a bit on the rippln sign-in but what concerned me greatly (and will undoubtedly concern Apple) is the statement "When they create an account, there will be a RippIn account created." Hoo-boy!



I'm an amateur at this stuff, so I'm going off my usual analysis methods of systems, but with the dropping social media engagement numbers (nosediving, really) all the people leaving and the desperate barrage of spin and insane promises they can't possibly keep...

And now Dooly being impeached (which they haven't responded to yet, maybe tonight, should be fun)...

My gut tells me this is a dying Rippln and the part where they shut down/get raided is nigh, regardless of what Apple does.

Oh, and that sudden "press release" establishing a partnership with Surya Rising has me wondering, too. Are they trying to throw Radina under the Apple bus there or was it a publicity Hail Mary?

Interesting times, indeed.

Go to top | Quote | Reply

**facloner** | Oct 2 2013, 10:44 AM | Post #584

MMG Member

**Group:** Member
**Posts:** 64
**Joined:** 22-September 13
**Member No.:** 526,730

> QUOTE (SecondsOld @ Oct 2 2013, 01:53 AM)
>
> Are you guys talking about me? I thought when people are saying "Brian", they are talking about Brian Underwood. Nonetheless, glad to see you find me relevant. As far as Vicesus, been a member almost a year now, but people on this forum love to misconstrue the facts.

Your very relevant. In recent memory on MMG, who has looked worse or embarrassed themselves more than you have with Rippin?

Profitable Sunrise comes to mind.

Go to top | Quote | Reply

**vineetm18** | Oct 2 2013, 11:30 AM | Post #585

New MoneyMaker

**Group:** Member
**Posts:** 22
**Joined:** 10-September 13
**Member No.:** 525,609

> QUOTE (jhkwes @ Oct 2 2013, 10:33 AM)
>
> It seems that the really good things online start off relatively quietly and grow on merit...with good management and good fortune they may develop into "the biggest thing".
>
> Soooo many BS programs in the MMO niche start off from the other direction: First they tell everyone that "THIS IS THE NEXT BIGGEST, GREATEST, blah-blah..." Rarely do they even survive, never mind turn a profit or make any impact.
>
> Moral of the story?
> Beware of the ones that behave this way.

Agree...

Go to top | Quote | Reply

**Paid Advertisement**

LONG-TERM MONEY-MAKING SOLUTION BUILT FOR SUSTAINABILITY JOIN NOW PerfectAdIncome STOP LOSING START EARNING

Go to top



Enter Keywords
Search Topic
« Next Oldest · Hybrid Programs · Next Newest »
44 Pages
« < 37 38 39 40 41 > »
Add Reply
New Topic
2 User(s) are reading this topic (2 Guests and 0 Anonymous Users)
0 Members:
|-- Hybrid Programs
Go
Skin designed by IPB Forum Skins
Lo-Fi Version
Time is now: 22nd October 2013 - 12:05 PM - Privacy Policy