# EXHIBIT E
# to KESSLER DECLARATION

# EN For Dummies
Entrepreneur Networking & Earning Income

 Anti SEO   Earn Income   Products   Trouble Ticket  

🏠 › Ben Davis Works › Rippln Scam Securities Fraud Scammer Warning ›

« ARP Auto Recruiting Platform
Personal Friend of Jeff Bauman Comes Forward and Who Is Susanne Bump? »

# Rippln Scam Securities Fraud Scammer Warning  💬 82

3 May 2013   |   Ben Davis Works   ·   EN For Dummies   ·   Scammer Warning
🏷 Tags:  Rippln Fraud   ·   rippln scam   ·   Rippln Scam Fraud Reports   ·   Rippln Scam Securities Fraud   ·   rippln scammer warning   ·   scammer warning



Post to Facebook
Post to Twitter

*I did not write this ... but this needs to be shared.*

## Much of the confusion and uncertainty surrounding Rippln can be attributed to the manner in which the creators have marketed the scheme.



A silly affiliate NDA, lack of information on the corporate structure and ownership of Rippln, a compensation plan and business model that appears to have not been finalised, nothing concrete on the app the company is supposedly based around… and the list goes on.

Despite the company's best efforts to thwart those interested from conducting thorough due diligence into the company, a purported 200,000+ people have handed over their personal information and signed on.

At the time of publication, any and all efforts to acquire specific details on the MLM side

## ⓘ Click To Learn How I . . .



## ⓘ It's okay to click.



## 📋 Categories

› Alexa   › Ben Davis Works
› Boston Bombing   › Copy and Paste
› Double Up Dollars   › Empower Network
› EN For Dummies   › False Flag
› Free Tools   › How To Use This Site
› Live Workflow   › Paid Tools
› Politics   › Quattro Education System
› Random   › Scammer Warning
› Simple2Advertise   › UFC
› Wall of Shame

## 📅 Archives

› June 2013   › May 2013
› April 2013   › March 2013

of Rippln have been met with a tin-can "we are currently in buzz marketing mode now and not accepting payment from affiliates, so we're not currently disclosing anything further" type response.

Despite these efforts however, today we take you behind the Rippln veil and share what has thus far been uncovered.

Suspicions first arose with the April 24th announcement from Rippln's lawyer, Jennifer Grace:

> Hi Everyone- I thought I would jump on really quick and put the minds to rest of those that hasveseen (sic) the negative press about Rippln CEO, Brian Underwood.
>
> I have worked with Brian Underwood over the last six years, and have known him to be both honest and forthright. The allegations of Brian Underwood being sued or investigated by the SEC or in another lawsuit are false.
>
> Anyone wanting to verify this themselves can always search the public records of Edgar Online. Mr. Underwood has been in the industry for many years as a distributor and more recently as a corporate officer.
>
> As a Corporate Officer Brian has performed all duties in the best interests of the company.
>
> Happy Rippln, and Kind Regards,
> Jenifer Grace
> Counsel for Rippln, Inc.

So Brian Underwood has never been sued or investigated by the SEC? Got it and thanks for clearing that up.

The problem?

To the best of my knowledge, *nobody had ever suggested or implied that Brian Underwood had been investigated or sued by the SEC.*

We'll leave Jenifer Grace's peculiar press release about Brian Underwood and the SEC at that for now, and move onto efforts to establish the exact corporate executive structure and ownership of Rippln.

Despite attracting an alleged 200,000+ affiliates, Rippln's website *still* provides no information on the company or those running it:

A few names have been thrown around by affiliates, of which the most visible was Brian Underwood, named as CEO on Rippln's Facebook page:

Further digging revealed what appears to be a Blogspot blog set up to pre-empt public searches for background information on Underwood:

The blog is owned by the Blogspot account "Rippln", which was created in March 2013:

As you can see, several other blogs have been set up in what appears to be a marketing attempt to pre-empt public background searches on Jim Bunch, Jonathan Budd and Brian Underwood in connection to Rippln.

As mentioned previously, Brian Underwood is credited as Rippln's CEO. Jim Bunch and Jonathan Budd are simply credited as being Rippln co-founders:

The fourth "Rippln" blog listed is used to republish information that appears on Rippln's Facebook account.

Curiously, a fifth blog was also set up on March 25th, naming Terry Lacore as a fourth co-founder of Rippln:

Why am I displaying a screenshot of Google's search results above rather than the blog itself?

Because it no longer exists. Sometime over the last fortnight Rippln *deleted it*:

## Recent Posts

- ALERT: Hacktivists Anonymous Release New NSA Data Dump on PRISM
- Why It's Okay To Have A 'Conspiracy Theorist' Friend
- BREAKING: Mass Shooting Santa Monica College near Obama Meeting
- Double Up Dollars – Oasis Utopia – Online Entrepreneur Academy
- Chris Gagen CJs Northside Grill Farmingham Mass
- White House Down Movie
- MCA Motor Club of America – Try DOUBLE UP DOLLARS
- 2025 Dollars Residual Income in my First Week
- Who Is Adam Walton
- 5 Steps to Change Your Life
- 625 Dollars – Residual Income – Under 3 Days
- 375 Dollar Residual Income Increase in 48 hours
- Friend of Jeff Bauman at the Crisis Acting Scene?
- Pat Healy and his 130,000 dollar bag of weed.
- Quattro Education System – Buy Your Sales
- Another False Flag Coming Within 7 Days?
- How To Buy Residual Income – The Secret
- New Simple2Advertise Back Office
- Quattro Education System – Signed Up, Now What?
- Introduction to Quattro Education System

## Reader Comments

- spooon on [SCAM WARNING] This is EXACTLY what the scammers do … BE AWARE!
- EndTheDisinfoJcg on Rippln Scam Securities Fraud Scammer Warning
- EndTheDisinfoJcg on Rippln Scam Securities Fraud Scammer Warning
- EndTheDisinfoJcg on Rippln Scam Securities Fraud Scammer Warning
- bendavvis on Rippln Scam Securities Fraud Scammer Warning

Also shown above: › February 2013  › January 2013



Why did they do that? Well as it turns out not all co-founders are created equal, and that brings us to uncovering the exact geographical location of Rippln.

Not publicly disclosed or acknowledged by Rippln but nonetheless discreetly uploaded to their site are the company's "Terms and Conditions". And if you scroll down to the bottom of the terms, Rippln request that anyone who has any

> questions or comments or complaints or claims with respect to Product (to) please contact:
>
> Rippln, Inc., 901 Sam Rayburn Highway, Melissa, Texas 75070.
>
> Along with Rippln, Corporation Wiki lists a boatload of corporations and persons operating out of and in connection to this address:

As above, of particular note are "Lacore Enterprises" and "Bhip Global Inc." and "Direct Sales Software Inc.". Corporation Wiki also ties Lacore to GlobalNet Outdoors, a failed outdoor niche shopping mall MLM company that launched in March 2012 and but had collapsed by November the same year:

Bhip Global is a  MLM opportunity was founded by Terry Lacore back in 2007:

I wasn't able to clarify anything concrete on Direct Sales Software Inc, but as the name suggests this appears to be a software based corporation. Putting two and two together Direct Sales Software is most likely behind the "app" component of Rippln.

Meanwhile Lacore Enterprises would appear to be the umbrella all of these corporations falls under. As the name suggests, Lacore Enterprises is of course owned by Terry Lacore (credited as "Officer" and "Director" by Corporation Wiki).

So where does Rippln fit into all of this?

A report by Rob Hicken published in the Idaho Statesman on April 25th indicates that Lacore Enterprises are behind Rippln:

> When Tricia Stoesser, marketing director for the Stage Coach Theatre, sent me a note about a new app called Rippln, hers was the 20th question I'd received.
>
> The network marketing company Lacore Enterprises, in Melissa, Texas, raised questions as it launched under the auspices of changing the way we view social media marketing.
>
> On the company's website, officials claim in YouTube videos that traditional social media built its reputation on the backs of the users and took the profits from that network to pay for expansion and growth – one video cites groups like Twitter, Facebook and Instagram. On another video, it claims games that extolled by networking reaped the profits.
>
> The promise, made in the videos, is that once established, Rippln will pass along marketing profits to the members.
>
> Lacore was founded in 2011 as an advertising agency and is a privately held company. Its attorney did not return calls.

Why Rippln's attorney, Jenifer Grace, didn't return Hicken's calls I have no idea but while we're on the subject it's worth noting that she might have a far more involved interest in Rippln beyond that of attorney.

BehindMLM reader "Skeptic" reports that after purchasing an official record of formation from the Texas Secretary of State, he discovered that Jennifer Grace and Terry Lacore were

› bendavvis on Rippln Scam Securities Fraud Scammer Warning

› bendavvis on Rippln Scam Securities Fraud Scammer Warning

› bendavvis on Rippln Scam Securities Fraud Scammer Warning

› pandorainternetradio on Rippln Scam Securities Fraud Scammer Warning

› uoykcuf_22 on Rippln Scam Securities Fraud Scammer Warning

### ENFD Traffic

Pages

Pages | Hits | Unique

› Last 24 hours: 1,387

› Last 7 days: 9,936

› Last 30 days: 69,141

› Online now: 5

### Alexa.com Ranking



### Pages

› Anti SEO

› Earn Income

› Products

› Trouble Ticket

### Spam Blocked

blocked by Akismet

### Tags

ben davis coaching

ben davis easy2seo method

ben davis empower network

ben davis en for dummies

ben davis interview with franco

ben davis qes

ben davis viral traffic method

ben davis works

ben davis works en for dummies

both listed as sole directors of Rippln.

CorporationWiki ties Jennifer Grace into "Grace Holdings LLC", which indicates a possible financial stake in Rippln in addition to her role as their attorney (and Director). Grace Holdings LLC are listed as operating out of the same Melissa, Texas address as Rippln and the rest of Lacore's companies.

Now that we've established ownership of Rippln, the question arises as to why Rippln are not willing to disclose any of this publicly, and why they pulled from publication a blog they themselves had created advertising Terry Lacore's involvement in the company.

Here's what Rippln had published on the now deleted Terry Lacore Rippln blog (with compliments from Google cache):

> Terry LaCore, Rippln co-founder, has a long and successful history in business development. From his early days as a top distributor at Strategic Telecom Systems, Inc. to becoming a top sales earner at InTouch Communications inside of a year, Terry's stellar career has become the stuff newcomers to the industry only dream of.
>
> LaCore next took an executive role as CEO of Netvision/Citidirect.com, servicing the rapidly increasing need for online business directories, then moved on to become Vice President of Sales at beauty products distributor Kaire, earning promotion to CEO in just a few short months.
>
> As a member of the executive team at publicly traded Natural Health Trends Corp. in 2000, Terry spearheaded a number of highly successful business development strategies including the creation of a health products distributor, Lexxus International.

A "stellar career" that newcomers to the industry only dream of? Yeah, about that…



Rippln's marketing spiel credits Lacore as having "spearheaded a number of highly successful business developement strategies" during his time at Natural Health Trends Corp.

National Health Trends Corp. however have a a slightly different take on Lacore's time with them,

> Natural Health Trends Corp. (NASDAQ:BHIP), an international direct-selling and e-commerce company, announced today that the Securities and Exchange Commission has completed a previously disclosed investigation of the Company and others that was initiated in October 2006.
>
> The SEC's staff notified the Company by letter dated September 12, 2008, that they do not intend to recommend any enforcement action against the Company.
>
> The investigation did result in a civil enforcment action by the SEC against two former officers of the Company, Mark Woodburn and Terry LaCore, who were charged with securities fraud and other violations arising from undisclosed related party transactions.
>
> Mr. Woodburn is a former president, director and chief financial officer of the Company, and Mr. LaCore is a former director of the Company and the former chief executive officer of NHT Global, Inc., a subsidiary of the Company.
>
> In late 2005, Mr. Woodburn and Mr. LaCore resigned as officers and directors, and the Company terminated their employment, in connection with an



ben davis works google plus
boston bombing fake
double up dollars
empower network for dummies
empower network help
empower network starter kit
en for dummies
en for dummies free training
false flag boston bombing
free marketing tools
fun marketing tools
get natural traffic to my site
google plus circles tip
government
how to buy residual income
how to get viral traffic
how to setup my empower network blog
how to use google plus
i need help with empower network
invest in bitcoins
jerad wellman double up dollars
klout ranking
quattro education system
rippln scam
signed up with EN now what
simple 2 advertise
simple2advertise
stumbleupon secrets and tricks
Team Prosperity member Franco Gonzalez interview
Team Prosperity member Franco Gonzalez interviews Ben
ufc 159 torrent
use google plus to help your empower network
wake up now
what is double up dollars
what is wake up now
what is your klout ranking

> independent investigation by the Company's Audit Committee.

An SEC investigation and resulting civil enforcement action? Oh my... what was all that about?

> On September 3, 2008, the Commission filed a civil action in the United States District Court for the Northern District of Texas charging two former officers of Natural Health Trends Corp. ("NHT") of Dallas, Texas, with securities fraud and other violations arising from undisclosed related party transactions from 2001 through 2005.
>
> The defendants are Mark D. Woodburn, of Southlake, Texas, NHT's former president, director and CFO, and Terry LaCore, of Flower Mound, Texas, the former president of NHT's chief subsidiary and an NHT director.
>
> According to the complaint, from 2001 through August 2005, **NHT's top distributor paid Woodburn and LaCore, directly and indirectly, approximately $2.5 million in undisclosed payments.**
>
> The complaint also alleges that, in February 2004, Woodburn caused NHT to loan $256,200 to a Woodburn family-controlled company, and later took steps to conceal related party nature of the loan when it was discovered by NHT's new accounting management in the fall of 2004.
>
> Woodburn and LaCore agreed to settle the SEC's charges without admitting or denying the allegations of the complaint.
>
> **LaCore agreed to settle charges** that he violated Section 17(a) of the Securities Act and Sections 10(b) and 14(a) of the Exchange Act and Rules 10b-5, 13b2-2, 14a-3, and 14a-9 **and aided and abetted Woodburn's violations** of Sections 10(b) and 14(a) of the Exchange Act and Rules 10b-5, 14a-3 and 14a-9.
>
> Each agreed to be **permanently enjoined from violations of the specified statutes and to a five-year officer and director bar.** Woodburn agreed to pay a $60,000 civil penalty, and **LaCore agreed to pay a $50,000 civil penalty.**

A five year officer and director bar? Wait a second... 2008, 2009, 2010, 2011, 2012,*2013*... but that's exactly... oh dear. Rippln lawyer Jenifer Grace's curious "Brian Underwood has never been investigated by the SEC" announcement suddenly makes sense.



They weren't trying to address the non-existent claims that Brian Underwood had been investigated by the SEC, using misdirection they were trying to pro-actively obfuscate the chances of anyone finding out Terry Lacore had.

And Lacore's "highly successful business developement strategies" at National Health Trends Corp. doesn't end there. Following the SEC investigation National Health Trends Corp. (NHTC) instigated their own legal action against Lacore, resulting in a temporary injunction:

> Natural Health Trends Corp.announced today that it had obtained a temporary injunction in its lawsuit against Terry LaCore, the Company's former director and executive officer, and Mr. LaCore's new company, bHIP Global, Inc.
>
> As previously disclosed, the Company sued Mr. LaCore and bHIP Global, Inc. in 2008, charging them with numerous unlawful acts.
>
> **The Court has found that there is credible evidence that the Company has established a probable right to relief on causes of action against Mr. LaCore and bHIP Global, Inc.**, including, among others, claims for **misappropriation of confidential and proprietary information and unfair competition**.
>
> Among other things, the Court found that the evidence supports the Company's

claims that:

(i) Mr. LaCore and bHIP Global, Inc. likely have possession of the Company's confidential and proprietary information and are in a position to use such information in competition with the Company;

(ii) **Mr. LaCore and bHIP Global, Inc. likely have solicited the Company's employees and distributors in breach of their agreements with the Company**; and

(iii) Mr. LaCore entered into multiple contracts with the Company providing for the return of confidential and proprietary information.

Pending a trial of the lawsuit, the temporary injunction restrains and enjoins Mr. LaCore and bHIP Global, Inc., as well as their officers, agents, employees and attorneys, and all persons in active concert or participation with them, from

(a) directly or indirectly contracting with, or employing, any former or existing employee, distributor or supplier of the Company if such contract or employment would result in that person breaching his or her agreement with the Company and

(b) obtaining confidential information belonging to the Company with knowledge that the information was obtained in breach of a confidentiality agreement between the Company and any former or existing employee, distributor or supplier of the Company.

The temporary injunction also orders Mr. LaCore and bHIP Global, Inc. to return the Company's confidential and proprietary information.

How did the case end?

Rod Cook over at MLM Watchdog covered the conclusion of NHTC's lawsuit, writing back in 2008 that

> NHTC dropped out by not paying their lawyers so the whole NHTC lawsuit was DISMISSED….Went down drain without a whimper!

What happened there I have no idea but it was the only positive for Lacore I was able to find in relation to his involvement with NHTC.



The SEC's lawsuit and resulting civil enforcement action and fines speak for themselves and probably explain the secrecy and failure to openly disclose the entire corporate structure and ownership of Rippln.

So where exactly are we at now?

Rippln have launched what they referred to as a "stealth viral marketing" campaign, with the company openly declaring that '*Rippln is all about recruiting new members*' on the BlogSpot Rippln blog set up as part of their marketing efforts.

Compensation plan wise it was revealed that the Rippln were going to pay $20 on the recruitment of 5 new free affiliates, and $80 and $240 on the recruitment of new paid Domestic and Global affiliates, with affiliates having to pay themselves if they wished to earn these commissions.

Since then Rippln have pulled all previously released compensation plan material from the internet, now claiming that

> Rippln has not fully completed its planning for the Rippln Rewards Program as it continues to undergo scrutiny by Rippln's legal advisors.

That of course wasn't before Rippln told affiliates at a recent marketing event (according to a Rippln affiliate who claims to have been in attendance), that it would cost $300 to join as a Domestic affiliate and $900 as a Global.

Between the SEC investigations, securities fraud, allegations of pillaging proprietary information and competitive secrets from previous opportunities and why Rippln are apparently actively seeking to distance themselves from revealing Terry Lacore is seemingly behind the business, the company has a lot to answer for.

Unfortunately however, whether or not we'll get an official response to any of the above information is not clear.

Rippln co-founder Jonathan Budd (who appears to be their online PR spokesperson) was openly participating in the discussion here at BehindMLM, but after being repeatedly grilled on the finer points of Rippln wrote in his last published comment:

> Hi all,
>
> To answer your questions one final time.
>
> (blahblahblah we don't know how to run Rippln without paying recruitment commissions and charging affiliates membership fees, please tell us how to run our business blahblahblah)
>
> Thank you for your time. Good bye.
>
> All the best,
> Jonathan Budd

When I last wrote about Rippln, I concluded with the analogy that the opportunity was somewhat like a train:

> 200,000 people have signed up for tickets to the Rippln MLM train, the drivers don't appear to be certain on how to operate it and nobody really seems to know where they're all headed.

Between Terry Lacore's history with the SEC, the (now retracted) recruitment driven compensation plan, 200,000+ affiliates who have signed up without really being told what they're getting into and Rippln openly advertising the company as being '*all about recruiting new members*', I'd like to update that analogy by stating that in all likelihood the Rippln train seems headed straight into the laps of US regulators.

All aboard…

—

**Footnote:** Full credit goes to the BehindMLM readers whose collaborative efforts made the basis of the above article.

You can read the community discussion as it happened over at the BehindMLM Rippln Review.



You may also like:



Earn Income ← EN For Dummies



Dzhokhar Tsarnaev and Tamerlan Tsarnaev fooled our entire…



Your Business Is Failing and This Might Be Why ← EN For D…



Bitcoin Investment – Better set of numbers and expectatio…



**81 comments** 

Sign in     16 people listening 





**Newest** | Oldest

**pandorainternetradio**    8 days ago

E-Factor $300 There is a distinct difference between those that achieve more at a higher level and those that dabble and move slowly. Increasing one's effectiveness in a given area will accelerate one's ability to create, grow, achieve and sustain an extraordinary life both personally and in business.
The E Factor is the systematic transfer of emotions, behaviors and mindset of the things through which you are already effective to the areas that you are not. This step-by-step, hands-on effectiveness multiplication course is designed specifically to increase one's level of skill, confidence and certainty.

Like    Reply



**bendavvis** `moderator`    8 days ago

@pandorainternetradio Team Builds are the new craze. Why?

Because THEY WORK.

http://badguymarketing.com/wake-up-now-team-build-how-to-join/

Like    Reply



**rogeriop1p2kkkc3**    Jul 24, 2013

pure pierced my already so charging for a product that does not even know if it will work my charges $ 25 for me to disclose the company ta let them turn the game I paid $ 25 for you to disclose my company ok ta crazy first say that it is something totally free is only invite friends to join the social network and earn for it and then say they have to make an investment falcatruar is pure thievery and still speak the Facebook my guys do not pay but do not charge to be part of the network with false hopes get rich this is my illusion say will revolutionize the world will even will be the biggest blow of all kkkkkkk only to fall into that backpack.

Like    Reply



**bendavvis** `moderator`    8 days ago

@rogeriop1p2kkkc3 Team Builds are the new craze. Why?

Because THEY WORK.

http://badguymarketing.com/wake-up-now-team-build-how-to-join/

Like    Reply



**rogeriop1p2kkkc3**    Jul 24, 2013

 esse negocio de Rippln é pura furada meu já tão cobrando por um produto que nem sabe se vai dar certo meu cobra 25 dólares para eu divulgar a empresa deles ta vamos virar o jogo eu pago 25 dólares pra vocês divulgarem a minha empresa ok ta louco primeiro dizem que é algo totalmente grátis é somente convidar amigos para fazer parte da rede social e ganhar por isso e depois dizem que tem que fazer um investimento pura falcatruar é ladroagem e ainda falam do Facebook meu os caras não pagam mas também não cobram para fazer parte da rede com falsas esperanças de ficar rico meu isso é ilusão dizem que vai revolucionar o mundo vai mesmo vai ser o maior golpe de todos kkkkkkk só trouxa pra cair nessa.

Like   Reply

 **sophoebe117**                                                             Jul 6, 2013
The article was well thought-out and I thought it was beneficial. That is, until I saw that the poster of this article (in the below comments and replies) is an immature idiot.

Like   Reply

 **bendavvis** moderator                                                       Jul 6, 2013
@sophoebe117 So you make your decisions based not on fact ... but on how you feel about a person?

That sounds smart!

Like   Reply

 **sophoebe117**                                                             Jul 6, 2013
@bendavvis @sophoebe117 It just takes some of the credibility out of it thats all. Also, seeing someone as an immature idiot is not a feeling. It is a clear portrayal on your part.

Like   Reply

 **bendavvis** moderator                                                      Jul 6, 2013
@sophoebe117 There should be NO emphasis on me at all in this story. It should be about the data.

Like   Reply

 **bendavvis** moderator                                                      Jul 6, 2013
@sophoebe117 You are female, however. So I understand you making decisions with emotion and not logic.

It's what ya'll do!

Like   Reply

 **sophoebe117**                                                             Jul 6, 2013
@bendavvis @sophoebe117 I agree wholeheartedly. Does that mean you will stop emphasising yourself? It causes unnecessary and annoying distraction from the article.

Like   Reply

 **sophoebe117**                                                             Jul 6, 2013
@bendavvis @sophoebe117 I did not say anything about decisions. My only decision was to stop enabling your histrionic personality.

Like   Reply

 **uoykcuf_22**                                                              12 days ago
@bendavvis @sophoebe117 So pull the gender card? yeah this has to be a joke

1  Like   Reply

 **bendavvis** moderator                                                    8 days ago
@uoykcuf_22 @bendavvis @sophoebe117 Well everyone knows Women put emotions in to decision making. That is science, moron.

Like   Reply

 **bendavvis** `moderator`   Jul 3, 2013

Hey just so you morons know ... I AM THE SITE ADMIN. IF YOU MARK MY COMMENTS AS SPAM AND TRY TO TATTLE TO THE TEACHER. IT IS GOING TO MY INBOX.

Fucking morons ...

Like   Reply

 **uoykcuf_22**   12 days ago

@bendavvis Yes, very professional. *clap clap clap*

1  Like   Reply

 **bendavvis** `moderator`   8 days ago

@uoykcuf_22 That is what my J.O.B. manager used to say. Now I make 10 grand a month. Where are you at? Loser?

Like   Reply

 **IsaqueFernandes**   Jun 27, 2013

Rippln is free to join!!!!

If you want to know more, JOIN IT, dont write a bunch of bs, that is way outdated. I'm in Rippln almost from start and never heard of half the bs you say...

I see way more "scammy" ou doubtfull MLM projects out there and never joined it because i dont like giving loads of cash before knowing what i can gain back.

Rippln allows people to use the platform without paying a dime. So i recommend that you first join it, since its free, and watch some webinars that they do informing all of the ideas and WORK-IN-PROGRESS before badmouthing Rippln.

I bet you talked bs about FB too... LOL

1  Like   Reply

 **bendavvis** `moderator`   Jun 30, 2013

@IsaqueFernandes I talked BS about your mom!

Like   Reply

 **bendavvis** `moderator`   Jul 3, 2013

@IsaqueFernandes Hey dip shit. I am the site admin. So when you mark my comments as spam or inappropriate. IT GOES TO MY INBOX.

Tattle tale rat trying to mark me as spam.

THIS IS MY WEBSITE MORON.

Like   Reply

 **EndTheDisinfoJcg**   7 days ago

@bendavvis @IsaqueFernandes God man.. you're right that RIPPLN has scam written all over it.. but, then again, YOU have LOSER written all over your responses on this blog. And worse? you seem to be proud of it.. which, CONGRATULATIONS! Officially bumps you up to the MVP level of being a LOSER. :)

Like   Reply

 **rogeriop1p2kkkc3**   Jul 24, 2013

@IsaqueFernandes pura furada meu já tão cobrando por um produto que nem sabe se vai dar certo meu cobra 25 dólares para eu divulgar a empresa deles ta vamos virar o jogo eu pago 25 dólares pra vocês divulgarem a minha empresa ok ta louco primeiro dizem que é algo totalmente grátis é somente convidar amigos para fazer parte da rede social e ganhar por isso e depois dizem que tem que fazer um investimento pura falcatruar é ladroagem e ainda falam do Facebook meu os caras não pagam mas também não cobram para fazer parte da rede com falsas esperanças de ficar rico meu isso é ilusão dizem que vai revolucionar o mundo vai mesmo vai ser o maior golpe de todos kkkkkkk só trouxa pra cair nessa.

Like    Reply


**HenryDelfino**  Edited by a Moderator Jun 21, 2013

The facebook billion bill, and oh what you get with this?

RIPPLN global launch of new social network, which in a few weeks to get this 1 million members, such as facebook, orkut, twitter and others who bill billion.

The bill will RIPPLN billion and split a percentage to your affiliates ... imagine?

I'm already inside, so do not waste time, come to RIPPLN you too.

Understand the company and its rules.

1  Like    Reply


**bendavvis** moderator    Jul 3, 2013

@HenryDelfino No one asked you anything mild sauce.

Like    Reply


**f4s7d3r3k**    Jul 12, 2013

@HenryDelfino This is a copy&paste from another site....good job you rippln spammers

Like    Reply


**Jane A. Gordon**    Jun 12, 2013

Let's say, for the purpose of conversation) we give these guys the benefit of doubt (for now) that they have the best of intentions.   The sign in page is glitchy.  And more important, I have invited four people in US, UK, Spain and Pakistan.   Riplin is telling me my network is in two countries.   Even if intentions are honorable, it's already not working on the very first pages.

1  Like    Reply


**MarceloHilstMartins**    Jun 30, 2013

@Jane A. Gordon  the registration window shows UNITED STATES as first option... some people just dont change this when registering. Some of my Brazilian ripples are counting as USA ones. Its just USER mistakes, not an error.

Like    Reply


**bendavvis** moderator    Jun 30, 2013

@MarceloHilstMartins @Jane A. Gordon Brazil smells!

Like    Reply


**MarceloHilstMartins**    Jun 30, 2013

@bendavvis is this really necessary ?

1  Like    Reply


**bendavvis** moderator    Jun 30, 2013

@MarceloHilstMartins Is what?

Like    Reply


**bendavvis** moderator    Jul 3, 2013

@MarceloHilstMartins Hey pussy!  You know when you mark my comments as spam ... it goes to MY INBOX.  You wanna know why?  BECAUSE I AM THE SITE ADMIN.

You tattle tale morons are rats and cowards.

Like    Reply

**EndTheDisinfoJcg**    7 days ago

@bendavvis @MarceloHilstMartins @Jane A. Gordon you are SUCH a huge tool..  I'll bet you're fat, lonely, sexually frustrated and in your underwear in your mom's basement.  NTM, you probably haven't had a shower in god

knows how long.. so "Brazil smells"?? Yup.. of deliciously gorgeous women that you'll never have a prayer with.

Like    Reply


**Chris Cartmill**     Jun 9, 2013

RippIn just hit 800,000.

http://www.prweb.com/releases/RippIn/RippIn-Mobile/prweb10815513.htm

Like    Reply


**ManuelCarmona**     Jun 4, 2013

I'm not going to pretend like I wasn't repping Rippin for a week, they have their marketing at 100% lol

1 Like    Reply


**Ollieasy**     May 30, 2013

I was curious about this new pyramid scheme since a friend of mine was pushing me to sign in. Thank you so much for all the information, I always knew this was a "too good to be truth", Im just sad for those people out there who gets fooled by stuff like this. Maybe they dont know that clean easy money doesnt exist.

Like    Reply

**IsaqueFernandes**     Jun 27, 2013

@Ollieasy its free to join. And the money will come from companies that pay RippIn to place them on rippIn store and advertise it through the rippIn members and platform.

I understand the fears about something this big, but i joined, cause its free. If it turns out to be a scam, i'll leave, but if its true, i'll be way ahead of many people...

Like    Reply


**ibewealth**     May 28, 2013

RippIn is a scam and your "double a dollar" isn't.. smh… Anything for some traffic huh.

1 Like    Reply


**bendavvis** `moderator`     May 28, 2013

@ibewealth Didn't you know ... EVERY SINGLE marketing opp is a scam bro?! You are late to the party!!!

1 Like    Reply


**IsaqueFernandes**     Jun 27, 2013

@bendavvis @ibewealth LOL

Like    Reply


**bendavvis** `moderator`     May 28, 2013

@ibewealth Thanks for the comment juice on my site though and the traffic!!!

Like    Reply

**bendavvis** `moderator`     May 28, 2013

@ibewealth I could really care less about RippIn or any poor fool who signs up for it ... but hey thanks for the traffic mate!

Like    Reply

**bendavvis** `moderator`     Jul 25, 2013

@ibewealth You are a rat bitch!  I see you trying to mark these as spam and flag them!  Well guess what moron?!  I AM THE ADMIN!

Like    Reply

**uoykcuf_22**     12 days ago

@bendavvis @ibewealth you do realise that signing up with it is



probably more fruitless than harmful right? It's free to join, they don't ask you for your bank account information. They ask for a name and an email. You could make that shit up off the cuff and just change it later if it proves itself to be less fruitless than previously thought. So you're really not losing anything if you join. At worst, It's like signing up for a shitty newsletter that you eventually lose interest in.

Like    Reply



**bendavvis** `moderator`                               May 28, 2013

**@ibewealth** You are bad ass bro!!!  Rippln is gonna make you rich!!!  Trust me!!!  You will make SO MUCH money with them and all your dreams will come true!!!

Like    Reply



**bendavvis** `moderator`                               Jul 25, 2013

**@ibewealth** Pussy rat bitch!  Tattle tale!

Like    Reply

**uoykcuf_22**                                    12 days ago

@bendavvis How old are you? Judging from how you act, I'm guessing somewhere around 12 or 13.

1  Like    Reply



**bendavvis** `moderator`                               May 28, 2013

**@ibewealth** Double a Dollar LOLOL what biz opp is that?  I have never heard of it.

Like    Reply



**bendavvis** `moderator`                               May 28, 2013

**@ibewealth** You good homie?  Can I give you any more attention?

Like    Reply



**bendavvis** `moderator`                               May 28, 2013

**@ibewealth** I got work to do fam you good?

Like    Reply

**ibewealth**                                         May 28, 2013

**@bendavvis** **@ibewealth** Oh you do it for the traffic... smh ... "Can i give you any more attention?' Sounds like it is YOU who want some attention hommie... and sorry aint gat time for that..neither do I hang around pessimist and cynics.. As to all listening to "advice" from someone who just wants traffic to his website... good luck.. Wish you all peace and prosperity in anything you do or set your heart to do. Peace yall (Your comment will be ignore...oh trust me :) )

1  Like    Reply



**bendavvis** `moderator`                               May 28, 2013

**@ibewealth** Awww you need more attention from me?  Ok

Like    Reply

**bendavvis** `moderator`                               May 28, 2013

**@ibewealth** What does "aint gat time" mean?  I don't understand?

Like    Reply

**bendavvis** `moderator`                               May 28, 2013

**@ibewealth** what is a "hommie" ???  You are speaking some crazy language at me!

Like    Reply



**bendavvis** `moderator`    May 28, 2013

**@ibewealth** Yeah I am totally a pessimist!!!! LOL you realize I did not write that article, don't you ?? Right? You get that?

Like    Reply



**bendavvis** `moderator`    May 28, 2013

**@ibewealth** So you are one of those douche bags who likes to pretend you are all about peace and stuff… but you come on peoples sites like mine and talk shit?

Before you say your little "peace and prosperity" part?

lol

fake ass

Like    Reply



**bendavvis** `moderator`    May 28, 2013

**@ibewealth** You see the difference between you and I … I am real. You are fake.

Like    Reply



**bendavvis** `moderator`    May 28, 2013

**@ibewealth** You come around talking shit … but then say "peace and prosperity!" lmfaoooo

Hypocrite within 50 words of yourself.

Like    Reply



**bendavvis** `moderator`    May 28, 2013

**@ibewealth** Did you need anymore attention from me fams? You good?

Like    Reply



**bendavvis** `moderator`    May 28, 2013

**@ibewealth** Is this enough attention for ya now fams?

Like    Reply



**bendavvis** `moderator`    May 28, 2013

**@ibewealth** Oh thanks too by the way … now search engines will see this comment flood you made me do and I will rank higher!

Like    Reply



**bendavvis** `moderator`    May 28, 2013

**@ibewealth** See, I teach my team to use haters and douches like you for traffic.

1 Like    Reply



**bendavvis** `moderator`    May 28, 2013

**@ibewealth** We get so much hate because we make money and call out fake people like you … we get a lot of comments.

Like    Reply



**bendavvis** `moderator`    May 28, 2013

**@ibewealth** We trick you fools in to getting in to arguments with us … making a LOT of traffic come to our sites.

Like    Reply


**bendavvis** `moderator`     May 28, 2013

@ibewealth Pretty smart, huh? Free strategy too. And funny!!!

Like    Reply


**ibewealth**     May 28, 2013

@bendavvis @ibewealthhttp://enfordummies.com/wordpress/earn-income/.. LOL... You hilarious man... i bet conversations like you make you happy... Look at you going on and on and on.. For what???... And you trick people to get traffic? and am suppose to listen to your advice about Rippln and strategies? Hope everyone sees this and make better judgements from reliable sources... smh. PEACE man. Ripple on!!!

1   Like    Reply


**bendavvis** `moderator`     May 28, 2013

@ibewealth I thought you said you would not come back?!

Looks like I forced you to lie again!!!!!

I love being able to control people like you!

Like    Reply


**bendavvis** `moderator`     May 28, 2013

@ibewealth I hope everyone sees this too and thinks either ... damn. I hate that guy. Or ... damn. That dude is hilarious!

Either or is fine with me.

I have no time for people who disagree with me or do not like me or hate on me!

There are plenty of people in the world who love me for me and they are all I need!

Like    Reply


**IsaqueFernandes**     Jun 27, 2013

@bendavvis @ibewealth LOL, no need for so much e-hate… some will love rippln, some wont.

Rippln wont make me rich, but if i win more that i invest, then its a good thing.

Its a game… like the stock market. you bet and can win or lose.

cya around

Like    Reply


**EndTheDisinfoJcg**     7 days ago

@bendavvis @ibewealth So the one thing I gave you credit for?? yeah.. you didn't even write it.. and you didn't even deserve it. You truly take the cake for being pathetic.. smh.

Like    Reply

Show More Comments

## Trackbacks

**Next Biggest Social Media Network Trend - Virtual Assistant Forums - Online Community for Virtual Service Providers** says:
May 21, 2013 at 5:17 pm

[...] to believe just yet. Could be legit. Google for more information. Here's one person's blog post http://enfordummies.com/wordpress/ri…ammer-

warning/ There are other opinions so I would suggest just do the research. It says 200,000 people have [...]

« ARP Auto Recruiting Platform
Personal Friend of Jeff Bauman Comes Forward and Who Is Susanne Bump? »

© 2013 EN For Dummies — All Rights Reserved.