# EXHIBIT F
# to KESSLER
# DECLARATION

startmyripple.com WHOIS domain registration information from Network Solutions

Network Solutions  >>  Whois  >>  Results

Log In

- Search
- Renew
- Transfer
- Features
- Private Registration
- Protect
- Forward

**WHOIS Results for startmyripple.com**

Available domain names similar to startmyripple.com

Available Extensions

- ☐ **startmyripple**.us.com
- ☐ **startmyripple**.pro
- ☐ **startmyripple**.im
- ☐ **startmyripple**.asia

Available Domains

- ☐ start-my-wave.com
- ☐ all**startmyripple**.com
- ☐ allstartmywave.com
- ☐ begin-my-ripple.com

Premium Resale Domains

| | |
|---|---|
| ☐ starttheripple.com | $2,395 |
| ☐ waterripple.com | $1,299 |
| ☐ mydogspot.net | $388 |
| ☐ firststart.com | $4,750 |
| ☐ **startmyripple**.xxx | |
| ☐ **startmyripple**.tv | |
| ☐ beginmywave.com | |
| ☐ begin-my-wave.com | |
| ☐ witha**startmyripple**.com | |
| ☐ withastartmywave.com | |
| ☐ allbeginmyripple.com | |
| ☐ allbeginmywave.com | |
| ☐ my-hobby.com | $415 |
| ☐ mynewchurch.org | $1,670 |
| ☐ startfirst.com | $6,000 |

View more

[ Add Selected to Cart ]

startmyripple.com

Is this your domain name? Renew it now.



10/22/13
Case 3:13-cv-05974-RS   Document 1-7   Filed 12/27/13   Page 3 of 5
startmyripple.com WhoIs Domain Registration Information from Network Solutions

| | |
|---|---|
| **Current Registrar:** | GODADDY.COM, LLC |
| **IP Address:** | [54.215.13.253](#) (ARIN & RIPE IP search) |
| **Lock Status:** | clientDeleteProhibited |

```
Domain Name: STARTMYRIPPLE.COM
Registrar URL: http://www.godaddy.com
Updated Date: 2013-04-10 13:11:23
Creation Date: 2013-04-07 23:47:11
Registrar Expiration Date: 2014-04-07 23:47:11
Registrar: GoDaddy.com, LLC
Registrant Name: Brian Underwood
Registrant Organization:
Registrant Street: 3311 N Flagler Dr.
Registrant City: West Palm Beach
Registrant State/Province: Florida
Registrant Postal Code: 33407
Registrant Country: United States
Admin Name: Brian Underwood
Admin Organization:
Admin Street: 3311 N Flagler Dr.
Admin City: West Palm Beach
Admin State/Province: Florida
Admin Postal Code: 33407
Admin Country: United States
Admin Phone: 6786447777
Admin Fax:
Admin Email: ceo@izigg.com
Tech Name: Brian Underwood
Tech Organization:
Tech Street: 3311 N Flagler Dr.
Tech City: West Palm Beach
Tech State/Province: Florida
Tech Postal Code: 33407
Tech Country: United States
Tech Phone: 6786447777
Tech Fax:
Tech Email: ceo@izigg.com
Name Server: NS1132.DNS.DYN.COM
Name Server: NS2198.DNS.DYN.COM
Name Server: NS3175.DNS.DYN.COM
Name Server: NS4198.DNS.DYN.COM

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden wit
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In pa
you agree not to use this data to allow, enable, or otherwise make pc
dissemination or collection of this data, in part or in its entirety,
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic elec
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purpos

Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

[Show underlying registry data for this record](#)

Make an instant, anonymous offer to the current domain registrant. Learn More

Make Offer

Search Again

Search again here...

Search by either

○ Domain Name e.g. networksolutions.com
○ IP Address e.g. 205.178.187.13

Search





Processing...

