# EXHIBIT H to KESSLER DECLARATION



From the very beginning, we have been blazing trails. Going down a path that no one else has gone before. There is no blueprint ... See More



Like · Comment · Share    64

153 people like this.    Top Comments

Write a comment...

**Sheila Jackson Williams** Can someone tell me where I can get info on the conference coming to Vegas in October? I've been trying to find out but I haven't got any answers. Help please!
Like · Reply · 1 · 6 hours ago via mobile

     **Rippln** Hi Sheila Jackson Williams Please send this request to support@rippln.com, and the support team will be able to get you the information you need. We hope to see you in Vegas!
     Like · 1 · 3 hours ago

     Write a reply...

**Jay Schulz** Ok I understand the game app and why image but really Why is Rippln being tested first in Australian market?
Like · Reply · 8 hours ago via mobile

     **Rippln** We have to test in a market that isn't a big as all the others. The Australian/New Zealand markets are small enough but also big enough for us to make sure all of the Rippln tracking systems are working 100%.
     Like · 4 · 8 hours ago

     Write a reply...

View 17 more comments

**Rippln**
August 31

Ripple Makers! Join us today at 12 NOON EDT/ 9AM PDT for the Super Saturday Hangout! Whatever device you are on, just navigate to www.ripplnmission.com

See you then!

---

**Alan Kelly**
I want to ask a question? I have 141 personally invited fans ...
1 · 4 · 21 hours ago

**John Fredy Benavides Fuentes**
maDWAMt
23 hours ago

**Stephen Olegunnar**
Hi elizabeth,you aren't responding,why?
Yesterday at 4:06pm

**Ian C. Mathis**
Hi
4 · Yesterday at 3:19pm

**R Melvin McKenzie**
Question: Will Rippln fans who power up NOW be considere...
Yesterday at 3:15pm

More Posts

**Activity**
Recent

Rippln created **Lanzamiento Mundial Rippln LA, México DF**.

**Rippln** shared a link.
Yesterday

Can you guess what the *hot* Christmas item will be this year...

The SmartWatch is all the hype these days! Get ready to watch (pun intended) your ripples double when you get your hands on the Rippln released smartwatch! The only smartwatch you get rewarded for buying and sharing :)

#rippln #poweredbythepeople



**Tablet growth to slacken in face of smartwatch launches**
www.campaignindia.in

Growth in the tablet market is expected to slow as new launches such as the Galaxy Gear smartwatch win consumers

Like · Comment · Share    66

116 people like this.    Top Comments

Write a comment...

**Vegard Aakervik Flekstad** Rippln is too awesome guys! Love it, just dont like the waiting time.. But Its worth it! And Its soon over guys! 
Like · Reply · 4 · Yesterday at 4:41pm via mobile

**Ripple-Global Community** Love it!
Like · Reply · 4 · Yesterday at 2:51pm

View 10 more comments

**Rippln** shared a link.
September 1

It's "the last weekend" of summer here in the US. So let's celebrate by firing up the grill and turning on this Rippln jam from Chris Woolner.

Pretty much the easiest way to share Rippln with friends and family :)

