# EXHIBIT I
# to KESSLER
# DECLARATION





Like · Comment · Share

**LIVE CALL from RIPPLN HQ - Tuesday, May 14, 2013**

Like · Comment · Share

**Rippln March to Million Challenge!**

---

 **Ripple Success Team** shared Roman Brauns NLP - Kompakt & Trinergy's photo.
May 14

Realize Your Dreams:
In a year from now you will wish you would have started today!

The time is NOW to start your personal ripple and change your future - in a year from now you will be more than happy you did take action when the opportunity showed up!

Get your Invite Code now and start inviting your friends!
You've nothing to loose, and everything to gain.

> Schönen Wochenbeginn, liebe Freunde, und ...
> TRÄUME VERWIRKLICHEN:
> IN EINEM JAHR WIRST DU
> DIR WÜNSCHEN, DU
> HÄTTEST HEUTE
> BEGONNEN.
>
> Roman Braun 😊 www.trinergy.at/nlp-kompakt 😊 Gerne teilen!



Like · Comment · Share

---

 **Ripple Success Team**
May 14

Dear friends!

Rippln is not just about money making, no! That may be a nice side-effect. The makers of Rippln have much grander visions for this platform. When you grasp that visions, you really are ready to get the benefits Rippln will pr... See More



Like · Comment · Share

See More Recent Stories

About   Create Ad   Create Page   Developers   Careers   Privacy   Cookies   Terms   Help

Facebook © 2013 · English (US)