# EXHIBIT J
# to KESSLER DECLARATION

