# EXHIBIT K
# to KESSLER DECLARATION

Case 3:13-cv-05974-RS   Document 4-12   Filed 12/27/13   Page 2 of 3

- Home
- Subscribe

# Rippln Communicator App

For the latest information on Rippln Communicator App by the company Rippln read our review below. **Rippln** is a network marketing company that helps you get paid just by playing and sharing a mobile app.



**Incoming search terms:**

- rippln
- Rippln Communicator
- the rippln communicator
- ripplncommunicator com
- how to download rippln communicator
- Rippln Chat App скачать
- rippln communicator app

Comments on this entry are closed.

# What Is Rippln Communicator

April 9, 2013

Find information on the **Rippln Communicator** by reading below. It is quickly becoming one of the hottest downloaded mobile apps.

Read More

- **Get 7 Weird Mobile App Secrets + A Shocking Video Review Free:**



- **Pages**

    - Contact Us
    - Rippln Communicator App

- **Recent Posts**

    - What Is Rippln Communicator

- **Categories**

    - Mobile Marketing
    - Network Marketing
    - Rippln Review

Copyright © 2011–2013 RipplnCommunicator.com