# EXHIBIT L
# to KESSLER
# DECLARATION

- Register |
- LoginLogin

## Login

Username:

Password:

Login ☐ Log me on automatically each visit

Register



Search Search…

Advanced search

- FAQ

- View unanswered posts
- View active topics

Board index → General Discussion

- Print view

# Rippl and Rippln

**Moderator:** AndrewSF

Post a reply

Search Search this topic…

6 posts • Page **1** of **1**

 **Rippl and Rippln**

☐by **Avatar** » Sat May 11, 2013 12:17 pm

Rippl has something to do with Rippln? This is one of the same?
Ripple - rHgvS1GnSnxEBcgniAvEWMgGfCRnao1DjX


Avatar

**Posts:** 10
**Joined:** Sat May 11, 2013 10:53 am
**Location:** WWW

- Website

Top

## Re: Rippl and Rippln

by **Fernandez** » Sat May 11, 2013 12:23 pm

Nope, completely unaffiliated. Rippln is weird, half a million likes on Facebook and nobody knows what it's really going to be about. They're very good at creating a hype, I must give 'em that...
Join the Goodwill system. If you like my posts, show a little Goodwill!

Fernandez

**Posts:** 68
**Joined:** Thu Apr 18, 2013 8:30 pm

Top

## Re: Rippl and Rippln

by **Avatar** » Sat May 11, 2013 12:26 pm

I think that what unites them ... Start at one time.
Ripple - rHgvS1GnSnxEBcgniAvEWMgGfCRnao1DjX


Avatar

**Posts:** 10
**Joined:** Sat May 11, 2013 10:53 am

**Location:** WWW

- Website

Top

---

## Re: Rippl and Rippln

☐ by **Fernandez** » Sat May 11, 2013 12:45 pm

As it's easy to mix the two up for newcomers I think some of the people who got hyped about Rippln will stumble upon Ripple, which might be a beneficial side effect; Ripple is mostly just known by BTC enthusiasts for now. I just hope there won't be too much confusion and that the two will become easily distinguishable.

What is Rippln really, do you know that? Seems mostly like a kind of MLM/pyramid-ish scheme but I don't see any requirement for paying to sign up. Just a referral code needed from someone who would deem you a fellow "chosen one" 😄 sounds almost New Age-ish to me...

Edit: seems like despite all the secrecy, probably intended to create a hype, you can just watch all their insider videos on Youtube: http://www.youtube.com/user/TheRipplnApp it seems like a typical pyramid building scheme.

This reminds me so much of some friends of mine who signed up for ACN, another multi-level marketing company. They've been almost worshipping ACN for years and tried to convince me to sign up as well countless times, they've all put over 2000 dollars in opening a webshop (for over 500 USD, that's a requirement for everyone who signs up) training courses, seminars, a shabby video-telephone originally meant for mass-production which completely failed and is now only used by fellow ACN insiders 😄 . There's so much wrong with this company, they're constantly going against their own values they try to identify themselves with, for example claiming to cut costs by paying nada for advertising, but hiring Donald Trump for over 10m dollars a year to be their ambassador and appear in a few video shorts. Confronting my friends with facts like these doesn't help, even though I'm trying to be gentle and friendly about it. I've since accepted that it's their religion and I hope it makes them happy, they say it does of course.

All of them got less than 1000 dollars back by signing other people up or selling phone contracts and they're kinda brainwashed to believe that they are to blame themselves and should work harder. While actually like 99% of the people who sign up lose money. And if you take a look at how religiously they try to recruit new grunts, it's obvious the company makes just as much money on those people, if not more, as by selling (affiliate) contracts. Rippln seems just like that, just a different type of service.
Last edited by Fernandez on Sat May 11, 2013 1:30 pm, edited 1 time in total.
Join the Goodwill system. If you like my posts, show a little Goodwill!

Fernandez

**Posts:** 68
**Joined:** Thu Apr 18, 2013 8:30 pm

Top

## Re: Rippl and Rippln

by **dchapes** » Sat May 11, 2013 1:17 pm

https://ripple.com/forum/viewtopic.php?t=2130#p4966
rQ96qm46YsRX2F7SSCQxToR2ybRuUYsZ4R

dchapes

      **Posts:** 617
      **Joined:** Thu Mar 14, 2013 1:08 pm
      **Location:** Ontario, Canada

Top

## Re: Rippl and Rippln

by **Avatar** » Sat May 11, 2013 2:16 pm

> *dchapes wrote:*https://ripple.com/forum/viewtopic.php?t=2130#p4966

Thanks! the question is closed.
Ripple - rHgvS1GnSnxEBcgniAvEWMgGfCRnao1DjX


Avatar

      **Posts:** 10
      **Joined:** Sat May 11, 2013 10:53 am
      **Location:** WWW

- Website

Top

Display posts from previous: [All posts ▼] Sort by [Post time ▼] [Ascending ▼] [Go]

Post a reply

6 posts • Page **1** of **1**

[Return to General Discussion](#)

| Jump to: | General Discussion ▼ | Go |

## Who is online

Users browsing this forum: No registered users and 2 guests

- [The team](#) • [Delete all board cookies](#) • All times are UTC

Powered by [phpBB](#)® Forum Software © phpBB Group
phpBB Metro Theme by [PixelGoose Studio](#)