# EXHIBIT M
# to KESSLER
# DECLARATION



WickedFire - Affiliate Marketing Forum - Internet Marketing Webmaster SEO Forum > Free Section > Shooting The Shit
Rippln - da fuk?

User Name  User Name          ☐ Remember Me?
Password          Log in

| Register | WF Live | iTrader | Members List |

**Shooting The Shit** Anything goes, seriously. Come meet and network with your peers, it's a fun way to take a break out of your busy day of posting at other boring forums.

Welcome to the **WickedFire - Affiliate Marketing Forum - Internet Marketing Webmaster SEO Forum** forums.

You are currently viewing our boards as a guest which gives you limited access to view most discussions and access our other features. By joining our **free** community you will have access to post topics, communicate privately with other members (PM), respond to polls, upload content and access many other special features. Registration is fast, simple and absolutely free so please, **join our community today**!

If you have any problems with the registration process or your account login, please contact contact us.

**4** Likes

POST REPLY

LinkBack ▽    Thread Tools ▽    Display Modes ▽

05-04-2013, 08:57 AM                                                                    #1 (permalink)

**golan**
Level 1 Grindstone

Join Date: Dec 2009
Posts: 1,547
iTrader: 99 / 100%

**Rippln - da fuk?**

Someone sent me an invite today... I have no idea what is this, they say some distributed quasi money - like Bitcoin? Here is the site, and said they launch full in the end of May...

Someone knows what is it?

Share

_____
• Domains • Twitter, Gmail and other accs •

QUOTE

05-04-2013, 10:43 AM                                                                    #2 (permalink)

**daseoman**
Senior Member

Join Date: Oct 2011
Posts: 751
iTrader: 28 / 100%

Got in, but don't really know what it is yet.. It is supposed to be an app of some sorts and you are supposed to make money if you get a few more people to join.. Smells like a money pyramid, but they aren't asking for any money yet, so I will wait and see..

Share



IF YOU ARE AN AMAZON AFFILIATE THEN YOU WANT TO USE OUR AMAZENTO SITES FOR MORE REVENUE!

Case 3:13-cv-05974-RS   Document 4-14   Filed 12/27/13   Page 3 of 7

---

05-04-2013, 10:43 AM                                                                            #**3** (**permalink**)

**schockergd**
Senior Member

Join Date: Dec 2008
Location: Circleville Ohio
Posts: 3,091
iTrader: 44 / 100%

MLM with apps and other freemium products from what I understand.

Not sure how payments work. They have a crapton of people who have signed up (Something like 250k or so) to distribute the products.

Share

_____



Click Here
To order the best high PR blog posts

---

05-04-2013, 11:16 AM                                                                            #**4** (**permalink**)

**-God-**
HC SVNT DRACONES

Join Date: Jun 2009
Posts: 1,404
iTrader: 4 / 100%

Pyramid scheme. It's run by known scammers and it's all about getting people in. Preferably paid members. Which you can only do once you're using one of their paid accounts. Good luck. I suggest you give cash gifting a go.

Share

---

05-04-2013, 11:23 AM                                                                            #**5** (**permalink**)

**Fatbat**
Advertise Here

Join Date: May 2008
Location: Costa del Sol, Spain
Posts: 5,702
iTrader: 3 / 100%

It's been incorporated into the bitstamp site in the deposit and withdrawal sections, but I don't know what it does.

Share

_____
BRAD SHAW - GRAPHIC DESIGN [ WEB - PRINT - IDENTITY ] >>>

---

05-04-2013, 11:32 AM                                                                            #**6** (**permalink**)

**ShadowCaster**
WF Premium Member

Join Date: Sep 2010

Wanna join some PTC sites while you're at it?

Share

_____

Dislike|Report

---

Posts: 3,125
iTrader: 4 / 100%



^ Awesome ass image from Suddenly Ass Tumblr
**Skype: H.e.l.l.k.e.r.N**

Quote:

Originally Posted by **JarredLv** ▶
*It's weird that pirates would go from shore to shore looking for buried treasure when the real treasure was in the friendships they were making along the way…*

---

05-04-2013, 11:47 AM                                             #**7** (**permalink**)

**Kiopa_Matt**
Senior Member

Join Date: May 2011
Posts: 3,460
iTrader: 6 / 100%

I'm not sure about the details, but "Ripples" are like peer-to-peer credit cards. It's something to do with trying to rid Bitcoin of the central exchanges, and these let you issue credit lines to your closest friends, who can then purchase using Bitcoin with it without having any actual Bitcoin, etc.

Or something like that, I don't know. Google it.

**Share**

golan likes this.

---

05-04-2013, 12:43 PM                                            #**8** (**permalink**)

**nickster**
Senior

Join Date: Aug 2009
Posts: 1,202
iTrader: 2 / 100%

Pyramid/Ponzi . A lot of the Banners Broker guys are into this.

**Share**

Quote:

Originally Posted by **bisshan2** ▶
*for advertising, i always use internet only because every one is connected by internet.*

Quote:

Originally Posted by **rm@tag** ▶
*You think they'd be selling kits if they weren't confident in their technology?*

---

05-04-2013, 12:45 PM                                            #**9** (**permalink**)

**knownerror**
Working On The Line

Join Date: Feb 2012
Location: Ontario, Canada
Posts: 422
iTrader: 2 / 100%

Got invited a while ago.. just one of those ponzi short-term money makers. You have to share something with people and you then get paid if they share it to more people.

**Share**

My PPC Journey ~ My experience with PPC, y'know what else



05-04-2013, 02:00 PM                                                                #10 (permalink)

**pdxdvr**
Member

Join Date: Dec 2011
Posts: 97
iTrader: 5 / 100%

Any links/sources to scam information behind this? A buddy of mine is promoting it fairly heavily and I'd like to help keep him from looking like an ass.

Share

---

05-04-2013, 03:26 PM                                                                #11 (permalink)

**Dwight Schrute**
New Member Services

Join Date: Dec 2009
Location: Southern Mexico
Posts: 5,175
iTrader: 6 / 100%

"Sounds like a lot of derp." - mattseh

Share

mattseh and IceToEskimos like this.

**Dwight Schrute's 3,000th post - Tips for a Better Life**

[10:02:21 AM] grindstone: same, I like my finances like Jeffrey likes his cock, in the black

[2:29:35 PM] Jeffrey: you're gonna rub your dick raw

[8:58:26 AM] Dr. Tobias: Sometimes I put laxatives in my roommates coffee before he goes to class

---

05-04-2013, 07:24 PM                                                                #12 (permalink)

**teatree**
Senior Member

Join Date: Jul 2010
Location: UK
Posts: 253
iTrader: 0 / 0%

Quote:

> Originally Posted by **Fatbat** ▶
> *It's been incorporated into the bitstamp site in the deposit and withdrawal sections, but I don't know what it does.*

"Rippln" and "Ripple" are two different things.

"Rippl**e**" is meant to be a virtual currency gateway that is due to launch, that allows you to exchange BTC for fiat or whatever you want. That's what's been incorporated into Bitstamp.

"Rippl**n**" is a pyramid ponzi scheme.

One is trading on the other's name to attract members...

Share

golan likes this.

---

05-05-2013, 06:01 PM                                                                #13 (permalink)



**jryan21**
Level 4 Grindstone

Join Date: Nov 2007
Posts: 4,973
iTrader: 0 / 0%

Share

---

05-05-2013, 06:17 PM                                                                      #14 (permalink)

**lincolndsp**
Senior Member

Join Date: Oct 2010
Posts: 927
iTrader: 22 / 100%

name to scammy for a serious long-timer (financial lol) - would not visit

Share

---

05-06-2013, 08:30 AM                                                                      #15 (permalink)

**jacky8**
Senior Member

Join Date: Mar 2008
Posts: 2,472
iTrader: 146 / 100%

Too many new alternative coins are coming up. Many of them now have insane valuations. Crazy shit.

I wonder how long until this whole thing crashes

Share

Quote:

Originally Posted by **thehobbster**
*I'd love to hold everyone's hand, but alas, my hand won't let go of my dick.*

---

POST REPLY

---

**Tags**

неведомая хуйня, inb4 lukep, mlm

« Previous Thread | Next Thread »

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**



All times are GMT -4. The time now is 05:57 PM.

**WickedFire - Affiliate Marketing Forum - Internet Marketing Webmaster SEO Forum** - **Archive** - **Terms of Use** - **Top**

WickedFire.com Copyright © 2013 - WickedFire is an international registered Trademark of Coastal Synergy LLC. You may not use any of our trademarks, copyrights, content, or images without a written approval by members of Coastal Synergy LLC.

Search Engine Optimization by vBSEO 3.6.0