# EXHIBIT N
# to KESSLER DECLARATION





Jesus walks on water again! Moses splits the Red Sea once more! Muhammad rearranges the natural order of mountains afresh! Sterling-Cooper-Draper-Pryce seals a new deal with Lucky Strike!

OMFG… a new something is threatening to alter the core things in the world as we know it. This revolutionary something will change so many vital things… it will take the something we all use today and completely renovate it with new things to a whole new something! And this something will make you eternally rich and blissful just by plying the things of the something!

Isn't it something?

Rippln (the something) is plainly a sleazy pyramid scheme. It won't make you wealthy. It won't make you famous. It won't make you the Pippa in Kate's wedding. But it will make you "All eyes on the Royal Ass" in your own little neck of the woods. Shattered dreams, broken promises and a big fucking destitution of funds… all the usual humdrum somber "I can't believed I've been so fucked" stuff.



Rippln is a cone-shaped con. Only those at the crest will ever see their profits exceed their costs. Everybody struggles to cover their losses while only a few pandering rascals are marauding from anybody else's toil. If you're seeking an actual gratifying adventure with pyramids, you should probably just visit the ancient Land of the Pharaohs.

Question is… who are the crooks behind the Rippln pyramidal racket?

Finding the answer is not quite as easy as Lionel Messi so radiantly dribbles and scores (*numero uno!*). In fact, it seems that those who had commenced this supposedly newfangled Midas touch venture weren't too enthusiastic to reveal their identity… which is Ponzispicious by itself.

But once reckoning who those fishy figures are, it's quite comprehensible why they had chosen the timid Clark Kent's approach over the boastful Tony Stark's.

**Brian Underwood** is the first. Bri has quite a long record with awry MLM operations in his *curriculum vitae*… he had been the Master {of masturbation} Distributor of an illicit MLM company called *BurnLounge* and aggressively promoted its mucky rubbish. That is, until one day even the FTC couldn't disregard anymore this flimflam poppycock and sued *BurnLounge*.

Thereafter, the Master Masturbator went ahead to form a new MLM scam called *LocalAdLink* that had strewn heaps of harm, whereas he was situated as VP and partook in the focal role in Hone-the-Cone. But B-Ravenous still wasn't satiated and coveted to establish his own Giza… so he erected another pyramid called *iZigg*. This time, the pretext has been a mobile text marketing company… but it still shades a tapering silhouette all the same.

**Jonathan Budd** is the second barnacle behind Rippln and he's also quite a salient self-jizz geezer. Even though ButtBudd had spent most of his cozening career as Mike "Elevationless" Dillard's lickspittle, he did venture a few MLM flopportunities himself. It seems that Budd initially self-budded himself to guruism with a shoddy info-product called *Online MLM Secrets*. (Any resemblance to real secrets is purely coincidental.)

Subsequently, Jona' rolled another Madoff-type hogwash, *The 7-Figure Networker System*, which pretty (un)shockingly fumed quite a lot of folks. People tend to be a tad cranky like that when they are being promised golden eggs but ultimately receive just a couple of futile little bleak testicles. And that's pretty much the {petite} gist of Jonathan Budd.

**Russell Brunson** is the Curly of this Three Stooges troupe from Purgatory, and he just might be the most hellish one. Sure, diabolic Russell has his fair share of deceiving frauducts which are being masquerade as "Just Helping People Angelina-Style," but that's not what mounting him to the trio's top infamy.

RussHell operates his own… boiler room. Some may refer to it as a coaching floor and some may simply name it *DotComSecrets* but I brusquely like to think of it as "Suckin' Your Money and Soul Inc." They acquire people's contact information ("leads"), they verify the leads' credit limit and by aggressively pressuring and harping on their susceptibilities, they ravage the quarries to the full.

Those are the guys who run Rippln. Those are the guys who regard people as a haggled commodity. Those are the guys who have a long history of deception and wile. Those are the guys who may send pressure salesmen to deplete the gullible's bank account. Those are the guys who attempt to recruit YOU.

Join Rippln today… or just watch *The Lord of the Rings* once again. It's basically the same degree of fantasy, but with a much better chance of remaining with your entire belongings afterward.

0



[ Admin ]

…

  

---

**Latest UPDATE: 4/25** Rippln now says you can delete their account at anytime by sending a quick email to support@rippln.com  

**UPDATE: Social Media FAIL.** Rippln not answered my latest questions and instead people are personally attacking me on their Channels. For a company that claims to be the next social and open network, its not very open or social as we expect out of companies nowadays. Whats to hide? All we've asked is questions? In social media we expect companies to be transparent or they fail "social." If they claim to be the next great social media thing why arent they being socially transparent as we expect? Will this make the 2013 top social media fail lists?

**Questions:** With their website you dont find out its an MLM until AFTER you have invited your friends. Was this setup as a "bait and switch" app luring users to add themselves and 5 friends thinking its a harmless fun social app only to find out after its an MLM Scheme. Was the motive here to build a huge List of emails to try to push into MLM? Why is there no MLM disclosure?

http://www.youtube.com/watch?v=lp2KkmpAWf4
The other big question is will Apple even let the app into the App Store as a bait and switch MLM app. Right now you have to download it off the web. How will they be the next Facebook App if they cant/wont/will get kicked out of the App Store?

Strangly after my post Techcrunch posted almost the same thing I did in video – but they are asking the same questions:
http://techcrunch.com/2013/04/22/what-not-to-do-in-your-startup-promo-video/

**UPDATE:** Heres their next mode of silliness. Its reported that people talking negatively about Rippln are being banned off their Facebook Fan Page. Social Media Fail. Also in the latest silly newsletter they compare their income potential to Clash of Clans a top App.

**Their newsletter says:** "The math breaks down to something like this:
"Clash of Clans" Company = $1,000,000 per day "Apple" = $300,000 per day (at 30%) "Players who SHARE the game" = $0

Does anyone else see an odd relationship with the way things currently are? Imagine if the Ripple introduces a game like "Clash of Clans" (which would bring the ripple about $1,000,000 per day, or 365 Million in a year…from…a…game)."

**My response:** "To Jonathon Budd your Clash of Clans hypothesis its the silliest thing I've ever heard. The reason its successful is its in IN THE APP STORE and has the potential to have like I dont know 100 million people potentially to download it. Any MLM app Rippln makes will likely NEVER get into the Apple App store with its Apples rules. If it gets in, MLM complaints will get it kicked out. At best you might get what 1/2 a million MLMers jerking each others chain on the Private Download App, hell lets say a million. Thats a far cry from the 10′s of millions who make apps successful in the App Store. Which mean you'll in NO WAY EVER achieve that income volume, not even close. The odds of you getting a successful app are millions to one also. This is horribly blue sky misleading."







**So we finally got an answer from Rippln. We sent them new questions which we'll post when they answer. Again we're not calling them a scam but asking some questions.**
Me: Why can one not delete their account once they are signed up?
Rippln: They can delete their account at anytime by sending a quick email to support@rippln.com
Me: Why isnt that stated some where or more obvious?

Me: Why are there no terms of service and privacy?
Rippln: We are in pre-game mode and are not accepting payment so the Policies and Procedures have not yet been posted or released. Once we officially go live, all of this information will be available on our corporate website.
Me: I'm still giving you my email, contract and information – how do I know that it is not being sold or used for other purposes – without a Privacy policy I dont know what your doing with my information or how its protected.

Me: Why is there no contact help inside of Rippln?
Rippln: Rippln has a large customer service team that are working around the clock, 7 days a week. Please send all inquires to support@rippln.com for assistance.
Me: How come that isnt displayed prominently somewhere, we had to dig around to find it.

Me: Why is your address a police station?
Rippln: Can you please tell me where you are seeing this address?
Me: Its the address on the NDA contract – google it.

Me: Where is Rippln legally registered as a business?
Rippln: Dallas, Texas

Me: We've seen all the videos – how is it not an illegal pyramid scheme?
Rippln: It has to be the number one question on the minds of a lot of people. No, it is not a scam. Rippln is a new and innovative company that is certainly pushing the limits on creativity. Such creativity will always be met with skepticism. Until fully developed, new ideas are not easily conveyed so that everyone can understand the full picture. We admit the Rippln is no different. However, Rippln has a corporate team that have worked with independent contractors and distributors for years. It is back my a team with great credentials who have all also put their reputations on the line for this concept. That includes an accounting, legal, marketing, and programming team with years of experience.
Me: Why is it misleading and presented as an app when its really an MLM. "Pushing the limits on creativity" on an MLM that sounds like a legal quagmire?

Rippln: At this stage of the rollout, invite your friends and family. Share the concept. Tell them that while there are no guarantees in life, a lot of people believe in this concept. Then watch. What do they have to lose? Getting in your ripple as a fan is free. Join, and watch the concept grow. When the next phase comes out, watch that, ask questions and see if the company stands behind the concept and message. All this is available before they are asked to invest a single dollar. Bottom line, no it's not a scam. It is an idea that is being brought to reality. One in which many people believe in.

Me: Why is the presentation deceptive and misleading?
Rippln: I am not sure how you can feel that our videos are deceptive and misleading.

Me: In the videos you portray that you will go viral, be on the news – be the next facebook or twitter, that I can be like a stockholder in Facebook and get rich like they did. This is an app, I dont own stock in – thats deceptive. Also again you portray it as an app while clearly only after someone invites 5 friends do you start telling them you are really an MLM. Thats deceptive.

We'll update you with their answers when they come forth (Its been more than a week they havent replied again.)

0



[ Admin ]

...

My biggest objection to Ripple as it's commonly understood is that it's a way to swap debt that is totally uncollectible. It will take people a while to realize that it's a currency of empty promises. Once understood for what it is, I can see it being pretty powerful, but can't see why it being decentralized is any sort of benefit.

Case in point: Alice owes Bob, and then Bob uses Alice's debt to pay Charlie. It's a lot of money. Charlie tries to collect, but Alice refuses to pay Charlie, so Charlie sues Alice. Alice denies owing Charlie anything, and Charlie can't prove otherwise. The court won't recognize Ripple's database as being a legal way to transfer debt since it's not a legal form of contract. Game over, Charlie got left holding the bag.

If instead of using Ripple, Alice owed Bob, and Bob used Alice's debt to pay Charlie by pulling out a pen and a piece of paper and drawing up an assignment agreement, suddenly the problem no longer exists, because courts recognize agreements like that when written on paper.

Pen and paper 1, Ripple 0.

So how again is this revolutionary?

0



[ Admin ]

...

## RippLn Is it a Multi-Level Marketing Scam?

*by* KIM LAVIGNE *on* APRIL 24, 2013



150
FLARES

104  19  14  1  10  1  0  1  --


*RippLn Is it a Multi-Level Marketing Scam?*

I kept getting invites to RippLn, www.startmyripple.com and of course my curiosity got the best of me so I had to check it out!  I had the impression from the beginning that it was a potential MLM (Multi-Level Marketing) Scam.  RippLn Is it a Multi-Level Marketing Scam??  You be the judge!

Having no contact information on their site is a big concern, and no product yet to speak of.  Having to sign a Non-Disclosure Agreement (NDA) form, before being able to access any kind of information on the website would make any person leery!

I do encourage you to look into it yourself and decide before getting involved.



Correction…it appears that this is their fanpage: https://www.facebook.com/Rippln not the one mentioned in the video.  (Many individual fanpages are popping up!

I'd love to hear what you have to say about this site, so please leave me a comment below!  Have you discovered any information for or against this company?

Tagged as: MLM Scam, multi-level marketing, review, Rippln

{ **22** comments… read them below or *add one* }

---

**Melody**  April 24, 2013 at 1:27 am 

I was first interested because Johnathan Budd was promoting Rippln and I have been watching him for several years. It seems he has a pretty good reputation and he is one of the most successful internet marketers out there. So first I went to this site to read a little about him.
http://www.imreportcard.com/people/jonathan-budd
Then I went to this site which is fairly negative and yet I found some pretty positive stuff on it too.http://www.sv411.com/index.php/2013/04/rippln-new-app-platform-goes-viral/
On the site above I found this link which I thought was pretty interesting.. the three of them at a google hangout on Robert Kiyosaki Bloghttp://www.richerdaddy.com/rippln-official-hangout-event/

Once again, like Kim said, come to your own conclusions. I just find it very intriguing so I'm checking it out.

**REPLY**

### Kim Lavigne  April 24, 2013 at 1:34 am  

Thanks for sharing your thoughts Melody! Everyone for sure has to do their own research on this!

**REPLY**

### Lisa Mason  April 26, 2013 at 4:39 pm  

Some good friends of mine are getting involved but I am not interested. It seems very spammy and I don't get the "what's in it for me?" value. I could never pitch this to my network without feeling sleezy. Myself and 2 client accounts that I manage are getting slammed with invitations from EVERYONE. It's very annoying. Even if it is a quality product, I'd be suspicious due to the high level of spammy invites I'm getting. :/

**REPLY**

#### Melody  April 26, 2013 at 7:12 pm  

I agree, that is annoying. I also am annoyed at how I have to watch the same stupid Jack in the Box ad a dozen times in order for me to watch my movie.
It's interesting how supply and demand works too and attaching value to something. If gold lay all over the ground likes rocks, no one would want it any more than dirt. Or if I pushed people to take gold from me long and hard enough, pretty soon they would be looking the other way when they passed by me, hoping I wasn't going to ask them to take some gold again.

I think it's cool that I got an invitation from Johnathan Budd to join his ripple. I see value in that and I'm only inviting qualified individuals to his team.

sources:http://amajormediaproductions.com/blog/rippln-is-it-a-multi-level-marketing-scam

0


**[ Admin ]**
…

!
TOPUP2RICH !

www.wunjun.com      archive.wunjun.com    wunjun Group