# EXHIBIT O
# to KESSLER DECLARATION















Data registrazione: Jul 2005
Messaggi: 40,264
Popolarità: 42949681





🔲 10-06-13, 14:57 #3 (permalink)

### MarcoDelGS
Fatti non foste...



Data registrazione: Jan 2008
Messaggi: 1,572
Popolarità: 42949678

Ogni giorno Internet ci offre centinaia di opportunità di guadagno.
Negli ultimi anni social networks come Facebook , Twitter , Google+, hanno radicalmente modificato il nostro modo di pensare e di utilizzare internet.

Social Networks, applicazioni e siti di nuova generazione che hanno fatturati enormi nati da piccole idee di studenti e persone comuni.
Rippln a differenza di questi offre l'opportunità di entrare nel progetto come fossi un suo investitore.
Immagina di aver investito su Facebook prima che esso diventasse Facebook... a quest'ora probabilmente saresti miliardario.
Ora immagina di avere questa opportunità senza però investire 1 centesimo, ma semplicemente iscrivendoti ad una nuova piattaforma (così come hai fatto per facebook, twitter , youtube che non ti hanno mai ricompensato per la tua fedeltà)

La prima fase di Rippln (quella attuale) è di creare una rete di persone intenzionate a credere nel progetto.
Iscrivendoti Gratis diventi parte integrante del progetto.

Guadagnerai commissioni quando qualsiasi membro della rete mondiale acquisterà una delle APP che il sistema offrirà o visualizzerà la pubblicità contenuta in essa.

Per farti un esempio, il fatturato dell'apple store è di circa 35 miliardi di dollari (miliardi...non milioni!) ma a va tutto alla apple e niente a noi che rendiamo essa una grande azienda. Se solo una minima parte di quella somma andasse a noi ogni mese per tutti gli anni successivi? Se solo fosse un 0,1 % a quanto ammonterebbe il mio compenso? Rippln è rivoluzionario ed il solo fatto che in 1 settimana dal lancio abbia raggiunto i 200.000 iscritti la dice lunga sul futuro di questa compagnia.

PERCHE' RIPPLN E' RIVOLUZIONARIO?
Rippln è rivoluzionario perchè si viene pagati per un qualcosa che tutti svogliamo nel quotidiano.Scaricare app per smartphone e tablet!
Il futuro ormai è segnato dalla crescita esponenziale del numero di questi dispositivi con dati al dir poco impressionanti.
Nel 2012 "solo in Italia" sono presenti 32 milioni di smartphone e 3 milioni di tablet con previsioni di 50 milioni di smartphone e 15 milioni di tablet nel 2015. Abbiamo detto "solo in Italia"...
Una delle caratteristiche principali delle app gratuite è quella di avere all'interno delle piccole pubblicità che fanno in modo che la app continui ad essere gratuita (tranne pochi casi isolati).

Ed è proprio su questo concetto che si baserà Rippln al momento del lancio previsto a Giugno 2013!
Rippln sarà una sorta di mega apple store e Android market dove la maggioranza delle app sarà gratuita.
Seguendo sempre il filo conduttore delle App Gratuite = Pubblicità arriviamo al punto focale del discorso:

Noi come guadagnamo da tutto ciò?
Prima di spiegarvi questo dobbiamo specificare cosa sono i FANS e i PLAYERS.
I Fans saranno tutti coloro che utilizzeranno Rippln e scaricheranno le applicazioni gratuitamente senza guadagnarci.
I Players invece saranno coloro che riusciranno a costruire una rete di amici in questa fase di pre-lancio invitandone almeno 5.(se ancora non l'hai fatto il tempo stringe)
Al momento del lancio potremmo decidere se essere Fans o Players ed è ovvio che in fase di pre-lancio è fondamentale invitare altri amici a far parte del proprio Rippln.
Sembra logico che più persone inviterai , più avrai possibilità di un guadagno consistente quando la piattaforma verrà lanciata.
Invitare gli amici è molto semplice e ne bastano solo 5 per poter diventare un player. (leggi articolo correlato di approfondimento)

QUANTO SI PUO' GUADAGNARE CON RIPPLN?

Dagli ultimi dati si evince un guadagno abbastanza importante riassunto in questo schema:

BONUS START
Ogni 5 Fans invitati ed inseriti nel proprio rippln riceverai 15€
Ogni 5 Fans che un tuo invitato inserirà nel proprio rippln ti farà guadagnare 15€

Ogni volta che tu (Player) inserirai un altro Player:
Se uno dei tuoi FAN diventa Domestic Player * riceverai 60€
Se uno dei tuoi FAN diviene Global Player ** tu riceverai 240€

*Domestic Player: E' un player che ha nelle sue cerchie solo persone della sua nazione.
** Global Player : E' un player che ha nelle sue cerchie persone di nazioni diverse.

Importante!
Se tu non diventi un Global Player non potrai qualificare i tuoi invitati come Global Player e quindi non potrai ricevere il bonus di 240€ e lo stesso vale per un Domestic Player , allo stesso modo se non inviti almeno 5 persone non potrai essere un PLAYER ma solo un FAN .Quindi affrettati ad invitare tante persone!

1 – Invita 5 fan che scaricheranno ed useranno le apps gratuite

2 – Aiuta questi fan a diventare giocatori

3 – Aiuta questi nuovi giocatori ad invitare 5 fan che scaricheranno ed useranno apps gratuitamente.

E ripeti il tutto…. se farai ciò, avrai successo!

Ricorda: i fan non partecipano al gioco, mentre i giocatori parteciperanno a piene mani, quindi diventa un giocatore(player) e lancia il sasso per dar forma alle tue onde.

(leggi articolo di approfondimento qui)

LE 4 FASI DI RIPPLN
Il lancio avverrà in 4 FASI.


FASE 1: E' la fase attuale. Lo scopo di Rippln è la costruzione della community di utenti tramite l'invio di inviti personali

Per iscriverti è obbligatorio e necessario un codice invito che puoi ricevere gratuitamente compilando questo form.

FASE2: Partirà molto presto e comprenderà la diffusione delle APP.

Chiunque si fosse iscritto utilizzando il codice invito (Fase1) di una determinata persona , farà parte del suo network e potrà comunicare con tutti coloro che hanno utilizzato il codice fornito da noi e con le persone invitate a loro volta da ogni nuovo iscritto.

Un pò come un effetto onda creato da un sasso lanciato nell'acqua. Immagina di essere al centro e tutti coloro che sono all'esterno potranno comunicare con te.

FASE 3: E' il lancio ufficiale della piattaforma "Rippln Ecosystem".
Sarà possibile effettuare download, condividere contenuti, acquistare e-book, Apps e molto altro.
Come Facebook, Twitter, Instagram, sarà possibile fruire di grande parte delle funzionalità in maniera gratuita.
I guadagni verranno generati dalla vendita di estensioni, applicazioni, pubblicità e da altre tipologie di transazioni commerciali.
Non sarà una piattaforma basata sulla vendita, ma tutto avverrà inmodo trasversale, proprio come accade su Facebook e con le stesse metodologie che hanno portato il social di Zuckerberg a diventare un enorme impero economico.
Verremo ricompensati per la nostra "influenza sociale" attraverso la condivisione di app, contenuti ed altro, proprio come già facciamo. Beneficeremo delle commissioni generate dal nostro "effetto ripple" in tutto il mondo, generazione dopo generazione.

Fase 4: E' la fase finale, che avverrà probabilmente fra molto più tempo e che darà la possibilità di vendere e promuovere i propri prodotti e servizi attraverso il network rippln che abbiamo creato durante quell'arco di tempo.

Molti progetti passati come Youtube, Facebook e Twitter non hanno mai dato la possibilità a coloro che li hanno resi grandi, ossia noi utilizzatori, di trarre un beneficio economico anche minimo dal loro utilizzo.
Rippln capovolge questo concetto e rende te parte vitale del progetto ricompensandoti!
Immagina se tutti questi grandi social networks avessero applicato questa teoria, oggi tutti avremo una vita migliore!
Rippln offre una grande opportunità e sta a noi coglierla al volo!

In una sola settimana Rippln ha raggiunto 200.000 iscritti e ciò spiega tutto!

Nei prossimi 60 giorni una nuova applicazione virale sara lanciata nel mondo.
Ne sentirai parlare nel tuo blog preferito, in tv, i telegiornali ne parleranno.
Perchè la tecnologia che ne è alla base non solo cambiera il modo in cui noi comunichiamo, ma cambierà anche come il commercio sia online che offline viene fatto.
Vedrai cosa succede quando un azienda va online viralmente, l`hai visto con Facebook, con Twitter e con altre.
Immagina soltanto, se tu avessi avuto una possibilità di essere lì all'inizio, prima che Facebook diventasse Facebook.

E ora tu hai una possibilità: entra oggi a far parte di questo fantastico progetto, richiedi il codice di invito tramite il form di questo sito con il quale potrai accedere a tutte le informazioni:

1) Avrai la possibilità di vedere la nuova tecnologia virale.
2) Puoi bloccare la tua posizione nella cerchia ristretta dei promotori
3) Avrai la possibilità di invitare 5 dei tuoi amici ad unirsi a noi.

In questo momento una breve finestra è aperta, presto sarà chiusa.

Ovviamente ci sono segreti commerciali che non possiamo diffondere ancora, per questo ti verrà chiesto di completare un form in cui dici di non rivelare quello che trovi dentro.

Semplicemente ti impegni a non rivelare le informazioni che trovi dentro finchè la nostra piattaforma non verrà lanciata.
Questo ci proteggerà entrambi e ti darà la possibilità di bloccare la posizione in questa prima fase.

Una volta che sei dentro avrai 5 inviti per invitare 5 persone che conosci ad entrare nella nostra cerchia ristretta .

Non aspettare altro tempo attivati subito, non perdere quest'occasione che potrà aiutarci a stare un pò meglio economicamente



■ 10-06-13, 14:59     #4 (permalink)

**paq**
new world coming



Data registrazione: Jul 2005
Messaggi: 40,264
Popolarità: 42949681

ah ecco, nartra versione di mlm a matrice




■ 10-06-13, 15:14     #5 (permalink)

**MarcoDelGS**
Fatti non foste...



Data registrazione: Jan 2008
Messaggi: 1,572
Popolarità: 42949678

Citazione:

> Originalmente inviato da **paq**
> *ah ecco, nartra versione di mlm a matrice*

Concordo, solo che i creatori non sono gli ultimi arrivati...

In un periodo di montagne russe per i Bitcoin sale sul palcoscenico la piattaforma Ripple: include una moneta digitale, i Ripple, e un'architettura per gestire transazioni in valute reali. A costruirla è stata la startup OpenCoin che prevede di regalare quote del conio virtuale per ampliarne la diffusione. Si tratta di un'iniziativa ancora ai primi passi. Che prova a risolvere alcuni limiti dei Bitcoin.

La velocità
Ripple è una piattaforma decentralizzata: adopera un network di database

distribuiti in differenti località geografiche nel mondo. A differenza dei Bitcoin ha registri chiamati Ledger per monitorare gli scambi che contribuiscono al completamento delle operazioni entro pochi secondi, quando invece i Bitcoin possono richiedere minuti per concludere una transazione oppure anche ore nel caso di pagamenti, a causa della catena di validazioni necessaria a garantirne la sicurezza. Inoltre Ripple è open source come Bitcoin: significa che una comunità di sviluppatori software può apportare modifiche e condividerle secondo le regole previste dalle licenze di utilizzo.

Il nuovo cripto-conio
I Ripple somigliano molto ai Bitcoin: sono monete digitali, hanno come simbolo Xrp e sono protetti da misure di sicurezza tali da evitare la duplicazione e la falsificazione attraverso, ad esempio, funzioni di hash crittografico e meccanismi di convalida che, semplificando, tracciano la storia di ogni singolo conio digitale in modo da impedire frodi. Per ogni transazione è prevista una microscopica fee: lo scopo è di ridurre il rischio di operazioni speculative. Ripple punta a costruire inoltre una piattaforma peer to peer destinata ai pagamenti. Consente di inviare e ricevere euro, dollari, yen oltre a Ripple e Bitcoin. Ha accordi con terzi esterni per conversioni in altre valute.

La scommessa di OpenCoin
A progettare il protocollo informatico che abilita l'esistenza dei Ripple è stata una startup, OpenCoin: ha stabilito che le monete digitali saranno in totale 100 miliardi. Sono già state generate tutte e una parte verrà distribuita in seguito. I Bitcoin, invece, hanno un limite fisso di 21 milioni di unità, verranno creati gradualmente fino al 2140 e per ottenerli, quando vengono rilasciati in blocchi, è necessario avere potenti reti di server che consentono le operazioni di mining. Poi successivamente possono essere scambiati sui spazi come Mt.Gox o Bitcoin-Central.
I fondatori di OpenCoin sono volti noti nelle community dell'open source. L'amministratore delegato è Chris Larsen e ha varato, tra gli altri, il progetto Prosper di peer to peer lending. Jed McCaleb ha il ruolo di chief technology officer: aveva costruito la rete p2p eDonkey per il file sharing e ha lanciato Mt.Gox. Hanno da poco concluso un round di finanziamento da parte di angel investors e fondi di venture capital.

I voli delle cripto-monete
Per i Bitcoin è un periodo di turbolenze: nelle ultime ore il loro prezzo continua a fluttuare. Il mercato di Mt.Gox ha ricevuto attacchi informatici con picchi da 80 Gigabit per secondo che hanno impedito l'accesso degli utenti. E sono arrivati sotto i riflettori i primi investitori famosi: si tratta dei gemelli Cameron e Tyler Winklevoss che in precedenza hanno ingaggiato una lunga battaglia giudiziaria con Mark Zuckerberg, numero uno di Facebook. Hanno dichiarato al New York Times di possedere circa 11 milioni di dollari in Bitcoin, quando giovedi il prezzo era di 120 dollari per ogni conio della moneta digitale. Nel momento in cui viene scritto questo articolo su Mt.Gox i Bitcoin sono scambiati a 108,93 dollari.





---

10-06-13, 16:11 #6 (permalink)

**HostFat**
Member

Data registrazione: Aug 2009
Messaggi: 143
Popolarità: 10564626



Rippln è un sito truffa (o meglio, di semplice sistema di marketing) che corre sul nome del progetto Ripple

www.ripple.com è diverso da www.rippln.com
Non confondete le 2 cose.

Per il resto avevo già segnalato Ripple 1/2 mesi fa, con link a sito e informazioni varie, ma i moderatori mi hanno segato la discussione.

*Ultima modifica di HostFat : 10-06-13 alle ore 16:18*



| Segnalibri | | | |
|---|---|---|---|
| Facebook | Viadeo | Digg | Google |

« Discussione precedente | Nuova discussione »



Tutti gli orari sono GMT +2. Adesso sono le 23:22.

Powered by vBulletin® versione 3.8.7
Copyright ©2000 - 2013, Jelsoft Enterprises Ltd.
Search Engine Optimization by vBSEO 3.6.0



Chi siamo - Pubblicità - Contatti - Disclaimer - Mappa - Design - Credits

© 2000-2013 Browneditore S.p.A. - Tutti i diritti riservati. Prima di utilizzare anche parzialmente i contenuti di questo sito, vogliate cortesemente consultare il disclaimer.