# EXHIBIT P
# to KESSLER DECLARATION

Support
UPRISER! (/p/donate)

/posts)

Follow @UPRISER    **(//PLUS.GOOGLE.COM/112122847675644688354?PRSRC=3)**    Like 3k

â **UPRISER (/posts) //** Ã **Request a Space**
See Your Spaces

# Rippln - Make It Work for Democracy

B **LindaHardesty (/u/lindahardesty)** Ã **Request a Space (/s/request-a-space)**
Æ **3**
| technology (/posts?tags=technology&sort=new), economics (/posts?tags=economics&sort=new), governance (/posts?tags=governance&sort=new) |
? **Save** @ **Act** \ **Flag** Û **short link (http://uprs.in/gs/cg)**

**1**    Doc Chat Tutorial


(http://s3.amazonaws.com/upriser.prod.files/assets/post_files/4330/original.jpg?1366979802)

**Request a Space (/s/request-a-space)**


**17**   **5**   🔓

Active since April 2013     ´ Join

## TIME FOR ACTION!

It's time to do something.

**5241** people have signed on to support this. **Let's get to 6000.**

Count me in  ‹

UPRISER will protect your privacy (/p/privacy) and keep you posted about this and similar initiatives.

Ø **Campaigns**   more / less detail

This post isn't connected to any goals.
? Save it and suggest it for one.

A social networking platform that promises to PAY you for your participation. Yes, it may be a scam or a pyramid scheme - google "RIPPLN scam" before you join. But at SOME point, somebody will figure out how to use technology to SPREAD the wealth. A big group of Uprisers could force this company to become transparent and democratic.

I pledge any and all money I receive from "RIPPLN" to Upriser, if five or more Uprisers join my 'downline.' But I encourage Garrett or somebody else to start your own downline, and dedicate the money to activism here. Send me a message with your email address for an invitation code. I will report everything that happens with RIPPLN here.

@
**Rippln - Make It Work for Democracy**
(You are here.)

**How can we do this?**

∅  **Your Lists**

Only registered users can create lists.

Sign up to get started!

∅  **Space Lists**

**Request a Space's Actions**  |  All Space Lists

Add image

**Post**

**3 Comments**  Sort by: Hot

[-] Gone (/u/gone) [ 1» | 0... ] 8m



Very strange that they chose the name Rippln. There is a Bitcoin type currency called Ripple that gets a lot of the same type scam insinuations.

I am not a fan of Ripple and do not use social media enough to make a judgement on Rippln but I also do not believe in coincidence.

I would use caution with both Ripples. :)

‰  reply | Œ  respawn (/comments/2032/respawn) | permalink (/posts/rippln-make-it-work-for-democracy#comment2032)

[-] LindaHardesty (/u/lindahardesty) [ 1» | 0... ] 8m



One person emailed me for an invite. If we get a Space, people who have signed up can join it, and we can use it to coordinate our actions vis-s-vis the company.

‰  reply | Œ  respawn (/comments/1556/respawn) | permalink (/posts/rippln-make-it-work-for-democracy#comment1556)

U  **Back to top**

# Get the Hoodie



**Limited Edition UPRISER Hoodie**

Donate now to get our exclusive custom-designed hoodie. Feed our developers and keep warm in this uber-quality hoodie.

**BONUSES!** You'll also get an awesome limited edition UPRISER Founder t-shirt, a

car magnet and your name (if you choose) immortalized on our supporters page.

## Support UPRISER

### Paypal:

Donation Amount:

15

How often?
- Monthly
- Only once

### Bitcoin:

**Our address:**
1UPRSRjp7SsbvEcecBdGsMaTApdTqjte9

Read about Bitcoin on UPRISER (http://upriser.com/posts?tag=bitcoin)

### Other giving options (/p/donate)

**Sign Up!**  **Tour UPRISER Posts!**

About (/p/about)    Donate (/p/donate)    Supporters (/p/supporters)    Privacy (/p/privacy)    Bugs/Suggestions (/s/support)
IRC (/p/irc)