# EXHIBIT Q
# to KESSLER
# DECLARATION




WarriorForum - Internet Marketing Forums > The Warrior Forum > Warrior Special Offers Forum
Rippln Report--> What it's all about -- How You Make Money and Why you NEED TO Hop On Board

User Name: User Name  ☑ Remember Me?
Password: [        ] [Log in]

Register    Blogs    FAQ    Community    Calendar    Help Desk

[POST REPLY]

LinkBack    Thread Tools

05-03-2013, 01:09 PM    #1

**Sean A McAlister**
Entrepreneur | Consultant
War Room Member

Join Date: Jul 2008
Location: , , USA.
Posts: 1,654
Blog Entries: 23
Thanks: 349
Thanked 525 Times in 171 Posts

Social Networking
Contact Info

Rippln Report--> What it's all about -- How You Make Money and Why you NEED TO Hop On Board



1 of 9    12/26/2013 2:03 PM

www.youtube.com/watch?v=Yc-x6UxuGj8&rel=0

**Get Your Invitation ASAP Click The Link**



# Hundreds of Thousands of People are Jumping into the Ripple and setting themselves up for
# Long Term Residual Income!

## We Show You How to EXPLODE Your Fan Base

- What's This All About?
- How You Can Earn SERIOUS CASH --LONG TERM!
- **Why You NEED To Get OnBoard RIGHT NOW?**
- How You Can Set Yourself up for Long Term Cash

## We Cover it all!

- How we Slammed Over 21,226 People into our Ripple,
- How our "Ripple" FLEW into 196 Countries & is now Growing at a rate of over 1,500 New FansPer Day.. **(just from inviting our first 5 friends)**

(...we did it all of that in Just 8 Days..imagine what your ripple could look like in a year ...WOW )

## Get Financially Rewarded
## for Doing What You Already do...Sharing



# Playing & Having Fun!

**This is a Niche BUSTER** -it doesn't matter what niche your in.
You don't need TechnicalExperience.
You Don't need a Website. You just need to be wiling to have some fun, invite your friends and PROFIT.

**It Costs NOTHING To Hop Onboard, Start Growing Your Fan Base (Ripple) and getting Totally Addicted to Seeing it Spread like Wild Fire**

QUOTE

05-06-2013, 11:54 AM #2

Sean A McAlister
Entrepreneur | Consultant
War Room Member

Join Date: Jul 2008
Location: , , USA.
Posts: 1,654
Blog Entries: 23
Thanks: 349
Thanked 525 Times in 171 Posts

Social Networking

Contact Info

**Re: Rippln Report - 21,226 Fans, 196 Countries, 8 Days = Residual Income--Find Out How (Free Downloa**

**You Tube**

## Key Points: Vision, Mission and Mindset

- **Rippln Vision (Why)**

  We see a world where everyone is connected We see the lives of every player on the planet being transformed for the better We believe that incentivized sharing makes the world a better place

- **Mission (What)**

  **To take back our Social Graph**
  • It is not uncommon for people to feel as if they are not prepared or capable of creating long-term success. The key to creating success and ultimately wealth is to “Create more value for more people”. If you invest time in deepening relationships and creating value in those relationships, you will earn the trust and alliances of people to further your vision and mission. So the question becomes, how do you create more value for more people?

  • Everything in life carries energy, and this energy can be either positive or negative. The decisions you make about what comes into your life and what you give back to life is a constant cycle of energy...and your life is a vessel for either positive or negative energy. When you choose to focus on the positive things in your life, you attract more positive energy.

  • Is what you’re doing worth trading your life for, because you are, especially if you still trade time for money by working in a job or a business you don’t enjoy? When evaluating where to invest your time and energy you may want to consider whether those activities are moving you closer to your goals of having time freedom, emotional freedom and financial freedom or not.

## Key Points: Mobile Trends

• Mobile is no longer a fad or just a trend, it’s a shift in the way we do life. For the first time in our human species existence, almost 90% of the planet can connect in real time through mobile. We believe there is a bigger game at play here and its each of our responsibilities to reconnect the social graph with people we w

THE WAR ROOM

to invest more time with. This creates stronger social ties and engages us in more authentic relationships.

• Apps are the new portal to our worlds and there are "apps for everything". These new companies being created by developers are actually being driven by consumers. Consumers build the audience. Consumers create the content. Consumers consume the content. But for some reason, consumers haven't been sharing in the rewards.

**We believe that "incentivized sharing" is the future of mobile and social and that its our responsibility to usher in the new way of valuing your audience, your content and your consumption.**

## Key Points: Social Trends

• You have probably heard the phrase, "your net-worth is related to your network". In modern day, this means that your social graph is being monetized, but by whom?

***The new model of currency is called "incentivized sharing" and it rewards you for your social graph and that's one of the core differences in Rippln and many of the other social platforms in existence today.***

• Rippln is a "platform" that connects you with your network, visually tracks your ripple and helps you understand and recapture your "ripple value".

• Your Social Engagement is the frequency (how often) + engagement (how long) and that engagement has a value called Social Value. Many companies are monetizing your Social Value by raising venture capital, running advertisements and selling your social graph products and services.

## Key Points: Gamification Trends

• Most of us have grown up having fun with games. From neighborhood games to board games to arcade games to mobile games to social games, we are being surrounded from games. Now games are crossing over into real life.

• Everything in life and business is being gamified. For example, the airlines have gamified travel with priority boarding, upgrades to first class and tracking status and miles. Shopping is being gamified by having your check in and earn discounts on products. Companies like Nike and Jawbone are gamifying health by tracking your exercise activity, sleep and diet then having you collaborate or compete with friends.

• According to Jane McGonigal, author of "Reality is Broken", hundreds of millions of gamers are "opting out of reality" and into the game world to the tune of 3 billion hours of game play each month.

• **There are "4 Defining Traits" of a Game.**
1. **Goal:** Provides a sense of purpose
2. **Rules:** Unleash creativity and foster strategic thinking
3. **Feedback System**: Points, levels, a score, progress bar
4. **Voluntary Participation**: In other words, its fun and meaningful to the player

# Key Points: The Rippln Game has begun

- It took **Kickstarter** 30 months to get to 1,000,000 users.
- It took **Foursquare** 13 months to get to 1,000,000 users.
- It took **Facebook** 10 months to get to 1,000,000 users.
- It took **Dropbox** 7 months to get to 1,000,000 users.
- It took **Instagram** 2.5 months to get to 1,000,000 users. (they leverage facebook)
- **Rippln is at 450,000 users in 23 days...how long will it take us to reach 1,000,000 users?**

•The name of the Rippln game is... Download Apps + Refer Friends = Earn Rewards

Rippln Offers One of the
## Best Opportunities to Earn Rewards (Cash)
**just by doing what we already do on a daily basis.**

**No selling, No website, No tech experience Needed.**

### Check out The Report to Find Out More and How you Can

# Join for Free!



☐ 05-06-2013, 01:46 PM                                                                #3

### Gary Ning Lo
Business Owner
**War Room Member**

Join Date: Dec 2010
Location: Living In My Dream House
Posts: 1,350
Thanks: 76
Thanked 404 Times in 299 Posts

Social Networking

Contact Info

📝 **Re: Rippln Report-->How to $ Make Money $ with the Biggest Viral Movement since Facebook (Free Downl**

Thanks for the report 

Will go through it this evening...

I heard that it would cost $400 for US people to subscribe to ripplin.. Any news on this?

Cheers,

Gary

☐ 05-06-2013, 02:13 PM                                                                #4

### Sean A McAlister
Entrepreneur | Consultant
**War Room Member**

Join Date: Jul 2008
Location: , , USA.
Posts: 1,654
Blog Entries: 23
Thanks: 349
Thanked 525 Times in 171 Posts

Social Networking

Contact Info

📝 **Re: Rippln Report-->How to $ Make Money $ with the Biggest Viral Movement since Facebook (Free Downl**

Hi Gary,

**It's completely Free to get on board with Rippln and start growing your network.** 

As you probably know, Rippln is still in it's initial stages of Roll Out and has one of the fastest growth rates since Facebook (if not surpassing Facebook's initial growth rate). Being close to the company, I can tell you that there are a lot of awesome things that will be announced soon as they go into phases 2, 3 4 and 5 of the launch.

It's pretty cool to watch your network grow via the Rippln platform and considering it doesn't cost anything to start growing your Ripple you've got nothing to lose. Once commerce is introduced, those who have taken action now should be in a pretty good spot.

Highest Regards
Sean

☐ 05-06-2013, 03:31 PM                                                                #5

### vikingmarketer
Saint Patrick
**War Room Member**

Join Date: Aug 2009
Location: Denmark
Posts: 163
Thanks: 63
Thanked 110 Times in 95 Posts

📝 **Re: Rippln Report-->VIRAL Explosion --->Make Money with New Social Network --> Check it out (Free)**

Sean one thing that keeps me from joining is: If I join under say you for instance, how long down would you benefit from my ripple?



☐ 05-06-2013, 03:53 PM #**6**

### Sean A McAlister
Entrepreneur | Consultant
**War Room Member**

Join Date: Jul 2008
Location: , , USA.
Posts: 1,654
Blog Entries: 23
Thanks: 349
Thanked 525 Times in 171 Posts

Social Networking

Contact Info

**Re: Rippln Report-->VIRAL Explosion --->Make Money with New Social Network --> Check it out (Free)**

Hey Pap,

Great question.

That's what is really cool about this platform. The time frame is indefinite.

Imagine if Facebook, Twitter or others offered the option to be rewarded and you joined them 5 years ago.... you'd still be earning rewards (cash) based on revenue generated by your fans. An ad clicked, a product purchased, an app downloaded, etc.

But unlike other platforms where it stops at just your immediate friends / followers, Rippln rewards you on the folks they invite ... their fans.

This is a long term, viable business model. Something that if you grow it now (and keep growing like any other social platform) can reap long term rewards. The Rippln vision is decades...not years and such so can be your earnings.

All the best
Sean

☐ 05-06-2013, 04:17 PM #**7**

### Mikaedi88
HyperActive Warrior
**War Room Member**

Join Date: May 2011
Location: Wellington New Zealand
Posts: 202
Blog Entries: 1
Thanks: 81
Thanked 38 Times in 35 Posts

Contact Info

**Re: Rippln Report-->VIRAL Explosion --->Make Money with New Social Network --> Check it out (Free)**

Thanks Sean, I've read the report, interesting, though doesn't mention figures at all, like what you could potentially earn from your followers etc.

Mikaedi

☐ 05-06-2013, 06:42 PM #**8**

### Sean A McAlister
Entrepreneur | Consultant
**War Room Member**

Join Date: Jul 2008
Location: , , USA.
Posts: 1,654
Blog Entries: 23
Thanks: 349
Thanked 525 Times in 171 Posts

Social Networking

Contact Info

**Re: Rippln Report->>21,226 Fans, 196 Countries, 8 Days =$ LONG TERM Residual Income$ Find Out How (F**

Hi Mikaedi,

There are going to be several way's Players will be able to earn. Everything from Bonuses and rewards to actual profit sharing (so to speak) off of revenue generated from everything in the Rippln Eco-system through your ripple.

As Rippln rolls into the next phase of the launch, all of the details will be released. I can say this it can very lucrative for those who are growing their ripples, helping their friends and having fun.

What's awesome about this is that we're just gettin started!

☐ 05-06-2013, 08:00 PM #**9**

### PeckhamPirate
Moved to Facebook!
**War Room Member**

**Re: Rippln Report->>21,226 Fans, 196 Countries, 8 Days =$ LONG TERM Residual Income$ Find Out How (F**

I'm not pissing on anyone's strawberries here, but it's worth doing your research on this before diving in.
I've heard good things, I've heard not such good things.
It's a great idea, but still at that 'BitCoin' stage, could go either way...



Join Date: Jun 2011
Location: Top of Page 1
Posts: 176
Thanks: 189
Thanked 123 Times in 90 Posts



---

☐ 05-06-2013, 08:23 PM #**10**

**Sean A McAlister**
Entrepreneur | Consultant
**War Room Member**



Join Date: Jul 2008
Location: , , USA.
Posts: 1,654
Blog Entries: 23
Thanks: 349
Thanked 525 Times in 171 Posts

─ Social Networking ─


─ Contact Info ─

📧 Re: Rippln Report->>21,226 Fans, 196 Countries, 8 Days =$ LONG TERM Residual Income$ Find Out How (F

Hey PeckhamPirate,

Your absolutely correct!

I've done plenty of research and have been following the company since inception over 2 years ago. I'm also personal friends with one of the co-founders and have unique insight as to what's on the horizon.

It's definitely difficult to weed through information especially from many sources that are completely inaccurate. It's important to remember that Rippln is in it's initial stages of Roll Out it's progressive marketing. I'd be happy to go over any questions you may have and even get a few of the execs on the phone 🙂 but to preserve the thread just hit me up via Pm.

Its always good to do due diligence with anything and I definitely recommend it. When it comes to Rippln it's nice to know that they address every concern and are pretty transparent which speaks volumes.... and a definite plus!

To me, it's a no brainer to get involved, check things out, get on some training calls and hear from the corporate team....especially because it doesn't cost you anything to see what it's all about, grow your fan base, have fun and connect with people. (Not to mention, it's going to be an awesome company / platform)

It's easy to create propaganda on the web to capitalize off emerging trends...heck, I think there may even be a WSO or two that teach that 🙂

All the best,
Sean



---

☐ 05-06-2013, 10:10 PM #**11**

**sap80**
Warrior Member

Join Date: Mar 2012
Posts: 0
Thanks: 0
Thanked 3 Times in 3 Posts

📧 Re: Rippln Report->>21,226 Fans, 196 Countries, 8 Days =$ LONG TERM Residual Income$ Find Out How (F

Hi Sean,

I know to be a Fan is Free, but how much does it cost to become a Player and above? Have they released this yet? Also is that a monthly or yearly fee?

Thanks,
Scott

---

☐ 05-06-2013, 10:51 PM #**12**

**SerpPower**
Ahmed Salah



Join Date: Jul 2011
Location: Cairo, Egypt
Posts: 57
Thanks: 39
Thanked 26 Times in 20 Posts

─ Contact Info ─



📧 Re: Rippln Report->>21,226 Fans, 196 Countries, 8 Days =$ LONG TERM Residual Income$ Find Out How (F

i am confused! is this only for marketers or for all people? because the way they encourage you to advertise their business sounds like a partnership to me! and regular people will not get it as you know because they are not marketers! hope you get what i mean

so most of the fans that i will refer will be just marketers! because regular people don't have a motivation to join such a network (they don't care about profit/ads share and etc)



---

☐ 05-06-2013, 11:54 PM





Sean A McAlister
Entrepreneur | Consultant
War Room Member

Join Date: Jul 2008
Location: , , USA.
Posts: 1,654
Blog Entries: 23
Thanks: 349
Thanked 525 Times in 171 Posts
Social Networking
Contact Info

**Re: Rippln Report->>21,226 Fans, 196 Countries, 8 Days =$ LONG TERM Residual Income$ Find Out How (F**

@Sap, the comp plan / Player up will be released soon. I'm not at liberty to say just yet but I can assure you it's not going to be anywhere near the numbers that I've seen floating around

Rippln's business model and vision is long term and geared for everyone

QUOTE

05-06-2013, 11:57 PM #14

Sean A McAlister
Entrepreneur | Consultant
War Room Member

Join Date: Jul 2008
Location: , , USA.
Posts: 1,654
Blog Entries: 23
Thanks: 349
Thanked 525 Times in 171 Posts
Social Networking
Contact Info

**Re: Rippln Report->>21,226 Fans, 196 Countries, 8 Days =$ LONG TERM Residual Income$ Find Out How (F**

Quote:

> Originally Posted by **SerpPower**
> *i am confused! is this only for marketers or for all people? because the way they encourage you to advertise their business sounds like a partnership to me! and regular people will not get it as you know because they are not marketers! hope you get what i mean*
>
> *so most of the fans that i will refer will be just marketers! because regular people don't have a motivation to join such a network (they don't care about profit/ads share and etc)*

Hey Serp,

The Rippln platform, apps, products and technology is meant for everyone. It's not just meant for marketers. Most people who engage in social platforms, share new things, play games, purchase goods etc are not marketers.

Beyond offering folks the ability to earn, the Rippln platform is also a cool Social platform that enables people to engage at a different level, shows them how their influence spreads...but more importantly use all of the cool new products, apps and technology that comes out.

For those who want to earn...there's the option...for those who just want to get in on a cool new platform, enjoy new apps, technology, discounted goods etc....there's that option. But even for the "Non" marketers..once they are engaged and see their fan base grow (like any other social network) and then see how they can earn....I think there will be a good bit of people who have an aha moment....

Hope this helps.
All the best
Sean

QUOTE

05-13-2013, 08:03 PM #15

bfp302q
Warrior Member

Join Date: Apr 2011
Location: Lutherville, Maryland
Posts: 4
Thanks: 1
Thanked 1 Time in 1 Post
Social Networking

**Re: Rippln Report->>21,226 Fans, 196 Countries, 8 Days =$ LONG TERM Residual Income$ Find Out How (F**

I saw somewhere else that the under the hood this is Empower Network. True/False? Good/Bad?

QUOTE

05-29-2013, 06:59 PM #16

Sean A McAlister
Entrepreneur | Consultant
War Room Member

**Re: Rippln Report--> What it's all about -- How You Make Money and Why you NEED TO Hop On Board <---**

Not even close to Empower Network

There is a killer Hangout Happening tomorrow night... we're just getting started.

Join Date: Jul 2008
Location: , , USA.
Posts: 1,654
Blog Entries: 23
Thanks: 349
Thanked 525 Times in 171 Posts

Social Networking

Contact Info

WarriorForum - Internet Marketing Forums > The Warrior Forum > Warrior Special Offers Forum

Bookmarks

Tags

196, 226, countries, days, download, fans, free, incomefind, report, residual, rippln, rippln invite, rippln report, rippln strategy

Posting Rules

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**
Trackbacks are **Off**
Pingbacks are **Off**
Refbacks are **Off**

Forum Rules

All times are GMT -6. The time now is 04:03 PM.

Terms of Use - Privacy Policy - DMCA Notice



