# EXHIBIT R
# to KESSLER
# DECLARATION







Watch Your Ripple Grow – Invite Your First 5 People!

Posted by David Morris at 20:15    No comments:

+1  Recommend this on Google

Saturday, 25 May 2013

# Rippln Official Blog

Welcome to the OFFICIAL Rippln Blog.
Stay in the loop with all the latest news
and updates, direct from HQ.

Link to the Official Rippln Blog: http://rippln.com/blog/

Posted by David Morris at 19:40    No comments:

+1  Recommend this on Google

# Rippln (Tech & History Merging)

## Tech & History Merging?

For thousands of years, the process of making steel was virtually unchanged. It was very hard and time-consuming. But in 1905, Andrew Carnegie added a new technology that made the steel-making process faster and easier…And almost overnight, he made 1000 new millionaires, who were previously little more than normal steel laborers before the technology was introduced.

**Here's the important history lesson:** When new technologies are introduced (that make processes faster and easier) it ALWAYS produces new wealth for the people.

Case 3:13-cv-05974-RS   Document 4-19   Filed 12/27/13   Page 4 of 14

We are currently living in an era where the technology has made the process of purchasing easier and faster than ever before. In the past, we would have to carry checks, or lug around cash and coins, or even pull out our credit card and sign a receipt. But today, through mobile commerce, even those old forms of paying are becoming more and more obsolete.

**Let me explain:**
Let's say you have an iPhone and download a free app game like "Clash of Clans." The purpose of the game is to create a clan, build a village for the clan, and train your warriors to protect your village from invaders.
But here's where it gets interesting: although you can play for free and slowly earn virtual "gems" to help you fund clans projects. You can also make an "IN APP" purchase to speed up the pace of gem-getting. For instance, with the touch of a finger, you can purchase a "pile of Gems" ($4.99), a "bag of Gems" ($9.99), a "sack of Gems" ($19.99), a "box of Gems" ($49.99), or…if you are feeling really ambitious to get some extra swords and sling-shots to fight off the barbarian invaders, you can touch your iphone screen and purchase a "chest of Gems" for only $99.99. The company "Supercell" (based in Finland), who makes "Clash of Clans" earns just a tad over $1,000,000 per day through these "In-APP" purchases worldwide. Yes, that's one million per day from people nonchalantly tapping their phone. Apple gets a 30% of the cut (or about $300,000) daily just from Supercell. And Supercell brings home around $700,000 per day.

Not too shabby.

**Remember this:** when the ability to purchase is made easier through technology, more wealth is created FASTER than ever.
**Remember this too:** when people play "Clash of Clans", they are encouraged to just press a button and invite all their Facebook friends to play with them. (BTW- if I get another Farmville invite I'm going to freak out!)

Anyway, some of the invited friends actually begin to play. And believe it or not, LOTS of those people end up purchasing LOTS of gems….which brings Supercell a healthy $1,000,000 a day.

Now…once again we have a curious scenario: The users, the fans, and the players of "Clash of Clans" are the real evangelists and unsuspecting advertisers for Supercell. They invite their friends in droves. Their friends buy virtual "sacks of gems" like they are going out of style.

The math breaks down to something like this:
"Clash of Clans" Company = $1,000,000 per day
"Apple" = $300,000 per day (at 30%)
"Players who SHARE the game" = $0

Did you know the most bankable commodity in the world is not diamonds or oil, it's your friends in your phone and in your social graph. Tech companies are currently harvesting that wealth in droves…and the people are shut out. Does anyone else see an odd relationship with the way things currently are? Imagine if the Ripple introduces a game like "Clash of Clans" (which would bring the ripple about $1,000,000 per day, or 365 Million in a year…from…a…game). This doesn't even hint at the possibilities our platform provides. We believe that just like Andrew Carnegie's new technology created over 1000 millionaires…we believe the ripple-tracking technology that RECOGNIZES and rewards you for your social graph…may go down in history as one of the most innovative ideas of the century.

**Let us be very clear:** building your ripple right now may be one of the most important things you can possibly do in your entire life.

We will explain more later.
Keep Rippln!

Posted by David Morris at 19:29   No comments:
g+1 Recommend this on Google



Posted by David Morris at 18:14   No comments:
g+1 Recommend this on Google



Posted by David Morris at 18:04   No comments:
g+1 Recommend this on Google

Wednesday, 22 May 2013

## Rippln FAQ's

### Rippln FAQ's

**Every Imaginable Question Answered!**



Rippln FAQ's CLICK HERE



Posted by David Morris at 21:31   No comments:

8+1   Recommend this on Google

## How To "Ripple Up" Video & PDF

**How To "Ripple Up"**
View the PDF document CLICK HERE



Essential viewing…"How To Ripple Up"



Posted by David Morris at 20:45   No comments:

g+1   Recommend this on Google

Tuesday, 21 May 2013

## Rippln News 22nd May 2013

WHERE are we at "Rippln" and what has happened over the last week...

- **MARCH to 1 MILLION** Registrations in Rippln is ON!  as I send this message out we are currently at 593,653!!!!  The GOAL is to have 1 million by June 15, 2013.  IF we do this we will have broke the current record holder of Instagram who had 1 million registrations in 2.5 months.
- **5 NEW languages in the NDA video** launched this week.  We now have: English, Spanish, Russian, Portugese, Japanese, Mandarin and French.  All of these videos are available on Rippln's Facebook Page https://www.facebook.com/Rippln
- **Last Weeks Vegas meeting** was EXCELLENT, and the next planned corporate meeting will be in Dallas, Texas on August 1, 2013 at the Omni Mandalay Hotel. - this is being named:  Unleashed
- **Multiple Languages coming** to the site within the next 2 weeks.
- MORE **marketing tools** are being rolled out daily
- Watch for the **LEADER board** and **COUNTRY board** to come online soon too.
- **RIPPLN's Reward System** will be unleashed next week!  We are standing by and on our toes to see it.
- We now have TWO people who have ripples of over 100,000 people!  Nice work!!!

All is VERY good in the Rippln world and we have a FRONT ROW SEAT for a MASSIVE launch.  The networking world was waiting for something NEW, not done before, that had massive appeal and the management team and investors who could get the job done.  That is what we have.  That too is why close to 600,000 people have RESERVED a SEAT.

I thank each and every one of you for being a part of this with me.  Our team is HUGE and for just the BUZZ Phase...**WARNING: You have not seen anything yet.**



Posted by David Morris at 20:00   No comments:

g+1   Recommend this on Google

Sunday, 19 May 2013

## Rippln Email Swipes...

These are some examples of emails you can use to send your friend, family and associates. If you have your own email "swipes" that work for you, then just ignore the ones below.

**Swipe #1**
Hi,

What is Rippln? Rippln is the first ever incentivized sharing technology platform that will release around the end of May, 2013 a revolutionary communications app designed for smartphones and other mobile devices that is destined to go viral. Unlike any other tech company, Rippln allows users to track their ripple effect across the world, and users have

the potential to be rewarded (monetarily and in other ways), for the value they create. Rippln believes people deserve to have transparency in their "social graph" and they deserve to get rewarded for the value they are creating for all the multi-billion dollar tech companies out here. That's what Rippln is and stands for, and their rewards program reflects their innovative approach of valuing the end user in its technology platform. Something other technology platforms have not done before!

The Rippln App is distributed by invitation only. If you want an invite click the link (Your capture page link)
Fill out all your contact details and I will send you an invitation code.

I only get 5 invites at a time so be ready to use the invite straight away or it will expire in 24 hours.

(Your name)
PS: Please check your spam folder if you haven't received a reply from me within 24 hours. Subject line: "Rippln Invitation Code"


(Note, the link you display above (in red) is the one that you get after you register for one or both of the capture pages, Click Capture Page on the menu. I suggested you try using both, to see which one works best for you…They are both free to use).

Swipe #2
Hi Friend,

I'll be brief. The first thing you need to know is that Rippln is exploding at a rate that is waaaayyyy faster
than I ever anticipated.

The original goal was to hit 200,000 new people within the first 60 days. In fact, hit 200,000 new members in just a week from (beta) launching in mid April 2013.

By comparison, that is more than 15 times FASTER than the rate at which Facebook was growing in its startup phase.

It took Facebook 9 months to reach 1,000,000 users.

At this rate… Rippln is on track to do that in weeks or less. And they haven't even turned on the gamification
features.

The Rippln App is distributed by invitation only. If you want an invite click the link (Your capture page link)
Fill out all your contact details and I will send you an invitation code.

I only get 5 invites at a time so be ready to use the invite straight away or it will expire in 24 hours.

(Your name)
PS: Please check your spam folder if you haven't received a reply from me within 24 hours. Subject line: "Rippln Invitation Code"


(Note, the link you display above (in red) is the one that you get after you register for one or both of the capture pages, Click Capture Page on the menu. I suggested you try using both, to see which one works best for you…They are both free to use).

Swipe #3
Hi,

It took *Facebook* 10 months to reach 1 million users.
It took *Twitter*, 24 months.
It took *Pinterest* 23 months.

**It took Rippln???**

Follow the instructions in this new release video http://www.youtube.com/embed/fFi5uFsbNIU?rel=0&quot;+frameborder=&quot;0&quot;+allowfullscreen from Rippln and

watch your ripple grow.

The Rippln App is distributed by invitation only. If you want an invite click the link (Your capture page link)
Fill out all your contact details and I will send you an invitation code.

I only get 5 invites at a time so be ready to use the invite straight away or it will expire in 24 hours.

(Your name)
PS: Please check your spam folder if you haven't received a reply from me within 24 hours. Subject line: "Rippln Invitation Code"

(Note, the link you display above (in red) is the one that you get after you register for one or both of the capture pages, Click Capture Page on the menu.  I suggested you try using both, to see which one works best for you...They are both *free* to use).



Posted by David Morris at 22:47    No comments:
Recommend this on Google

## Smart Phones & Social Media



Rippln has hit the nail right on the head!
For more info on the growth of social media & smart devices  CLICK HERE



Posted by David Morris at 04:00   No comments:

8+1 Recommend this on Google

Saturday, 18 May 2013

## Language Translation

Rippln is spreading around the globe like wildfire, so we sometimes have to translate English to Arabic, English to French, English to Korean, English to Russian etc,.

Visit: http://translation.babylon.com/. You don't need to download their software. You can do your translation on the main page. Translations are completed within seconds,

**Foreign translation examples:**

**From English:** The world's first Social Media App is exploding.... With 4 billion smart devices being used daily around the world, the timing is perfect! I have been around the block in business, marketing and networking and this is UNPRECEDENTED! Join me today for free:

**To Arabic:** العالم وسائل الإعلام الاجتماعية الأولى التطبيق تفجير .... 4 مليار دولار مع الأجهزة الذكية تستخدم يوميا في جميع أنحاء العالم، فإن توقيت مثالي! لقد حول الكتلة في العمل، والتسويق، والربط الشبكي، وهذا أمر غير مسبوق ! مشاركتي اليوم:

**To French:** Le premier media social APP du monde éclate.... 4 milliards des dispositifs intelligents étant employé quotidiennement autour du monde, la synchronisation est

parfaite ! J'ai été autour du bloc dans les affaires, vente et la mise en réseau et c'est SANS PRÉCÉDENT ! Joignez-moi aujourd'hui pour gratuit :

**To Korean:** 세계 최초의 소셜 미디어 애플리케이션 폭발... 4억 스마트 장치를 매일 전세계에서 활용되고 있으며, 타이밍은 완벽! 나는 블록을 비즈니스, 마케팅 및 네트워킹 있었는데, 이 전례 없는 일이다! 오늘 가입(무료).

**To Russian:** Первый в мире социальных мультимедийных приложений является разрывание .... С 4 млрд. долл. смарт-устройств используются во всем мире ежедневно, ГРМ подходит! Я был вокруг блока в области бизнеса, маркетинга и созданию сетей и это беспрецедентный случай! Присоединиться ко мне сегодня бесплатно:



Posted by David Morris at 07:19   No comments:

+1   Recommend this on Google

# Rippln Overview

## Get Financially Rewarded
for Doing What You Already do...Sharing, Playing & Having Fun!

### Key Points: Vision, Mission and Mindset

- **Rippln Vision (Why)**

    We see a world where everyone is connected We see the lives of every player on the planet being transformed for the better We believe that incentivized sharing makes the world a better place

- **Mission (What)**

    **To take back our Social Graph**
    - It is not uncommon for people to feel as if they are not prepared or capable of creating long-term success. The key to creating success and ultimately wealth is to "Create more value for more people". If you invest time in deepening relationships and creating value in those relationships, you will earn the trust and alliances of people to further your vision and mission. So the question becomes, how do you create more value for more people?

    - Everything in life carries energy, and this energy can be either positive or negative. The decisions you make about what comes into your life and what you give back to life is a constant cycle of energy...and your life is a vessel for either positive or negative energy. When you choose to focus on the positive things in your life, you attract more positive energy.

    - Is what you're doing worth trading your life for, because you are, especially if you still trade time for money by working in a job or a business you don't enjoy? When evaluating where to invest your time and energy you may want to consider whether those activities are moving you closer to your goals of having time freedom, emotional freedom and financial freedom or not.

### Key Points: Mobile Trends

- Mobile is no longer a fad or just a trend, it's a shift in the way we do life. For the first time in our human species existence, almost 90% of the planet can connect in real time through mobile. We believe there is a bigger game at play here and its each of our responsibilities to reconnect the social graph with people we want to invest more time with. This creates stronger social ties and engages us in more authentic relationships.

Case 3:13-cv-05974-RS   Document 4-19   Filed 12/27/13   Page 12 of 14

• Apps are the new portal to our worlds and there are "apps for everything". These new companies being created by developers are actually being driven by consumers. Consumers build the audience. Consumers create the content. Consumers consume the content. But for some reason, consumers haven't been sharing in the rewards.

We believe that "incentivized sharing" is the future of mobile and social and that its our responsibility to usher in the new way of valuing your audience, your content and your consumption.

### Key Points: Social Trends

• You have probably heard the phrase, "your net-worth is related to your network". In modern day, this means that your social graph is being monetized, but by whom?

*The new model of currency is called "incentivized sharing" and it rewards you for your social graph and that's one of the core differences in Rippln and many of the other social platforms in existence today.*

• Rippln is a "platform" that connects you with your network, visually tracks your ripple and helps you understand and recapture your "ripple value".

• Your Social Engagement is the frequency (how often) + engagement (how long) and that engagement has a value called Social Value. Many companies are monetizing your Social Value by raising venture capital, running advertisements and selling your social graph products and services.

### Key Points: Gamification Trends

• Most of us have grown up having fun with games. From neighborhood games to board games to arcade games to mobile games to social games, we are being surrounded from games. Now games are crossing over into real life.

• Everything in life and business is being gamified. For example, the airlines have gamified travel with priority boarding, upgrades to first class and tracking status and miles. Shopping is being gamified by having your check in and earn discounts on products. Companies like Nike and Jawbone are gamifying health by tracking your exercise activity, sleep and diet then having you collaborate or compete with friends.

• According to Jane McGonigal, author of "Reality is Broken", hundreds of millions of gamers are "opting out of reality" and into the game world to the tune of 3 billion hours of game play each month.

• **There are "4 Defining Traits" of a Game.**
1. **Goal:** Provides a sense of purpose
2. **Rules:** Unleash creativity and foster strategic thinking
3. **Feedback System**: Points, levels, a score, progress bar
4. **Voluntary Participation**: In other words, its fun and meaningful to the player

### Key Points: The Rippln Game has begun

- It took **Kickstarter** 30 months to get to 1,000,000 users.
- It took **Foursquare** 13 months to get to 1,000,000 users.
- It took **Facebook** 10 months to get to 1,000,000 users.
- It took **Dropbox** 7 months to get to 1,000,000 users.
- It took **Instagram** 2.5 months to get to 1,000,000 users. (they leverage facebook)
- **Rippln is at 560.000 subscribers in 37 days…how long will it take us to reach 1,000,000?**

Rippln Offers One of the Best Opportunities to Earn Rewards (Cash) just by doing what we already do on a daily basis. No selling, No website, No tech experience Needed.



Posted by David Morris at 04:18   No comments:

g+1 Recommend this on Google

Saturday, 11 May 2013

## Rippln Multi National Hangout

**Rippln International Hangout:** http://joinripplemania.com/international/
Google hangout with Rippln members from around the globe. Want to send someone who only knows how to speak Spanish, Potugese, German, Russian, Filipino, Mandarin (Chinese) or Polish, simply click the "share button" (top right hand of video), copy & paste the URL and send to your international prospect/s.

Remember, Rippln is spreading worldwide like a firestorm, and nothing can stop us now! As soon as Rippln has more hangouts from foreign countries, they will be posted on the Rippln Mania site above. Please check often.



Posted by David Morris at 05:12   No comments:

g+1 Recommend this on Google

## Rippln Facebook Groups

Please join these groups as soon as you can. Most of the latest info I need to advise my Rippln downline is done through visiting these Rippln facebook groups daily. This may seem extreme to some people, however in order to be a leader and have up to date valuable info and words of wisdom to share with others in your downline, it is a good idea to stay informed!

**Appify Everything:** http://www.facebook.com/groups/AppifyEverything/
(Please "like" this page)

**Rippln CEO Brian Underwood:** http://www.facebook.com/BrianUnderwoodOnline?group_id=0
(Please "like" this page)

**Rippln Corporate Page:** http://www.facebook.com/Rippln
(Please "like" this page)

**Rippln Instagram Feed:** http://www.facebook.com/Rippln/app_267091300008193
(Please "like" this page)



Posted by David Morris at 05:09   No comments:

g+1 Recommend this on Google

Newer Posts          Home          Older Posts

Subscribe to: Posts (Atom)

Case 3:13-cv-05974-RS   Document 4-19   Filed 12/27/13   Page 14 of 14

Simple template. Powered by Blogger.