# EXHIBIT S
# to KESSLER DECLARATION



