# EXHIBIT T
# to KESSLER DECLARATION

HOME     MY TOP TIER BUSINESS     INTERNET MARKETING SERVICES     USEFUL TOOLS     ABOUT ROB

## What Is Rippln All About? Rippln Communicator App for iPhone and Android Details

Posted In Uncategorized                                Tweet     Like  1

### How far is your Social reach?



How far is your reach?  How much value have you created?  How powerful are you in creating value?

Consider a still pond in the morning dawn… all you need is a little bitty pebble, you toss it into the pond, it starts very small at first, but give it a moment and the ripple starts to spread further and further.

Well, the same applies with our sphere of influence, our "social graph" as the Rippln Execs are calling it.  The truth is that our sphere really continues infinitely, and pretty soon it's so far removed that we can't actually see its effect, so to us it's not even real.  Conceptually we know that maybe we made an impact, but that's about it.

How many people are on Facebook or Twitter or are using Voxer or Pinterest every day because you experienced it and told them about it? How many people in the future you will influence to use something that grabs your attention?  And how far will that reach ultimately go?

How much of that multi-billion dollar value did **YOU** really create?

Today, the power of one to change many is not just a vague concept.  Rather, with technology we actually have the ability to track our influence precisely to the individual in real time, anywhere in the world.  And this transparency will become the new currency, which leads to exciting possibilities.  Imagine the power of being able to track exactly how much of Facebook you were personally responsible for creating, because of your influence.

What if, because you could track specifically exactly how many people you spoke to, how many people you invited, how many people you shared with, and how many they did, and how many they did… what if you just did what you have always done? You experience things, you download apps, and you engage with them, they make your life better, they make it more enjoyable, they make it more productive. And those you like, you just naturally share them with others.

Now add transparency, specific awareness and tracking of exactly what your social impact was.  What if you could earn reward points for making this impact, like frequent flyer miles, and you could redeem those points and get free stuff?  What if your social graph was tracked so you could be rewarded?  That's right - *what if the points could be accumulated and you could earn rewards of real value, because you helped to create real value?*

Make at least $1K in 30 Days or I'll pay you $500. Click here and find out more:



Check Out Kimball Roundy's New System:



If you are ready to automate your business, Pure Leverage is the way to go. Have a look:



That's what Rippln is all about.

**It's time to reward you for your social graph.  It's your turn. It's time to get in the game!**

## Need an Invitation?

Once you are ready to request your own invite, GO HERE.

Tags: android communication app, android communicator app, android communicator app platform, best mobile communicator, communicator app, communicator app platform, iphone communication app, iphone communicator app platform, iphone communicator app review, rippln andriod, rippln app, rippln app plaform, rippln communicator, rippln communicator app, rippln communicator app platform, rippln ipad, rippln iphone, rippln mobile app

## Facebook Comments:



Facebook social plugin

**Click here to gain instant access to 5 List Building Resources for FREE**

**Click here to gain instant access to 5 List Building Resources for FREE**

**Click here to gain instant access to 5 List Building Resources for FREE**

Build A Big List Fast With Daegan Smith!



Speed Up Online Video And Save TIME!

Case 3:13-cv-05974-RS   Document 4-21   Filed 12/27/13   Page 4 of 4

Copyright © 2011 - 2013 by Tepper Global Services Powered by OptimizePress