# EXHIBIT U to KESSLER DECLARATION




**Rippln News Blog**

| Home | Rippln Registration | Rippln Social Media | Rippln Apps | Contact |



## Social Media Network

The first question a lot of people ask when being invited to or told about Rippln is: How much money can you make? Although Rippln doesn't want to focus on the money-making aspect of their platform just yet, it is an important question that demands an answer.



One of the primary reasons for setting up this site and blog is to clarify what Rippln is trying to achieve. There's a lot of buzz words being thrown about like, "ripple effect", "incentivized sharing", "gamification" and "social graph". These are all well and good if you already understand what they mean and have been actively researching what Rippln is all about.

The Rippln team has been carefully avoiding the issue because we don't want to be tarred with the MLM brush that is what some people assume we are. Our founder wants to dispel that notion right now. He asks that you make up your own mind rather than jumping on a bandwagon. The Rippln platform is a unique technology that has never been done before. Get rich schemes don't work, but our platform does.

### A Value App
Rippln is not a get-rich-quick scheme. It is an innovative new platform in the markets of over 245 countries. It's a free-to-use app and offers a very addictive way of watching and tracking your ripple grow from one person to hundreds and thousands of people across the globe.



### There Is Money Online
Every day, millions of people play games on Facebook. We're sure you've had those annoying requests from friends asking you to come and play Farmville™ or Candy Crush™ with them. In games like these, you have the ability to instantly purchase in-game items like currency, perks, and new items that you could earn for free the hard way.

Case 3:13-cv-05974-RS   Document 4-22   Filed 12/27/13   Page 3 of 3

In addition, there are the advertisements you see on Facebook to the right of your news feed. They advertise items like watches, handbags, clothing, accessories, and games. Every time someone clicks on to one of these ads and purchases something, Facebook makes money.

This is the same model our social media network platform is based on, and it's where the buzz phrase, "incentivized sharing" comes from. With us, you will be able to share the latest app, service, or product and, every time someone buys an in-game purchase or signs up to a new service, you will get a slice of the action.



Home  |  Rippln Registration  |  Rippln Social Media  |  Rippln Apps  |  Contact

**Rippln**

info@ripplnregistration.com

Images provided by SuperMedia are for personal, non-commercial use.
Republication, retransmission, or reproduction of images provided by SuperMedia is strictly prohibited.

**Powered by SuperMedia, LLC**