# EXHIBIT V
# to KESSLER DECLARATION

MY SUBREDDITS ▾ | FRONT · ALL · RANDOM | PICS · FUNNY · GAMING · ASKREDDIT · WORLDNEWS · NEWS · VIDEOS · IAMA · TODAYILEARNED · WT | MORE »

reddit   **RIPPLERS**   comments   related         want to join? login or register in seconds | English

## ▲ Be careful - Rippln is not Ripple, it's a pyramid
▲ scam that's trading on Ripple's name (glancingweb.com)
4
▼ submitted 7 months ago by aenor

4 comments   share

all 4 comments

sorted by: best ▾

▲ [–] **aenor** [S] 2 points 7 months ago
▼ The three guys behind Rippln (note the "n" at the end) are Brian Underwood, Jonathan Budd and Russell Brunson and they all have previous as MLM scammers.

And goes without saying they arn't connected to Ripple and Open Coin but because the name is so similar, people are getting drawn into their web

permalink

    ▲ [–] **bitaccumulation** 2 points 7 months ago
    ▼ It's definitely a bad scene. I'm worried about the bad associations being formed as we speak between the name "Ripple" and these hucksters. Once those associations are cemented, then even if Rippln disappears the fallout will remain. "Have you heard about Ripple?" "Isn't that the app scam everyone was spamming me about 4 months ago?"

    Of course, if Opencoin plans on selling Ripple applications to businesses who then use the service with private branding in their companies, then it won't be as big a deal. But I still would think Opencoin would be on top of this, and according to David Schwartz, they are.

    permalink   parent

▲ [–] **Ripppz** 1 point 7 months ago
▼ Add another group Compumatrix to the mix. They are the ones promoting the MLM Google Plus Ripple giveaway group, they claim to also be with Ripple or have not dissociated themselves.

permalink

    ▲ [–] **Ripppz** 1 point 7 months ago
    ▼ I'm really not sure what the angle is behind these groups... MLM's may possibly big pump and dump and run? Regular users could make out if that is the case..lol If the price skyrockets due to the MLM edge we could sell high but we just need to watch the MLM as it falls.

    permalink   parent

---

this post was submitted on 10 May 2013

**4** points (64% like it)

9 upvotes   5 downvotes

shortlink:

remember me   reset password           login

**Submit a new link**

**Submit a new text post**

### ripplers

**subscribe**   922 readers

○ ~2 users here now

- **Frequently Asked Questions**
- **Official Ripple Labs Frequently Asked Questions**
- **More Ripple-related Answered Questions**

For users of the ripple p2p ecosystem, as well as previous versions (including but not limited to Ripple classic, Villages, multiswap or rivulet), as well as any forks. Also welcome are our cryptocurrency/bitcoin, social lending, freicoin, LETS & Silvio Gesell reading friends.

- Related Subreddits:
    - ripple - Ripple Labs' subreddit.
    - cryptocurrency
    - CryptoMarkets - For discussion of altcoin & xrp prices
    - social lending
    - bitcoin
    - economics

created by themusicgod1         a community for 2 years



discuss this ad on reddit

MODERATORS — message the moderators

themusicgod1
hubbabubbahobo
pimms4london

| about | help | tools | <3 |
|---|---|---|---|
| blog | wiki | mobile | **reddit gold** |
| about | FAQ | firefox extension | store |
| team | reddiquette | chrome extension | redditgifts |
| source code | rules | buttons | reddit.tv |
| advertise | contact us | widget | radio reddit |

Use of this site constitutes acceptance of our User Agreement and Privacy Policy. © 2013 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.

π