# EXHIBIT W to KESSLER DECLARATION

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2013-12-26 14:43:54 EST |
| Mark: | RIPPLN |

# RIPPLN

| | | | |
|---|---|---|---|
| US Serial Number: | 85758124 | Application Filing Date: | Oct. 18, 2012 |
| Register: | Principal | | |
| Mark Type: | Service Mark | | |
| Status: | An opposition after publication is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page. | | |
| Status Date: | May 24, 2013 | | |
| Publication Date: | Mar. 26, 2013 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | RIPPLN |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Related Properties Information

| | |
|---|---|
| International Registration Number: | 1160248 |
| International Application(s) /Registration(s) Based on this Property: | A0035319/1160248 |

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Network marketing, namely, business marketing services | | |
| International Class(es): | 035 - Primary Class | U.S Class(es): | 100, 101, 102 |
| Class Status: | ACTIVE | | |
| Basis: | 1(b) | | |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| Filed Use: | No | Currently Use: | No | Amended Use: | No |
| Filed ITU: | Yes | Currently ITU: | Yes | Amended ITU: | No |
| Filed 44D: | No | Currently 44D: | No | Amended 44D: | No |
| Filed 44E: | No | Currently 44E: | No | Amended 44E: | No |
| Filed 66A: | No | Currently 66A: | No | | |
| Filed No Basis: | No | Currently No Basis: | No | | |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| Owner Name: | LaCore Enterprises, LLC | | |
| Owner Address: | 901 Sam Rayburn Highway<br>Melissa, TEXAS 75454<br>UNITED STATES | | |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | TEXAS |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| Attorney Name: | Kelly J Kubasta | Docket Number: | 1852-0001 |

| | | | |
|---|---|---|---|
| **Attorney Primary Email Address:** | ipdocketing@kk-llp.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | KELLY J KUBASTA<br>KLEMCHUK KUBASTA LLP<br>8150 N CENTRAL EXPRESSWAY<br>10TH FLOOR<br>DALLAS, TEXAS 75206-1815<br>UNITED STATES |
| **Phone:** 2143676000 | **Fax:** 2147678389 |
| **Correspondent e-mail:** ipdocketing@kk-llp.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 24, 2013 | OPPOSITION INSTITUTED NO. 999999 | 210797 |
| Apr. 23, 2013 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Mar. 26, 2013 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 26, 2013 | PUBLISHED FOR OPPOSITION | |
| Mar. 06, 2013 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 15, 2013 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 15, 2013 | ASSIGNED TO EXAMINER | 69812 |
| Oct. 23, 2012 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Oct. 22, 2012 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | SHANAHAN, WILLIAM PATR | **Law Office Assigned:** | LAW OFFICE 116 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Feb. 19, 2013 |

## Proceedings

**Summary**

**Number of Proceedings:** 2

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91210797 | **Filing Date:** | May 24, 2013 |
| **Status:** | Pending | **Status Date:** | May 24, 2013 |
| **Interlocutory Attorney:** | ELIZABETH A DUNN | | |

**Defendant**

| | |
|---|---|
| **Name:** | LaCore Enterprises, LLC |
| **Correspondent Address:** | KELLY J KUBASTA<br>KLEMCHUK KUBASTA LLP<br>8150 N CENTRAL EXPRESSWAY, 10TH FLOOR<br>DALLAS TX , 75206-1815<br>UNITED STATES |
| **Correspondent e-mail:** | ipdocketing@kk-llp.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| RIPPLN | Opposition Pending | 85758124 | |
| RIPPLN | Opposition Pending | 85758099 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | OpenCoin, Inc. |
| **Correspondent Address:** | ASHLEY G KESSLER<br>FELDMAN GALE PA<br>2 S BISCAYNE BLVD<br>MIAMI FL , 33131 |

| | UNITED STATES | | | |
|---|---|---|---|---|
| Correspondent e-mail: | RWeaver@FeldmanGale.com , Trademarks@FeldmanGale.com | | | |

| Associated marks | | | | |
|---|---|---|---|---|
| **Mark** | | **Application Status** | **Serial Number** | **Registration Number** |
| RIPPLE COMMUNICATIONS | | Registered | 85746224 | 4453376 |
| RIPPLE COMMUNICATIONS | | Registered | 85746235 | 4390999 |
| RIPPLE | | Registered | 85774758 | 4453543 |

| Prosecution History | | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 1 | FILED AND FEE | May 24, 2013 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 24, 2013 | Jul 03, 2013 |
| 3 | PENDING, INSTITUTED | May 24, 2013 | |
| 4 | ANSWER | Jul 02, 2013 | |
| 5 | STIP FOR EXT | Dec 23, 2013 | |
| 6 | EXTENSION OF TIME GRANTED | Dec 23, 2013 | |

### Type of Proceeding: Extension of Time

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 85758124 | **Filing Date:** | Apr 23, 2013 |
| **Status:** | Terminated | **Status Date:** | May 25, 2013 |
| **Interlocutory Attorney:** | | | |

#### Defendant

| | |
|---|---|
| **Name:** | LaCore Enterprises, LLC |
| **Correspondent Address:** | KELLY J KUBASTA<br>KLEMCHUK KUBASTA LLP<br>8150 N CENTRAL EXPY FL 10<br>DALLAS TX , 75206-1815<br>UNITED STATES |

| Associated marks | | | |
|---|---|---|---|
| **Mark** | **Application Status** | **Serial Number** | **Registration Number** |
| RIPPLN | Opposition Pending | 85758124 | |

#### Potential Opposer(s)

| | |
|---|---|
| **Name:** | OpenCoin, Inc. |
| **Correspondent Address:** | Ashley G. Kessler / Alejandro Fernandez<br>Feldman Gale, P.A.<br>2 S. Biscayne Blvd.<br>Miami FL , 33131<br>UNITED STATES |
| Correspondent e-mail: | Trademarks@FeldmanGale.com , AKessler@FeldmanGale.com , AFernandez@FeldmanGale.com |

| Associated marks | | | |
|---|---|---|---|
| **Mark** | **Application Status** | **Serial Number** | **Registration Number** |

| Prosecution History | | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | Apr 23, 2013 | |
| 2 | EXTENSION OF TIME GRANTED | Apr 23, 2013 | |