# EXHIBIT X
# to KESSLER DECLARATION

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2013-12-26 14:45:42 EST |
| Mark: | RIPPLN |

# RIPPLN

| | | | |
|---|---|---|---|
| US Serial Number: | 85758099 | Application Filing Date: | Oct. 18, 2012 |
| Register: | Principal | | |
| Mark Type: | Service Mark | | |
| Status: | An opposition after publication is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page. | | |
| Status Date: | May 24, 2013 | | |
| Publication Date: | Apr. 02, 2013 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | RIPPLN |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Related Properties Information

| | |
|---|---|
| International Registration Number: | 1167915 |
| International Application(s) /Registration(s) Based on this Property: | A0035317/1167915 |

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Computer services, namely, hosting electronic facilities for others for organizing and conducting meetings, events, games, challenges, and interactive discussions via the Internet; Computer services, namely, creating an on-line community for registered users to organize groups, events, participate in discussions, share information and resources, and engage in social, recreational, business and community networking; Computer services in the nature of customized web pages featuring user-defined information, personal profiles, audio, video and images; Computer services, namely, creating an on-line community for registered users to participate in discussions, get feedback from their peers, form virtual communities, and engage in social networking featuring social media including photos, audio and video content on general topics of social interest | | |
| International Class(es): | 042 - Primary Class | U.S Class(es): | 100, 101 |
| Class Status: | ACTIVE | | |
| Basis: | 1(b) | | |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| Filed Use: | No | Currently Use: | No | Amended Use: | No |
| Filed ITU: | Yes | Currently ITU: | Yes | Amended ITU: | No |
| Filed 44D: | No | Currently 44D: | No | Amended 44D: | No |
| Filed 44E: | No | Currently 44E: | No | Amended 44E: | No |
| Filed 66A: | No | Currently 66A: | No | | |
| Filed No Basis: | No | Currently No Basis: | No | | |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| Owner Name: | LaCore Enterprises, LLC | | |
| Owner Address: | 901 Sam Rayburn Highway<br>Melissa, TEXAS 75454<br>UNITED STATES | | |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | TEXAS |

## Attorney/Correspondence Information

| | Attorney of Record | | |
|---|---|---|---|
| Attorney Name: | Kelly J Kubasta | Docket Number: | 1852-0002 |
| Attorney Primary Email Address: | ipdocketing@kk-llp.com | Attorney Email Authorized: | Yes |

| | Correspondent | | |
|---|---|---|---|
| Correspondent Name/Address: | KELLY J KUBASTA<br>KLEMCHUK KUBASTA LLP<br>8150 N CENTRAL EXPRESSWAY<br>10TH FLOOR<br>DALLAS, TEXAS 75206-1815<br>UNITED STATES | | |
| Phone: | 2143676000 | Fax: | 2147648389 |
| Correspondent e-mail: | ipdocketing@kk-llp.com | Correspondent e-mail Authorized: | Yes |

| Domestic Representative - Not Found |
|---|

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 24, 2013 | OPPOSITION INSTITUTED NO. 999999 | 210797 |
| Apr. 23, 2013 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Apr. 02, 2013 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 02, 2013 | PUBLISHED FOR OPPOSITION | |
| Mar. 13, 2013 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 24, 2013 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 15, 2013 | ASSIGNED TO EXAMINER | 69812 |
| Oct. 23, 2012 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Oct. 22, 2012 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

| | TM Staff Information | | |
|---|---|---|---|
| TM Attorney: | SHANAHAN, WILLIAM PATR | Law Office Assigned: | LAW OFFICE 116 |

| | File Location | | |
|---|---|---|---|
| Current Location: | PUBLICATION AND ISSUE SECTION | Date in Location: | Feb. 25, 2013 |

## Proceedings

**Summary**

Number of Proceedings: 2

| Type of Proceeding: Opposition | | | |
|---|---|---|---|
| Proceeding Number: | 91210797 | Filing Date: | May 24, 2013 |
| Status: | Pending | Status Date: | May 24, 2013 |
| Interlocutory Attorney: | ELIZABETH A DUNN | | |

| | Defendant | | |
|---|---|---|---|
| Name: | LaCore Enterprises, LLC | | |
| Correspondent Address: | KELLY J KUBASTA<br>KLEMCHUK KUBASTA LLP<br>8150 N CENTRAL EXPRESSWAY, 10TH FLOOR<br>DALLAS TX , 75206-1815<br>UNITED STATES | | |
| Correspondent e-mail: | ipdocketing@kk-llp.com | | |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| RIPPLN | Opposition Pending | 85758124 | |
| RIPPLN | Opposition Pending | 85758099 | |

| Plaintiff(s) |
|---|

| | |
|---|---|
| **Name:** | OpenCoin, Inc. |
| **Correspondent Address:** | ASHLEY G KESSLER<br>FELDMAN GALE PA<br>2 S BISCAYNE BLVD<br>MIAMI FL , 33131<br>UNITED STATES |
| **Correspondent e-mail:** | RWeaver@FeldmanGale.com , Trademarks@FeldmanGale.com |

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| RIPPLE COMMUNICATIONS | Registered | 85746224 | 4453376 |
| RIPPLE COMMUNICATIONS | Registered | 85746235 | 4390999 |
| RIPPLE | Registered | 85774758 | 4453543 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | May 24, 2013 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 24, 2013 | Jul 03, 2013 |
| 3 | PENDING, INSTITUTED | May 24, 2013 | |
| 4 | ANSWER | Jul 02, 2013 | |
| 5 | STIP FOR EXT | Dec 23, 2013 | |
| 6 | EXTENSION OF TIME GRANTED | Dec 23, 2013 | |

### Type of Proceeding: Extension of Time

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 85758099 | **Filing Date:** | Apr 23, 2013 |
| **Status:** | Terminated | **Status Date:** | Jun 01, 2013 |
| **Interlocutory Attorney:** | | | |

### Defendant

| | |
|---|---|
| **Name:** | LaCore Enterprises, LLC |
| **Correspondent Address:** | KELLY J KUBASTA<br>KLEMCHUK KUBASTA LLP<br>8150 N CENTRAL EXPY FL 10<br>DALLAS TX , 75206-1815<br>UNITED STATES |

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| RIPPLN | Opposition Pending | 85758099 | |

### Potential Opposer(s)

| | |
|---|---|
| **Name:** | OpenCoin, Inc. |
| **Correspondent Address:** | Ashley G. Kessler / Alejandro Fernandez<br>Feldman Gale, P.A.<br>2 S. Biscayne Blvd.<br>Miami FL , 33131<br>UNITED STATES |
| **Correspondent e-mail:** | Trademarks@FeldmanGale.com , AKessler@FeldmanGale.com , AFernandez@FeldmanGale.com |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | Apr 23, 2013 | |
| 2 | EXTENSION OF TIME GRANTED | Apr 23, 2013 | |