Jennifer Seraphine (Cal Bar. No. 245463)
(seraphine@turnerboyd.com)
TURNER BOYD LLP
2570 W. El Camino Real
Suite 380
Mountain View, California 94040
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

Todd M. Malynn (Cal. Bar No. 181595)
(tmalynn@feldmangale.com)
FELDMAN GALE, P.A.
Promenade West
880 W 1st Street, #315
Los Angeles, California 90012
Telephone: (213) 625-5992
Facsimile: (213) 625-5993

*Attorneys for Plaintiff Ripple Labs, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RIPPLE LABS, INC., F/K/A OPENCOIN, INC., A CALIFORNIA CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> LACORE ENTERPRISES, LLC, A TEXAS LIMITED LIABILITY COMPANY; RIPPLN, INC., A TEXAS CORPORATION; AND TERRY LACORE, AN INDIVIDUAL, <br><br> Defendants. | Case No. 3:13-cv-5974-KAW <br><br> **DECLARATION OF CHRISTIAN LARSEN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Christian Larsen, being over 21 years of age and having personal knowledge of the following facts, declare as follows:

1. I am the CEO and founder of Ripple Labs, Inc. ("Ripple Labs"), formerly known as OpenCoin, Inc. For many years now, Ripple Labs and its predecessors have developed, maintained, and operated a hugely successful currency exchange service, which provides on-line, real-time, currency trading and cash management under the trademark RIPPLE.

2. Ripple Labs facilitates the transfers of electronic cash equivalents and provides virtual currency exchange transaction services for transferrable electronic cash equivalent units having a specified cash value.

3. Under its RIPPLE Trademark, Ripple Labs offers services whereby individuals can create, credit, and disburse money to people within a peer-to-peer social network.

4. This service acts as an alternative to the current currency exchange services presently in existence by offering a truly decentralized exchange service and also providing a platform for individuals to grant credit to one another.

5. Essentially, the credit created under the RIPPLE Trademark has become a new form of digital currency, similar to Bitcoin.

6. Since its inception, Ripple Labs and its predecessors have continuously used and extensively promoted the RIPPLE Trademark throughout the United States and elsewhere.

7. Ripple Labs has expended a tremendous amount of time, effort and money to continuously and widely advertise and promote the RIPPLE brand of currency exchange services through, *inter alia*, Bloomberg, various trade shows, Ripple Labs' website, third-party websites, and through social media outlets such as Facebook.

8. Ripple Labs has given away hundreds of millions of dollars (approximately $40,000/day) in XRP, Ripple's form of digital currency.

9. Ripple Labs has secured itself as the number one team on the Community Computing Grid, ahead of IBM and other industry goliaths.

DECLARATION OF CHRISTIAN LARSEN                              CASE NO. 3:13-cv-5974-KAW

10. The RIPPLE Trademark has become widely recognized among the consuming public of the United States as a trusted service offered by Ripple Labs.

11. Ripple Labs has continuously geographically expanded the goods and services it offers under its RIPPLE Trademark abroad. For example, this expansion has grown to countries including: United Kingdom, China, France, Australia, Benelux, Czech Republic, Denmark, Germany, Greece, Italy, Poland, Spain, Sweden, Colombia, South Korea, Canada, India, Russia, Japan, Mexico, Slovenia, Brazil and, of course, throughout the United States.

12. Ripple Labs now owns two International registered trademarks in addition to its United States registered trademark(s), as well as 20+ pending International applications.

13. Ripple Labs also owns all rights, title and interest in and to the URL domain names, http://www.ripple.com, http://www.ripple-project.org, and http://www.ripplepay.com (collectively, the "RIPPLE Domain Names") and all goodwill associated thereto.

14. The RIPPLE Trademark has acquired additional goodwill through Ripple Labs' continuous and extensive use of the RIPPLE Domain Names.

15. Long after Ripple Labs established its rights and goodwill in connection with the RIPPLE Trademark, Defendants LaCore Enterprises, LLC ("LaCore Enterprises"), Rippln, Inc. ("Rippln"), and Terry LaCore ("Mr. LaCore") (collectively, "Defendants") commenced use of the identical mark RIPPLE, and also adopted the confusingly similar mark RIPPLN in connection with their services.

16. Sometime in March 2013, prior to the official commercial launch of the RIPPLN Websites, Rippln's Chief Marketing Officer attempted to add me as a "friend" on LinkedIn.

17. More recently, since the Defendants have entered the marketplace, I have personally experienced a number of instances of actual confusion by consumers.

18. For example, earlier this year I was approached by an acquaintance at my son's soccer game who received an invitation to join the Rippln website, and was under the impression that Ripple Labs and I were associated with the social networking scheme. The acquaintance

DECLARATION OF CHRISTIAN LARSEN                                     CASE NO. 3:13-cv-5974-KAW

indicated to me that he signed up for the Rippln website, solely because he thought Ripple Labs and I were associated with it.

19. On April 26, 2013, users communicating on a Bitcoin Talk Forum, available at https://bitcointalk.org/index.php?topic=188394.0, were similarly under the impression that RIPPLE and RIPPLN were associated with one another, and were under the false impression that users needed an invitation to take advantage of RIPPLE services, as they did with the RIPPLN service.  It wasn't until a Ripple Labs employee corrected the users, that they realized the two services were unaffiliated.  A true and correct copy of the forum discussion is attached hereto as Exhibit A.

20. On May 10, 2013, Founder and CEO of ZipZap, Inc., and a business colleague of mine, Alan Safahi, contacted me through email inquiring as to whether I was familiar with the website www.startmyripple.com, stating that his clients were confused about the relationship between the parties.

21. Shortly thereafter, on May 24, 2013, Ripple Labs Inc. (then known as OpenCoin, Inc.) filed a Notice of Opposition with the United States Patent and Trademark Office, requesting that the Trademark Trial and Appeal Board grant its Opposition and deny LaCore's Intent to Use applications to register the mark RIPPLN, Application Serial Nos. 85/758,124 and 85/758,099 on the grounds that Section 2(d) of the Trademark Act bars registration of the LaCore's marks, and that Ripple Labs will be damaged by the registration of RIPPLN.

22. On December 24, 2013, Ripple Labs received United States federal trademark registrations for the marks "RIPPLE" and "RIPPLE COMMUNICATIONS."  Immediately after receiving notice of a grant of federal trademark protection over its marks on December 24, 2013, Ripple Labs now brings the instant action and Motion for Preliminary Injunction.

23. If Defendants are permitted to continue their illegal practices, Ripple Labs will continue to suffer substantial damage to its reputation as well as losses to its revenue and erosion of its customer base.

DECLARATION OF CHRISTIAN LARSEN                                             CASE NO. 3:13-cv-5974-KAW

1  I declare under penalty of perjury that the foregoing statements are truthful and accurate
2  to the best of my knowledge. Executed this 27 day of December, 2013.

_____
CHRISTIAN LARSEN

28  DECLARATION OF CHRISTOPHER LARSEN              CASE NO. _____