# EXHIBIT A
# to LARSEN
# DECLARATION



# Bitcoin Forum

simple machines forum

September 10, 2013, 07:58:12 PM

Welcome, **Guest**. Please login or register.

Forever Login

Login with username, password and session length

**News**: Bitcoin-Qt 0.8.4 has been released. Download.

Search

HOME HELP SEARCH DONATE LOGIN REGISTER

Bitcoin Forum > Other > Newbies (Moderators: SomeoneWeird, MiningBuddy, tysat) > **Selling Ripples at Bitmit!**

« previous topic next topic »

Pages: [**1**] 2 3 All

print

Author | Topic: Selling Ripples at Bitmit! (Read 556 times)

**nastygirl**
Jr. Member

Activity: 14

Ignore

**Selling Ripples at Bitmit!**
April 26, 2013, 03:00:07 PM #1

Hi all, I am selling 2,500 XRP Ripples for 0.1 BitCoins "Auction" or "0.2 BTCs Buy Now". Escrow system in place so no scamming possible!

Head over to: https://www.bitmit.net/en/item/29024-2500-xrp-ripples-revolution

Peace!

**Advertisement: Private Internet Access™ - No logs, Unlimited Bandwidth, PC Magazine's Editor's Choice**



**Gyrsur**
Sr. Member

Activity: 378

Bitcoin Foundati
Lifetime Memb

realize reality

Ignore

**Re: Selling Ripples at Bitmit!**
April 26, 2013, 03:03:50 PM #2

LOL!

https://www.bitmit.net/en/item/29038-100k-ripple-xrp



**nastygirl**
Jr. Member

Activity: 14

Ignore

**Re: Selling Ripples at Bitmit!**
April 26, 2013, 04:31:18 PM #3

That's great Grysur! I sell in small quantities, my prices beat current prices for smaller quantities.

**bitchess**
Member

Activity: 42

Ignore

**Re: Selling Ripples at Bitmit!**
April 26, 2013, 04:34:37 PM #4

**Quote from: nastygirl on April 26, 2013, 03:00:07 PM**

> Hi all, I am selling 2,500 XRP Ripples for 0.1 BitCoins "Auction" or "0.2 BTCs Buy Now". Escrow system in place so no scamming possible!
>
> Head over to: https://www.bitmit.net/en/item/29024-2500-xrp-ripples-revolution
>
> Peace!

Yes agree with the other poster, that is nasty. I'm not optimistic about Ripples based on lack of user base and the fact the market conversion is that Ripples are 33000 times less valuable than bitcoins.

**Gyrsur**
Sr. Member

Activity: 378

Bitcoin Foundati Lifetime Memb

realize reality

Ignore

**Re: Selling Ripples at Bitmit!**
April 26, 2013, 04:37:53 PM #5

**Quote from: nastygirl on April 26, 2013, 04:31:18 PM**

> That's great Grysur! I sell in small quantities, my prices beat current prices for smaller quantities.

why the hell people think often there is a amount rebate in currency exchange trading? there is the same price for small and large quantities!

**rival4653**
Jr. Member

Activity: 14

**Re: Selling Ripples at Bitmit!**
April 26, 2013, 04:55:38 PM #6

Is anybody getting on the ripple train? ie the start my ripple thing. I'm on but cant get people into it. everyone thinks its spam.

Ignore

**JoelKatz**
Hero Member



**Re: Selling Ripples at Bitmit!**
April 26, 2013, 04:59:44 PM #7

Activity: 812

> **Quote from: Gyrsur on April 26, 2013, 04:37:53 PM**
>
> > **Quote from: nastygirl on April 26, 2013, 04:31:18 PM**
> >
> > That's great Grysur! I sell in small quantities, my prices beat current prices for smaller quantities.
>
> why the hell people think often there is a amount rebate in currency exchange trading? there is the same price for small and large quantities!

A metaphor is like a simile.

There are fixed overheads involved in processing a transaction. A small transaction has almost the same overhead as a large transaction. Thus it often makes sense to give a better rate on larger transactions. This is especially true for traders who themselves buy in bulk to get lower fees up the chain. If you do a big sale, that may be enough for you to do a large purchase and book a profit immediately. If not, you may have to sit on the currency you got paid until you can justify a trade yourself, and that means you take more risk.



Ignore

I am an employee of OpenCoin, the company behind the Ripple payment network.
My views are my own and don't necessarily reflect the views of any other person or organization, dead or alive, real or fictional.

**agaborjani**
Jr. Member



**Re: Selling Ripples at Bitmit!**
April 26, 2013, 05:01:02 PM #8

Ripple is still in beta, isnt it? Its a surprise that it already has a nonzero value.

Activity: 5



Ignore

**agaborjani**
Jr. Member



**Re: Selling Ripples at Bitmit!**
April 26, 2013, 05:02:59 PM #9

I've heard that big CA investors are backing it now - is there a chance that the Bitcoin rally will be repeated?

Activity: 5



Ignore

**rival4653**
Jr. Member



**Re: Selling Ripples at Bitmit!**
April 26, 2013, 05:04:25 PM #10

Speculation purely, but if it gets adopted it could be a good system

Activity: 14





Ignore

**agaborjani**
Jr. Member

Activity: 5

Ignore

**Re: Selling Ripples at Bitmit!**
April 26, 2013, 05:06:44 PM #11

Well, thats exactly how BitCoin has started

**rival4653**
Jr. Member

Activity: 14

Ignore

**Re: Selling Ripples at Bitmit!**
April 26, 2013, 05:10:00 PM #12

Are you a part of ripple yet? Do you want to join mine?

**rival4653**
Jr. Member

Activity: 14

Ignore

**Re: Selling Ripples at Bitmit!**
April 26, 2013, 05:30:04 PM #13

Could be, couldn't be who knows. The way I look at it, is it's free to join and pursue, so why not? Do you want an invite code?

**JoelKatz**
Hero Member

Activity: 812



A metaphor is like a simile.




Ignore

**Re: Selling Ripples at Bitmit!**
April 26, 2013, 05:33:18 PM #14

**Quote from: syn999 on April 26, 2013, 05:20:15 PM**
> do you guys really think ripple going to be big? There is a company behind this and thats unlike bitcoin, is it?

There are lots of companies behind Bitcoin. Mt Gox, for example, has a huge incentive to see Bitcoin adoption grow.

**Quote from: rival4653 on April 26, 2013, 05:30:04 PM**
> Could be, couldn't be who knows. The way I look at it, is it's free to join and pursue, so why not? Do you want an invite code?

What?!

I am an employee of OpenCoin, the company behind the Ripple payment network.
My views are my own and don't necessarily reflect the views of any other person or organization, dead or alive, real or fictional.

**dclark247**
Jr. Member

**Re: Selling Ripples at Bitmit!**
April 26, 2013, 05:34:27 PM #15

I would Like an invite code if possible, forgive me I really am a newbie, I have set up a wallet and it says get some one to send 300. where do I go from

Activity: 3

here?



Ignore

**JoelKatz**
Hero Member

**Re: Selling Ripples at Bitmit!**
April 26, 2013, 05:37:22 PM

#16



Activity: 812

**Quote from: dclark247 on April 26, 2013, 05:34:27 PM**

> I would Like an invite code if possible, forgive me I really am a newbie, I have set up a wallet and it says get some one to send 300. where do I go from here?



There are no invite codes. People are confusing Ripple with RippLn, some kind of MLM thing.
http://www.glancingweb.com/1894/underneath-the-slimy-ripples-of-rippln

A metaphor is like a simile.

Our lawyers are looking at defending our trademark.

 

Ignore

I am an employee of OpenCoin, the company behind the Ripple payment network.
My views are my own and don't necessarily reflect the views of any other person or organization, dead or alive, real or fictional.

**rival4653**
Jr. Member

**Re: Selling Ripples at Bitmit!**
April 26, 2013, 05:39:24 PM

#17



Its my understanding that rippln will run with ripples

Activity: 14



Ignore

**JoelKatz**
Hero Member

**Re: Selling Ripples at Bitmit!**
April 26, 2013, 05:40:18 PM

#18



Activity: 812

**Quote from: rival4653 on April 26, 2013, 05:39:24 PM**

> Its my understanding that rippln will run with ripples



Do you have any cite to an official source that says that? If they are planning to do that, having proof would be tremendously helpful to us. I think by "Ripples" they just mean your MLM downline or "team". I believe the names are just an unfortunate coincidence.

A metaphor is like a simile.

 

Ignore

I am an employee of OpenCoin, the company behind the Ripple payment network.
My views are my own and don't necessarily reflect the views of any other person or organization, dead or alive, real or fictional.

**rival4653**
Jr. Member

**Re: Selling Ripples at Bitmit!**
April 26, 2013, 05:45:30 PM

#19





Let me look into some more. They've made it a bit ambiguous to market this thing.

Activity: 14

Ignore

**dclark247**
Jr. Member

Activity: 3

Ignore

**Re: Selling Ripples at Bitmit!**
April 26, 2013, 05:47:04 PM
#20

Joel If I am a new user with a new wallet how do I get my hands on my first XRP?

Pages: [**1**] 2 3 All

print

Bitcoin Forum > Other > Newbies (Moderators: SomeoneWeird, MiningBuddy, tysat) > **Selling Ripples at Bitmit!**

« previous topic
next topic »

Jump to: => Newbies go

Sponsored by Private Internet Access, a Bitcoin-accepting VPN.

Powered by SMF 1.1.18 | SMF © 2006-2009, Simple Machines