# EXHIBIT B
# to LARSEN DECLARATION

| | |
|---|---|
| **From:** | Alan Safahi <alan.safahi@ezipzap.com> |
| **Sent:** | Friday, May 10, 2013 9:46 AM |
| **To:** | Chris Larsen |
| **Cc:** | Alan Safahi; Ashley G. Kessler |
| **Subject:** | Re: Rippln |

Thought so.  I had a client ask me so I will let the know.

Alan Safahi
M: +714-906-2548
Skype: Alan.Safahi
Twitter: @alansafahi


On May 10, 2013, at 9:41 AM, Chris Larsen <chris@ripple.com> wrote:

> Its not us - we are fighting their use of the name.
> Thanks Alan
>
> CHRIS LARSEN | CEO
> OpenCoin, INC.
> chris@ripple.com | www.ripple.com
>
>
>
>
>
> On Fri, May 10, 2013 at 8:43 AM, Alan Safahi <alan.safahi@zipzapinc.com> wrote:
>> Have you ever heard of these guys?
>>
>> http://www.startmyripple.com/
>>
>> Alan
>>
>> --
>>
>> Alan Safahi
>>
>> Founder, CEO
>>
>>
>>
>> ZipZap, Inc.
>>
>> 182 Howard Street, # 207, San Francisco, CA  94105
>>
>>

1

\>\>
\>\> P:  +1 415.408.7507 |  M: +1 714.906.2548 | Skype: alan.safahi
\>\>
\>\> E: alan.safahi@zipzapinc.com
\>\>
\>\>
\>\>
\>\> Follow us: Web | Twitter | Facebook

2