Jennifer Seraphine (Cal Bar. No. 245463)
(seraphine@turnerboyd.com)
TURNER BOYD LLP
2570 W. El Camino Real
Suite 380
Mountain View, California 94040
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

Todd M. Malynn (Cal. Bar No. 181595)
(tmalynn@feldmangale.com)
FELDMAN GALE, P.A.
Promenade West
880 W 1st Street, #315
Los Angeles, California 90012
Telephone: (213) 625-5992
Facsimile: (213) 625-5993

*Attorneys for Plaintiff Ripple Labs, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RIPPLE LABS, INC., F/K/A OPENCOIN, INC., A CALIFORNIA CORPORATION,<br><br>        Plaintiff,<br><br>    vs.<br><br>LACORE ENTERPRISES, LLC, A TEXAS LIMITED LIABILITY COMPANY; RIPPLN, INC., A TEXAS CORPORATION; AND TERRY LACORE, AN INDIVIDUAL,<br><br>        Defendants. | Case No. 13-cv-5974<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>**DEMAND FOR JURY TRIAL** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Respectfully submitted,

By: _/s/ Jennifer Seraphine_____
    Jennifer Seraphine (Cal Bar. No. 245463)
    (seraphine@turnerboyd.com)
    TURNER BOYD LLP
    2570 W. El Camino Real
    Suite 380
    Mountain View, California 94040
    Telephone: (650) 521-5930
    Facsimile: (650) 521-5931

    Todd M. Malynn (Cal. Bar No. 181595)
    (tmalynn@feldmangale.com)
    FELDMAN GALE, P.A.
    Promenade West
    880 W 1st Street, #315
    Los Angeles, California 90012
    Telephone: (213) 625-5992
    Facsimile: (213) 625-5993

    *Attorneys for Plaintiff Ripple Labs, Inc.*