IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIPPLE LABS, INC., | No. C 13-05974 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| LACORE ENTERPRISES, LLC, ET AL, | |
| Defendant. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

A Case Management Conference in the instant case shall be held on **April 3, 2014 at 10:00 a.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.  *See* Standing Order Re: Initial Case Management (*available at* http://www.cand.uscourts.gov/pages/424).  Parties or counsel may appear personally or file a request to appear by telephone.  If any party files such a request, the Case Management Conference shall be moved to **11:00 a.m.**  All parties shall appear telephonically and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

Dated: 1/2/14

For the Court,
RICHARD W. WIEKING, Clerk

By: Corinne Lew
Courtroom Deputy Clerk