Jennifer Seraphine (Cal Bar. No. 245463)
(seraphine@turnerboyd.com)
TURNER BOYD LLP
2570 W. El Camino Real
Suite 380
Mountain View, California 94040
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

Todd M. Malynn (Cal. Bar No. 181595)
(tmalynn@feldmangale.com)
FELDMAN GALE, P.A.
Promenade West
880 W 1st Street, #315
Los Angeles, California 90012
Telephone: (213) 625-5992
Facsimile: (213) 625-5993

*Attorneys for Plaintiff Ripple Labs, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RIPPLE LABS, INC., F/K/A OPENCOIN, INC., A CALIFORNIA CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> LACORE ENTERPRISES, LLC, A TEXAS LIMITED LIABILITY COMPANY; RIPPLN, INC., A TEXAS CORPORATION; AND TERRY LACORE, AN INDIVIDUAL, <br><br> Defendants. | Case No. 13-cv-5974 <br><br> **PLAINTIFF RIPPLE LABS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil Local Rule 3-16 and Federal Rule of Civil Procedure 7.1, the undersigned certifies under Civil Local Rule 3-16(b)(1) that as of this date the known interested entities or persons other than the plaintiff Ripple Labs, Inc. f/k/a OpenCoin, Inc. are Christian Larsen, Jed McCaleb, Jesse Powell and Roger Ver.

Respectfully submitted,

By: _/s/ Jennifer Seraphine_____
Jennifer Seraphine (Cal Bar. No. 245463)
(seraphine@turnerboyd.com)
TURNER BOYD LLP
2570 W. El Camino Real
Suite 380
Mountain View, California 94040
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

Todd M. Malynn (Cal. Bar No. 181595)
(tmalynn@feldmangale.com)
FELDMAN GALE, P.A.
Promenade West
880 W 1st Street, #315
Los Angeles, California 90012
Telephone: (213) 625-5992
Facsimile: (213) 625-5993

*Attorneys for Plaintiff Ripple Labs, Inc.*