Jennifer Seraphine (Cal Bar. No. 245463)
(seraphine@turnerboyd.com)
TURNER BOYD LLP
2570 W. El Camino Real
Suite 380
Mountain View, California 94040
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

Todd M. Malynn (Cal. Bar No. 181595)
(tmalynn@feldmangale.com)
FELDMAN GALE, P.A.
Promenade West
880 W 1st Street, #315
Los Angeles, California 90012
Telephone: (213) 625-5992
Facsimile: (213) 625-5993

*Attorneys for Plaintiff Ripple Labs, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIPPLE LABS, INC.,<br>F/K/A OPENCOIN, INC.,<br>A CALIFORNIA CORPORATION,<br><br>        Plaintiff,<br><br>        vs.<br><br>LACORE ENTERPRISES, LLC,<br>A TEXAS LIMITED LIABILITY<br>COMPANY;<br>RIPPLN, INC., A TEXAS<br>CORPORATION; AND<br>TERRY LACORE, AN INDIVIDUAL,<br><br>        Defendants. | Case No. 3:13-cv-5974-RS-KAW<br><br>**AMENDED NOTICE OF HEARING FOR PLAINTIFF RIPPLE LABS, INC.'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Hearing Date:  February 6, 2013, 1:30 p.m.**<br>**Courtroom:     3, 17th Floor**<br>**Judge:         Hon. Richard Seeborg** |

## AMENDED NOTICE OF HEARING

PLEASE TAKE NOTICE that on February 6, 2013, at 1:30 p.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Richard Seeborg, San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiff Ripple Labs, Inc. f/k/a OpenCoin, Inc. ("Ripple Labs") will move and hereby moves this Court for a preliminary injunction enjoining Defendants LaCore Enterprises, LLC ("LaCore Enterprises"), Rippln, Inc. ("Rippln"), and Terry LaCore ("Mr. LaCore") (collectively, "Defendants") from using Ripple Labs' RIPPLE Trademark or any confusingly similar variation thereof in connection with Defendants' on-line business networking services.  Ripple Labs' Motion for Preliminary Injunction was filed December 27, 2013 at Docket Entry 4.

Ripple Labs' motion is supported by the accompanying Memorandum of Points and Authorities; Plaintiff's Complaint; the Declarations of Christian Larsen and Ashley Kessler and all exhibits thereto; any reply memorandum and reply Declarations that Plaintiff may file; any testimony, evidence, or oral argument that Plaintiff may present at the hearing; and any other materials that this Court may further consider.

Respectfully submitted,

By:  ___/s/ Jennifer Seraphine_____
Jennifer Seraphine (Cal Bar. No. 245463)
(seraphine@turnerboyd.com)
TURNER BOYD LLP
2570 W. El Camino Real, Suite 380
Mountain View, California 94040
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

Todd M. Malynn (Cal. Bar No. 181595)
(tmalynn@feldmangale.com)
FELDMAN GALE, P.A.
Promenade West
880 W 1st Street, #315
Los Angeles, California 90012
Telephone: (213) 625-5992
Facsimile: (213) 625-5993

*Attorneys for Plaintiff Ripple Labs, Inc.*