1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KRONENBERGER ROSENFELD, LLP**

Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:  (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**RIPPLE LABS, INC., f/k/a OpenCoin, Inc.**, a California corporation,

          Plaintiff,

      v.

**LACORE ENTERPRISES, LLC**, a Texas limited liability company; **RIPPLN, INC.**, a Texas corporation; and **TERRY LACORE**, an individual,

          Defendants.

Case No. 3:13-cv-05974-RS

**DEFENDANTS' NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT AND BRIEFING AND HEARING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Case No. 3:13-cv-05974-RS

**MTN. TO EXTEND DEADLINE TO RESPOND TO COMPLAINT & TO BRIEF PRELM. INJUNCTION**

1  TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that pursuant to Northern District of California Civil Local

3  Rule 6-3 ("Local Rule 6-3"), Defendants LaCore Enterprises, LLC, Rippln, Inc., and Terry

4  LaCore (collectively, "Defendants") hereby move the Court for an order extending the

5  time for Defendants to respond to the complaint and extending the briefing and hearing

6  schedule for Plaintiff's motion for preliminary injunction.

7      The requested extension will provide Defendants with the time necessary to

8  investigate this matter, to respond to the complaint, and to brief their opposition to the

9  motion for preliminary injunction.  Plaintiff does not oppose this motion.

10     This motion is based on this notice of motion and motion, the memorandum of

11  points and authorities set forth below, the declaration of Jeffrey M. Rosenfeld filed

12  concurrently herewith, the proposed order submitted herewith, the record in this case,

13  and any other evidence and argument that may be adduced at hearing.

14

15  Respectfully Submitted,

16  DATED:  January 13, 2014                **KRONENBERGER ROSENFELD, LLP**

17

18                                          By:   s/ Jeffrey M. Rosenfeld

19                                               Jeffrey M. Rosenfeld

20                                          Attorneys for Defendants

21

22

23

24

25

26

27

28

KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA  94108

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendants respectfully request that the Court extend the time for Defendants to respond to Plaintiff's complaint [D.E. No. 1] and extend the briefing schedule and hearing on Plaintiff's motion for preliminary injunction.  [D.E. No. 4.]  Plaintiff does not oppose this motion.

### BACKGROUND

Plaintiff filed its complaint on December 27, 2013.  On the same date, Plaintiff filed a motion for preliminary injunction against Defendants (the "PI Motion").  Plaintiff served Defendants LaCore Enterprises, LLC, Rippln, Inc., and Terry LaCore (collectively, "Defendants") with the summons, complaint, and PI Motion documents on December 31, 2013.  Plaintiff also noticed the motion for preliminary injunction for February 6, 2014.

This case was originally assigned to a magistrate judge.  On December 31, 2013, Plaintiff filed a declination to proceed before the magistrate judge, and on January 2, 2014, the case was reassigned to the Honorable Richard Seeborg.  [D.E. No. 8.]  On January 3, Plaintiff re-noticed the hearing on its PI Motion for February 6, 2013.  After this filing, the Court's electronic case filing system re-generated Defendants' deadline to oppose the PI Motion to January 17, 2014.

Notwithstanding the foregoing, Local Rule 7-3(a) states that an opposition to a motion "must be filed and served not more than 14 days after the motion was filed."  Here, Plaintiff filed its PI Motion before Defendants had been served with the summons and complaint, and thus Defendants did not receive electronic notice of the motion by way of the Court's ECF system.  Rather, Defendants did not receive notice of the PI Motion until December 31, when they were personally served with the summons, complaint, and PI Motion documents.

Defendants believe that requiring them to respond to the PI Motion 14 days after its filing would cause undue prejudice and irreparable harm to Defendants.

//

//

1

## CERTIFICATION OF MEET-AND-CONFER EFFORTS

2   On January 13, 2014, counsel for Defendants met-and-conferred with counsel for

3   Plaintiff by telephone.  Counsel for Defendants explained the potential ambiguity in the

4   briefing schedule.   Counsel for Defendants also requested an extension of time to

5   respond to the complaint and to oppose Plaintiff's PI Motion.

6   Plaintiff's counsel agreed to a reasonable and limited extension of time, provided

7   that by doing so Plaintiff would not waive any rights or make any concessions regarding

8   the seriousness or immediacy of its PI Motion and that Defendants would make no

9   arguments to the contrary.  Counsel for Defendants agreed and agree herein that Plaintiff

10   reserves all rights and arguments raised in its PI Motion and that Plaintiff's agreement to

11   the extension of time will not constitute a waiver by Plaintiff of any rights or be deemed a

12   concession regarding the seriousness or immediacy of the PI motion

13   With this point resolved, Plaintiff agreed to Defendants presenting this proposed

14   schedule to the Court by way of an unopposed motion.

15

## PROPOSED SCHEDULE

16   Defendants hereby request an extension of time to respond to the complaint and

17   an extension to the briefing and hearing schedule for the PI Motion as follows:

18
19

| | |
|---|---|
| Deadline for Defendants to Respond to Complaint: | February 6, 2014 |
| Deadline for Defendants to File Opposition to the PI Motion: | February 6, 2014 |
| Deadline for Plaintiff to File Reply to the PI Motion: | February 13, 2014 |
| Hearing on PI Motion: | February 20, 2014 at 1:30 p.m., or such other date and time as set by the court |

20
21
22
23
24
25   No previous time modifications have been requested or granted in this case.  The

26   requested modification would only affect the hearing on Plaintiff's PI Motion, to which

27   Plaintiff has agreed.

28   //

Case No. 3:13-cv-05974-RS

3

**MTN. TO EXTEND DEADLINE TO RESPOND TO COMPLAINT & TO BRIEF PRELM. INJUNCTION**

KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA 94108

1

2
3
4

5
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CONCLUSION**

For the reasons set forth above, Defendants respectfully request that the Court extend the time for Defendant to respond to the complaint and extend the briefing and hearing schedule on Plaintiff's motion for preliminary injunction.

Respectfully Submitted,

DATED:  January 13, 2014                **KRONENBERGER ROSENFELD, LLP**

By:   s/ Jeffrey M. Rosenfeld
         Jeffrey M. Rosenfeld

Attorneys for Defendants



KRONENBERGER | ROSENFELD

150 Post Street, Suite 520, San Francisco, CA   94108