**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:  (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RIPPLE LABS, INC., f/k/a OpenCoin, Inc.**, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>**LACORE ENTERPRISES, LLC**, a Texas limited liability company; **RIPPLN, INC.**, a Texas corporation; and **TERRY LACORE**, an individual,<br><br>Defendants. | Case No. 3:13-cv-05974-RS<br><br>**DECLARATION OF JEFFREY M. ROSENFELD IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT AND BRIEFING AND HEARING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Case No. 3:13-cv-05974-RS               ROSENFELD DECL. ISO MTN. TO EXTEND TIME

I, Jeffrey M. Rosenfeld, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California. I am a partner at the law firm of Kronenberger Rosenfeld, LLP, counsel of record for Defendants. Unless otherwise stated, I have personal knowledge of the facts stated herein.

2. On January 13, 2014, I met-and-conferred with counsel for Plaintiff by telephone.

3. During this conference, I explained a potential ambiguity in the briefing schedule, and I requested an extension of time for Defendants to respond to the complaint and to oppose Plaintiff's motion for preliminary injunction (the "PI Motion").

4. Plaintiff's counsel agreed to a reasonable extension provided that by doing so Plaintiff would not waive any rights or make any concessions regarding the seriousness or immediacy of its PI Motion. I agreed that Plaintiff would reserve all rights and arguments raised in its preliminary injunction motion. I would present the following proposed schedule to the Court by way of an unopposed motion:

| | |
|---|---|
| Deadline for Defendants to Respond to Complaint: | February 6, 2014 |
| Deadline for Defendants to File Opposition to the PI Motion: | February 6, 2014 |
| Deadline for Plaintiff to File Reply to the PI Motion: | February 13, 2014 |
| Hearing on PI Motion: | February 20, 2014 at 1:30 p.m., or such other date and time as set by the court |

5. No previous time modifications have been requested or granted in this case. The requested modification would only affect the hearing on Plaintiff's motion for preliminary injunction, to which Plaintiff has agreed as discussed above.

//

//

//

Case No. 3:13-cv-05974-RS     1     ROSENFELD DECL. ISO MTN. TO EXTEND TIME

1    I declare under penalty of perjury under the laws of the United States that the
2 foregoing is true and correct and that this Declaration was executed this 13th day of
3 January, 2014, at San Francisco, California.

                                                s/ Jeffrey M. Rosenfeld
                                                 Jeffrey M. Rosenfeld



Case No. 3:13-cv-05974-RS     2     **ROSENFELD DECL. ISO MTN. TO EXTEND TIME**