1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

17
18
19
20
21
22
23
24
25

| | |
|---|---|
| **RIPPLE LABS, INC., f/k/a OpenCoin, Inc.**, a California corporation,<br><br>        Plaintiff,<br><br>     v.<br><br>**LACORE ENTERPRISES, LLC**, a Texas limited liability company; **RIPPLN, INC.**, a Texas corporation; and **TERRY LACORE**, an individual,<br><br>        Defendants. | Case No. 3:13-cv-05974-RS<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT AND BRIEFING AND HEARING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

26
27
28

Before the Court is Defendants' Unopposed Motion to Extend Deadline for Defendants to Respond to Complaint and Briefing and Hearing Schedule for Plaintiff's Motion for Preliminary Injunction. The Court, having considered the motion, the declaration in support thereof, and the pleadings and papers on file in this action, HEREBY ORDERS THAT the following schedule is adopted:

| | |
|---|---|
| Deadline for Defendants to Respond to Complaint: | February 6, 2014 |
| Deadline for Defendants to File Opposition to the PI Motion: | February 6, 2014 |
| Deadline for Plaintiff to File Reply to the PI Motion: | February 13, 2014 |
| Hearing on PI Motion: | February 20, 2014 at 1:30 p.m. |

**IT IS SO ORDERED.**

DATED: January 13, 2014        By: _____

The Hon. Richard Seeborg