1  Jennifer Seraphine (Cal Bar. No. 245463)
   seraphine@turnerboyd.com
2  TURNER BOYD LLP
3  702 Marshall Street
   Suite 640
4  Redwood City, California 94063
   Telephone: (650) 521-5930
5  Facsimile: (650) 521-5931

6
   Todd M. Malynn (Cal. Bar No. 181595)
7  tmalynn@feldmangale.com
   FELDMAN GALE, P.A.
8  Promenade West
   880 W 1st Street, #315
9  Los Angeles, California 90012
   Telephone: (213) 625-5992
10 Facsimile: (213) 625-5993

11
   *Attorneys for Plaintiff Ripple Labs, Inc.*
12
                **UNITED STATES DISTRICT COURT**
13
                **NORTHERN DISTRICT OF CALIFORNIA**
14

15
   RIPPLE LABS, INC.,
16 F/K/A OPENCOIN, INC.,                    Case No. 13-cv-5974
   A CALIFORNIA CORPORATION,
17                                          **NOTICE FO CHANGE OF FIRM**
          Plaintiff,                        **ADDRESS**
18
19        vs.

20 LACORE ENTERPRISES, LLC,
   A TEXAS LIMITED LIABILITY
21 COMPANY;
   RIPPLN, INC., A TEXAS
22 CORPORATION; AND
   TERRY LACORE, AN INDIVIDUAL,
23
24        Defendants.

25
26
27
28

1  **TO THE CLERK OF THIS COURT, ALL PARTIES, AND THEIR ATTORNEYS OF**
2  **RECORD:**

3      **PLEASE TAKE NOTICE THAT**, effective immediately, the physical address for Turner
4  Boyd LLP, counsel for Plaintiff Ripple Labs, Inc. has changed.  Please direct all notices, orders, and
5  other correspondence to the following address:

6
7      Turner Boyd LLP
    702 Marshall Street
    Suite 640
8      Redwood City, CA  94063

9  Telephone, facsimile, and email remain unchanged.

10

11                                  Respectfully submitted,
12
13
14                  By: */s/ Jennifer Seraphine*_____
                    Jennifer Seraphine (Cal Bar. No. 245463)
15                     seraphine@turnerboyd.com
                    TURNER BOYD LLP
16                     702 Marshall Street
                    Suite 640
17                     Redwood City, California 94063
                    Telephone: (650) 521-5930
18                     Facsimile: (650) 521-5931
19
20                     *Attorneys for Plaintiff Ripple Labs, Inc.*