Jennifer Seraphine (Cal Bar. No. 245463)
(seraphine@turnerboyd.com)
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, CA. 94063
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

Todd M. Malynn (Cal. Bar No. 181595)
(tmalynn@feldmangale.com)
FELDMAN GALE, P.A.
Promenade West
880 W 1st Street, #315
Los Angeles, CA 90012
Telephone: (213) 625-5992
Facsimile: (213) 625-5993

*Attorneys for Plaintiff Ripple Labs, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIPPLE LABS, INC., F/K/A OPENCOIN, INC., A CALIFORNIA CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> LACORE ENTERPRISES, LLC, A TEXAS LIMITED LIABILITY COMPANY; RIPPLN, INC., A TEXAS CORPORATION; AND TERRY LACORE, AN INDIVIDUAL, <br><br> Defendants. | Case No. 13-cv-5974 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

1  I, Samuel A. Lewis, an active member in good standing of the bar of the State of Florida,
2  hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of
3  California representing Plaintiff Ripple Labs, Inc. in the above-entitled action. My local co-counsel
4  in this case is Jennifer Seraphine, an attorney who is a member of the bar of this Court in good
5  standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Feldman Gale, P.A.<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Suite 3000<br>Miami, FL 33131 | Turner Boyd LLP<br>702 Marshall Street, Suite 640<br>Redwood, CA 94063 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (305) 358-5001 | (650) 521-5930 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| slewis@feldmangale.com | seraphine@turnerboyd.com |

13  I am an active member in good standing of a United States Court or of the highest court of
14  another State or the District of Columbia, as indicated above; my bar number is 55360.
15  A true and correct copy of a certificate of good standing or equivalent official document from
16  said bar is attached to this application.
17  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
18  Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.
19  ***I declare under penalty of perjury that the foregoing is true and correct.***
20  Dated: January 27, 2014
21  _____
     APPLICANT

**ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Samuel A. Lewis is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE



# The Florida Bar

JOHN F. HARKNESS, JR.  
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET  
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600  
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon    )

In Re: 55360  
Samuel Abraham Lewis  
Feldman Gale, P.A.  
2 S. Biscayne Blvd., Fl. 30  
Miami, Florida

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 21, 1995.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this __10th__ day of January, 2014.

Pam Gerard  
Member Services & Records Manager  
The Florida Bar

PG/CL:ksf2/R10