| | |
|---|---|
| 1 | Jennifer Seraphine (Cal Bar. No. 245463) |
| 2 | (seraphine@turnerboyd.com)<br>TURNER BOYD LLP |
| 3 | 702 Marshall Street, Suite 640<br>Redwood City, CA 94063 |
| 4 | Telephone: (650) 521-5930<br>Facsimile: (650) 521-5931 |
| 5 | |
| 6 | Todd M. Malynn (Cal. Bar No. 181595)<br>(tmalynn@feldmangale.com) |
| 7 | FELDMAN GALE, P.A.<br>Promenade West |
| 8 | 880 W 1st Street, #315<br>Los Angeles, CA 90012 |
| 9 | Telephone: (213) 625-5992<br>Facsimile: (213) 625-5993 |
| 10 | *Attorneys for Plaintiff Ripple Labs, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RIPPLE LABS, INC.,<br>F/K/A OPENCOIN, INC.,<br>A CALIFORNIA CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>LACORE ENTERPRISES, LLC,<br>A TEXAS LIMITED LIABILITY<br>COMPANY;<br>RIPPLN, INC., A TEXAS<br>CORPORATION; AND<br>TERRY LACORE, AN INDIVIDUAL,<br><br>    Defendants. | Case No. 13-cv-5974<br><br>**APPLICATION FOR ADMISSION OF<br>ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, <u>Richard Guerra</u>, an active member in good standing of the bar of the State of Florida, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing Plaintiff Ripple Labs, Inc. in the above-entitled action. My local co-counsel in this case is Jennifer Seraphine, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| <u>My Address of Record:</u><br>Feldman Gale, P.A.<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Suite 3000<br>Miami, FL 33131 | <u>Local Co-Counsel's Address of Record:</u><br>Turner Boyd LLP<br>702 Marshall Street, Suite 640<br>Redwood City, CA 94063 |
|---|---|
| <u>My Telephone # of Record:</u><br>(305) 358-5001 | <u>Local Co-Counsel's Telephone # of Record:</u><br>(650) 521-5930 |
| <u>My Email Address of Record:</u><br>rguerra@feldmangale.com | <u>Local Co-Counsel's Email Address of Record:</u><br>seraphine@turnerboyd.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is <u>689521</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: <u>January 28, 2014</u>

_____
APPLICANT

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of <u>Richard Guerra</u> is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: <u>1/30/14</u>

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE