1  Jennifer Seraphine (Cal Bar. No. 245463)
   (seraphine@turnerboyd.com)
2  TURNER BOYD LLP
3  2570 W. El Camino Real
   Suite 380
4  Mountain View, California 94040
   Telephone: (650) 521-5930
5  Facsimile: (650) 521-5931

6  Todd M. Malynn (Cal. Bar No. 181595)
7  (tmalynn@feldmangale.com)
   FELDMAN GALE, P.A.
8  Promenade West
   880 W 1st Street, #315
9  Los Angeles, California 90012
   Telephone: (213) 625-5992
10 Facsimile: (213) 625-5993

11 *Attorneys for Plaintiff Ripple Labs, Inc.*

12              UNITED STATES DISTRICT COURT
13
14              NORTHERN DISTRICT OF CALIFORNIA

15
16 | RIPPLE LABS, INC., | |
   | F/K/A OPENCOIN, INC., | Case No. 13-cv-5974 |
17 | A CALIFORNIA CORPORATION, | |
   | | **ADMISSION OF ATTORNEY** |
18 |     Plaintiff, | **PRO HAC VICE** |
   | | (CIVIL LOCAL RULE 11-3) |
19 |     vs. | |
20 | LACORE ENTERPRISES, LLC, | |
   | A TEXAS LIMITED LIABILITY | |
21 | COMPANY; | |
   | RIPPLN, INC., A TEXAS | |
22 | CORPORATION; AND | |
23 | TERRY LACORE, AN INDIVIDUAL, | |
24 |     Defendants. | |

25
26
27
28

DECLINATION TO PROCEED                                    CASE NO. 13-cv-5974
BEFORE MAGISTRATE JUDGE

I, Ashely G. Kessler, an active member in good standing of the bar of the State of New Jersey, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Plaintiff Ripple Labs, Inc. in the above-entitled action. My local co-counsel in this case is Jennifer Seraphine, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: Turner Boyd 2570 W. El Camino Real, Suite 380 Mountain View, California 94040 |
|---|---|
| My Telephone # of Record: | Local Co-Counsel's telephone # of Record: (650) 521-5930 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: Seraphine@turnerboyd.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the State of New Jersey, as indicated above; my bar number is 018552009.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 1/20/14

_____
Ashley G. Kessler

PRO HAC VICE MOTION & ORDER                1                CASE NO. 13-cv-5974

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** IT IS HEREBY ORDERED THAT the application of is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE