Jennifer Seraphine (Cal Bar. No. 245463)
(seraphine@turnerboyd.com)
TURNER BOYD LLP
2570 W. El Camino Real
Suite 380
Mountain View, California 94040
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

Todd M. Malynn (Cal. Bar No. 181595)
(tmalynn@feldmangale.com)
FELDMAN GALE, P.A.
Promenade West
880 W 1st Street, #315
Los Angeles, California 90012
Telephone: (213) 625-5992
Facsimile: (213) 625-5993

*Attorneys for Plaintiff Ripple Labs, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIPPLE LABS, INC., F/K/A OPENCOIN, INC., A CALIFORNIA CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>LACORE ENTERPRISES, LLC, A TEXAS LIMITED LIABILITY COMPANY; RIPPLN, INC., A TEXAS CORPORATION; AND TERRY LACORE, AN INDIVIDUAL,<br><br>Defendants. | Case No. 13-cv-5974<br><br>**ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

DECLINATION TO PROCEED
BEFORE MAGISTRATE JUDGE

CASE NO. 13-cv-5974

I, Ashely G. Kessler, an active member in good standing of the bar of the State of New Jersey, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Plaintiff Ripple Labs, Inc. in the above-entitled action. My local co-counsel in this case is Jennifer Seraphine, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: Turner Boyd 2570 W. El Camino Real, Suite 380 Mountain View, California 94040 |
|---|---|
| My Telephone # of Record: | Local Co-Counsel's telephone # of Record: (650) 521-5930 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: Seraphine@turnerboyd.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the State of New Jersey, as indicated above; my bar number is 018552009.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 1/20/14

_____
Ashley G. Kessler

1  **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC
2  VICE** IT IS HEREBY ORDERED THAT the application of is granted, subject to the terms and
3  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
4  Service of papers upon, and communication with, local co-counsel designated in the application will
5  constitute notice to the party.

Dated: 2/4/14

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE