**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Virginia Sanderson (Bar No. 240241)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:  (415) 955-1158
karl@KRInternetLaw.com
ginny@KRInternetLaw.com

Attorneys for Defendants



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RIPPLE LABS, INC., f/k/a OpenCoin, Inc.**, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>**LACORE ENTERPRISES, LLC**, a Texas limited liability company; **RIPPLN, INC.**, a Texas corporation; and **TERRY LACORE**, an individual,<br><br>Defendants. | Case No. 3:13-cv-05974-RS<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATED REQUEST TO CONTINUE DEADLINES; [PROPOSED] ORDER** |

Plaintiff Ripple Labs, Inc., f/k/a OpenCoin, Inc. ("Plaintiff"), and Defendants Lacore Enterprises, LLC, Rippln, Inc., and Terry LaCore (collectively, "Defendants" and together with Plaintiff, the "Parties") hereby state and request as follows:

WHEREAS, the Parties have reached a settlement of this case in principle;

WHEREAS, the Parties are in the process of finalizing a settlement agreement;

//

1  WHEREAS, the Parties anticipate filing a Notice of Dismissal within thirty (30) days of this Joint Notice;

WHEREAS, certain deadlines are currently pending in this case, such as Defendants' deadline to respond to the complaint and motion for preliminary injunction on February 13, 2013, Plaintiff's deadline to file a reply in support of its motion for preliminary injunction on February 20, and hearing on the motion for preliminary injunction set for March 13, 2013;

WHEREAS, the Parties believe it would be more efficient for the Parties and the Court to stay the case, and vacate these pending deadline and hearing, while the Parties work to finalize the settlement;

WHEREAS, the Parties hereby stipulate and request that the Court stay the case for a period of forty-five (45) days;

WHEREAS, the Parties hereby further stipulate that Plaintiff does not and will not waive any rights or make any concessions regarding the seriousness or immediacy of its preliminary injunction motion and that Defendants will make no arguments to the contrary based on Plaintiff's stipulation to the requested stay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| **TURNER BOYD, LLP** | **KRONENBERGER ROSENFELD, LLP** |
| By:   s/ Samuel A. Lewis | By:   s/ Virginia Sanderson |
|        Samuel A. Lewis |        Virginia Sanderson |
| Attorneys for Plaintiff | Attorneys for Defendants |

### [PROPOSED] ORDER

**PURSANT TO STIPULATION, IT IS SO ORDERED.**

Date:_____

_____
The Honorable Richard Seeborg
United States District Judge

Case No. 3:13-cv-05974-RS          1          **JOINT NOTICE OF SETTLEMENT**