IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RIPPLE LABS, INC.,

        Plaintiffs,

   v.

LACORE ENTERPRISES LLC., ET AL.,

        Defendants.
_____/

No. C 13-05974 RS

**STANDBY ORDER OF DISMISSAL**

    The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **April 14, 2014.**  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 17, 2014 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 2/13/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE