| | |
|---|---|
| Jennifer Seraphine (Cal Bar. No. 245463)<br>seraphine@turnerboyd.com<br>TURNER BOYD LLP<br>702 Marshall Street<br>Suite 640<br>Redwood City, California 94063<br>Telephone: (650) 521-5930<br>Facsimile: (650) 521-5931<br><br>Todd M. Malynn (Cal. Bar No. 181595)<br>tmalynn@feldmangale.com<br>FELDMAN GALE, P.A.<br>Promenade West<br>880 W 1st Street, #315<br>Los Angeles, California 90012<br>Telephone: (213) 625-5992<br>Facsimile: (213) 625-5993<br><br>*Attorneys for Plaintiff* | Karl S. Kronenberger (Cal. Bar No. 226112)<br>Jeffrey M. Rosenfeld (Cal. Bar No. 222187)<br>KRONENBERGER ROSENFELD, LLP<br>150 Post Street, Suite 520<br>San Francisco, California 94108<br>Telephone: (415) 955-1155<br>Facsimile: (415) 955-1158<br>karl@KRInternetLaw.com<br>Jeff@KRInternetLaw.com<br><br>*Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RIPPLE LABS, INC.,<br>F/K/A OPENCOIN, INC.,<br>A CALIFORNIA CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>LACORE ENTERPRISES, LLC,<br>A TEXAS LIMITED LIABILITY COMPANY;<br>RIPPLN, INC., A TEXAS CORPORATION; AND<br>TERRY LACORE, AN INDIVIDUAL,<br><br>    Defendants. | Case No. 13-cv-5974<br><br>**STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ripple Labs, Inc. and Defendants LaCore Enterprises, LLC, Rippln, Inc., and Terry LaCore (collectively "Defendants"), hereby stipulate to dismissal with prejudice of Plaintiff Ripple Labs, Inc.'s claims against all Defendants in the above captioned case with each party bearing its own attorneys' fees and costs. The Court shall retain jurisdiction for the limited purpose of resolving disputes arising out of the parties' February 24, 2014, settlement agreement.

Respectfully submitted,

By:  /s/ *Jennifer Seraphine*  
Jennifer Seraphine (Cal Bar. No. 245463)

By:  /s/ *Karl S. Kronenberger*  
Karl S. Kronenberger (Cal. Bar No. 226112)

*Attorney for Plaintiff*                                    *Attorney for Defendants*

## **ATTESTATION**

I, Jennifer Seraphine, am counsel of record for Plaintiff in this matter. I am the registered ECF user whose user name and password are being used to file this Stipulation. In compliance with Civil LR 5-1(i)(3), I hereby attest that the above-identified counsel concurred in the filing of this document.

Dated:        March 19, 2014                   /s/ *Jennifer Seraphine*  
                                                                Jennifer Seraphine  
                                                                Attorney for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  _____

                                                                Honorable Richard Seeborg  
                                                                United States District Judge

| STIPULATION OF DISMISSAL | CASE NO. 13-cv-5974 |